## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GOLO, LLC, | : | |
| | : | |
| Plaintiff, | : | NO. 2:17-cv-02493-GJP |
| | : | |
| v. | : | |
| | : | |
| HIGHER HEALTH NETWORK, LLC, and | : | |
| TROY SHANKS, | : | |
| | : | |
| Defendants. | : | |
| | : | |

### AMENDED COMPLAINT

Plaintiff, GOLO, LLC ("GOLO"), by and through its undersigned counsel, Pepper Hamilton LLP, hereby files this Amended Complaint against Defendants Higher Health Network, LLC d/b/a Supplement Police and/or SupplementPolice.com f/k/a Higher Health Foundation Ltd. ("HHN") and Troy Shanks ("Shanks") (collectively, "Defendants"), and in support thereof avers as follows:

### JURISDICTION AND VENUE

1.     This Court has jurisdiction over this Action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and under the Lanham Act, 15 U.S.C. § 1121, *et seq.*

2.     This Court has personal jurisdiction over Defendants because Defendants transact business, contract to supply things, and/or cause harm and tortious injury in the Commonwealth of Pennsylvania.  Defendants have purposefully availed themselves of the laws of Pennsylvania and engage in continuous and systematic conduct in Pennsylvania and this judicial district.

3.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c).

## PARTIES

4.      GOLO is a corporation organized under the laws of the State of Delaware with a principal place of business located at 630 Churchmans Road, Suite 200, Newark, Delaware 19702.

5.      HHN is an Indiana limited liability corporation with a principal office address located at P.O. Box 548, Fishers, IN 46038.  On information and belief, HHN was formerly known as Higher Health Foundation Ltd., an Indiana corporation that was dissolved in or around 2012.

6.      Shanks is an individual who, on information and belief, recently moved from Indiana to California, where he claims to now reside.

7.      Shanks is the owner of, and registered agent for, HHN.

8.      Shanks claims that he is in the process of "reforming" HHN in California, and dissolving the Indiana version of the same.

## FACTUAL BACKGROUND

### GOLO, LLC

9.      GOLO owns and sells GOLO®, a leading weight loss and wellness program that aids people all over the world in achieving their weight loss goals in a sustainable and healthy manner.  (*See* www.golo.com.)

10.      GOLO is the owner of a series of registered trademarks that include the term "GOLO" and relate to the GOLO program.

11.      GOLO was the top-searched diet on Google in 2016.  (*See* https://www.google.com/trends/yis/2016/US?hl=en.)

2

12.     The GOLO program promotes weight loss with a three-tier solution of dietary modification, lifestyle change that recommends regular exercise, and nutraceutical supplementation that helps dieters lose weight without excessively cutting calories and/or compromising their health.

13.     GOLO is designed to promote steady weight loss; while individual results may vary, GOLO customers can expect to lose an average of 1-2 pounds per week, which has long been regarded as a healthy and sustainable weight loss goal to minimize muscle loss.

14.     The GOLO program is currently offered through GOLO's membership-based website, which provides members free access to a variety of health resources, including health coaching, member support, and a health library, and the opportunity to purchase both the GOLO Diet and Release™, GOLO's proprietary supplement.

15.     The GOLO Diet currently includes the GOLO Smart Card, Personal Metabolic Rate Guide, GOLO Fit Card, Food Tracking Log, and Results Tracking Log, as well as the Truth and Change, and Super Foods Guide booklets

16.     The Release supplement contains a proprietary blend of ingredients that work in conjunction with the GOLO Diet to help manage glucose, insulin, and stress, in order to promote steady and sustainable weight loss and minimize or eliminate muscle loss during the weight loss regimen. (*See* https://www.golo.com/about-release/.)

17.     The GOLO Diet employs a meal plan that utilizes a system created by GOLO that is designed to estimate the right amount of food for a customer based on the customer's gender, age, BMI, and lifestyle activity before exercise. The meal plan is based on sound, balanced meals and snacks. A GOLO customer's typical daily intake ranges from 1300-1500 calories, before exercise, which is a higher amount than conventional diets or self-dieting strategies that

3

usually keep the dieter's intake below 1200 calories per day. GOLO also promotes additional caloric intake when customers complete daily exercise, in order to prevent customers from creating an excessive caloric deficit state or exercise induced muscle loss.

18.    GOLO promotes lifestyle behavioral change by providing users with several tools to help adjust their eating habits, address stress and emotional eating, shop healthier, and exercise more.

19.    GOLO offers a sixty-day money back guarantee to its members.  (*See* www.golo.com/policies.)

20.    GOLO has earned rave reviews from its members, many of whom credit GOLO with being the catalyst for sustainable weight loss, long-lasting dietary changes, and overall improved health.  (*See* https://golo.com/success-stories.)   GOLO states on its website that the highlighted results may not be typical and each person's results may vary.  (*Id.*)

21.    GOLO is endorsed, and even used by, multiple medical doctors.

22.    GOLO's website explains that GOLO was developed by a "team of dedicated doctors and pharmacists," and that GOLO has a Customer Support team comprised of "dedicated managers, customer support specialists, and life coaches."  (*See* https://www.golo.com/about-golo.)

23.    GOLO conducted several trials between 2009 and 2014 in South Africa and the United States to determine the efficacy and safety of its three-tier solution.  (*See* https://golo.com/golo-studies/.)  These studies demonstrated average weight loss of 20.6 pounds within the first 90 days of the program, 37.4 pounds after 26 weeks, and 48.6 pounds after one year.  (*See id.*)

### SHANKS AND HHN'S COMPETING INTERNET BUSINESSES

24.    Shanks and HHN compete with GOLO in the diet and weight-loss industry.

4

25.     Shanks is a self-professed "entrepreneur" and "marketer" who – either individually or through one of his companies – owns and/or operates a series of websites and other, internet-based enterprises.

26.     On one such website – troyshanks.com – Shanks describes himself as a "searchiac," a "true brainiac about search" and the "keyword king," as well as an "alpha alchemist" who has made the internet his "passionate playground" and is "optimizing the universe."

27.     Shanks claims to specialize in search engine optimization ( "SEO"), which is the process of manipulating – or "optimizing" – a particular website's visibility in search engines, including through the placement of keywords and links on particular pages.

28.     In videos available through YouTube, Shanks is described as an "SEO genius" who is able to generate significant amounts of traffic to internet-based businesses (*see, e.g.,* https://www.youtube.com/watch?v=cr3G28e-9lI and https://www.youtube.com/watch?v=IqJPU 5b3D6Y).

29.     On information and belief, Shanks has traveled to, participated in, and/or spoken at, various conventions, meetings, and/or gatherings across the country related to SEO and internet-based entrepreneurship.

30.     To further his internet-based business interests, Shanks has also formed a series of limited liability companies, including HHN.[1]

---

[1] On information and belief, three of Shanks's other companies (Higher Health Foundation Ltd., T Money LLC, and Known Truth Learning Foundation) have recently dissolved.

31.     On information and belief, HHN – like Shanks's other companies – is a pass-through corporation that has no standalone, physical office or employees, and is used primarily as a vehicle for enriching Shanks personally.

32.     Shanks, either individually, or through HHN, has purchased and/or created dozens of domains and/or websites, often through a third-party registrar. *See* Ex. A, hereto.

33.     Most of those websites are or appear to have been informational, generating revenue exclusively through advertising sales, which – on information and belief – increase in direct proportion to the number of times visitors frequent those websites and click on the advertisements, a number Shanks bolsters through the above-referenced SEO techniques.

## SUPPLEMENTPOLICE.COM

34.     SupplementPolice.com ("Supplement Police") is one of the active "informational" websites that Shanks owns and operates through HHN.

35.     Supplement Police claims to be a "product review website which aims to introduce some much-needed honesty and transparency to the world of online reviews" through "detailed reviews of popular products," including "nutritional supplements, financial products, and online business ideas." (https://supplementpolice.com/about/how-supplement-police-works/ (last visited January 10, 2018).)

36.     Supplement Police boasts that it "provid[es] intelligent, well-written reviews [of those products] from real customers" and "does [so] without being biased or favorable towards any products or companies. (*Id.*)

37.     Supplement Police claims further that – while it used to make "money through affiliate income" (by "promot[ing] certain products and link[ing] visitors to sales pages for those products," and then receiving a "cut of the sale") – it "doesn't currently accept affiliate income

from any company in exchange for favorable reviews – instead, it makes its money exclusively from [Google] AdSense revenue." (*Id.*)

38.     Finally, Supplement Police claims that it is "possibly the most transparent review website on the internet today," and is devoted to building "trust with all readers." (*Id.*)

39.     Despite its purported commitment to transparency and trust, Supplement Police: does not publish its physical address, email address, phone number, or other contact information on its website, or on its Facebook, Twitter, YouTube, Instagram, or Google+ pages; does not identify the authors of the "reviews" on its website or list any of its owners, officers, directors, or employees on its website; does not include bylines or date-stamps with its "reviews"; has no readily-discoverable corporate footprint; conceals the true operator and owner of its website from public view; and does not list Troy Shanks, or HHN, as being involved in the website in any way.

40.     On information and belief, Supplement Police's "reviews" are predominantly bogus, and not based on any scientific or factual testing, study, or analysis conducted or reviewed by Supplement Police.

41.     On information and belief, Supplement Police's "reviews" are not unbiased.

42.     On information and belief, Supplement Police is designed solely to benefit Shanks and HHN, not the public.

43.     On information and belief, Supplement Police provides significant financial benefits to and a competitive advantage for Shanks and HHN, by, among other things, promoting and linking to products Shanks and/or HHN are affiliated with, manufacture, and/or sell.

44.     For example, Supplement Police provides a particularly positive review of SilaLive Silica ("SilaLive"). *See* Ex. B, hereto.

45.     According to Supplement Police, SilaLive is a "health supplement combining organic silica and pure food grade diatomaceous earth designed specifically to health the human body by safely flushing and eliminating harmful toxins and excess waste," and can be used "to improve your overall health" or to help "detox or kickstart[] a diet." *See id.*

46.     Supplement Police currently gives SilaLive an "overall score" of 4.6 out of 5 stars, and the author of the Supplement Police SilaLive "review" states that he/she has "personally been using SilaLive for the past few years" and that it is "clearly [a] product [that] works for a lot of people." *See id.*

47.     Supplement Police also provides multiple links to the SilaLive website in the Supplement Police "review" of the product, where consumers can purchase a one, two, three, or four-month supply of the supplement, for between $29.97 and $114.97.[2]

48.     As noted above, Supplement Police does not disclose the identity of its owners; thus readers of the Supplement Police "review" of SilaLive are not informed that Shanks and HHN are affiliated with, and, in fact, manufacture, distribute, and/or sell SilaLive, and own and/or operate the SilaLive website.

49.     Supplement Police actively hides its association with SilaLive, Shanks, and HHN, stating that "Silalive is made by a company called Silalive," which can "reached by mailing PO Box 548 in Fishers, Indiana 46038." *See id.*

50.     On information and belief, Supplement Police's "review" of SilaLive also contains numerous false and/or misleading statements regarding SilaLive, including: that SilaLive is "formulated with the greatest quartz crystals" and that its main ingredient "will help

---

[2] SilaLive is also available for sale on Amazon and eBay.

you fight [common health] problems from the inside and thus give you a healthier, more permanent solution that artificial cures cannot promise you."

51.     On information and belief, Shanks and/or HHN have sold and shipped SilaLive to Pennsylvania residents on numerous occasions.

SUPPLEMENT POLICE'S GOLO "REVIEW"

52.     In or around 2016, Supplement Police published a "review" of the GOLO product titled "GOLO – Insulin Resistance For Weight Loss?" (the "GOLO Review") to its website. (*See* Ex. C, hereto (Feb. 2, 2017 version of the GOLO Review).)

53.     The GOLO Review is replete with inaccuracies, misleading statements, and blatant falsehoods.

54.     For example, the GOLO Review inaccurately describes how GOLO was created, as well as what GOLO "promises," and falsely states that:

- GOLO's Release Supplement should be taken "30 minutes before a meal" in order to "enjoy health benefits while also purportedly normalizing your insulin levels"; and

- "Out of all of the ingredients listed [in the Release Supplement], only Salacia bark has been linked to reduced diabetes symptoms ... Meanwhile, none of the other ingredients in Release have been linked to weight loss or normalized insulin levels."

(*Id.*)

55.     In addition, the GOLO Review includes bolded headlines that pose misleading questions which could cause readers to doubt GOLO's effectiveness and/or decide not to purchase GOLO.

56.     The GOLO Review is surrounded by advertisements and links to various products and websites unrelated to, but – in many cases – in direct competition with, GOLO, as well as a series of so-called "Related Reviews" authored by Supplement Police.

57.     As an example, at the bottom of the GOLO Review, there is a large, colorful invitation for readers to "Shop Related Products," and a corresponding advertisement that links to four non-GOLO weight-loss supplements available for sale on Amazon.com. (*See id.*)

58.     On information and belief, Supplement Police and/or Supplement Direct sell, are affiliated with, and/or receive commissions or other compensation from some or all of the products or companies that are linked or advertised on or surrounding the GOLO Review.

59.     Further down the GOLO Review page, there is also a stream of "comments" from readers. (*See id.*)

60.     These comments include basic questions about the GOLO product, its efficacy, and its safety or appropriateness for individuals who are overweight, diabetic, and breastfeeding, as well as "testimonials" from various readers who claim to have ordered and used the GOLO product.

61.     The above-referenced "testimonials" include negative reviews from mostly anonymous "readers" who criticize and question GOLO.

62.     For example, a "juanita krueger" later wrote (on May 21, 2017) that GOLO "was not for me. It did nothing for me. Lost a whole one [sic] in a month. You need to tell everyone they need to really diet and work out [sic]."

63.     On information and belief, Supplement Police never answered any of the above-referenced questions in the comments or otherwise replied to any of the comments on the GOLO Review page.

64.     On information and belief, Supplement Police does not screen the reader "comments" on its website or the GOLO Review in any way. To the contrary, readers can post

whatever they desire, simply by entering their comment in the "Leave a Reply" box at the bottom of the webpage, along with their name and email address.

65.    On information and belief, Supplement Police does not verify, or attempt to verify, that "comments" are posted to its website by actual individuals (and not, for example, GOLO competitors), that the names and email addresses provided by commenters are valid, and/or that commenters who claim to have ordered or used the GOLO product actually did as much.

66.    In May 2017, Plaintiff's counsel wrote to Supplement Police – through Domains by Proxy, LLC, the entity then listed publicly as the registrant for Supplement Police's website – and demanded that Supplement Police cease and desist its unfair competition, false advertising, and trade libel by, *inter alia*, removing the offending GOLO Review. (*See* Ex. D, hereto.)

67.    Though Supplement Police's owners never responded directly to that demand, Supplement Police pulled the GOLO Review from its website in or around July 2017.

## DEFENDANTS' USE OF SEARCH ENGINE OPTIMIZATION TECHNIQUES TO STEAL GOLO PAGE VIEWS AND CONSUMERS

68.    On information and belief, Defendants redirected GOLO's potential consumers to Supplement Police (and to SilaLive and the other products, programs, and plans Supplement Police positively reviews and promotes) through various SEOs throughout the period the GOLO Review was live on the Supplement Police website.

69.    On information and belief, Defendants purchased online advertisements, including advertisements that were based upon, or incorporated, the term "GOLO," which accordingly manipulated the user's search results in Google and other search engines.

70.     As a result of these and other SEOs, when a user searched Google or another search engine for "GOLO" while the Supplement Police GOLO Review was live, Supplement Police's "GOLO review" and URL address appeared near the top of the results.

71.     On information and belief, Defendants' use of the above-described SEOs redirected potential and existing GOLO customers to Supplement Police's website, and to SilaLive and the other products, programs, and plans Supplement Police positively reviews and promotes on its website, and has resulted in GOLO's loss of substantial revenue and goodwill.

## COUNT I
## UNFAIR COMPETITION AND FALSE ADVERTISING UNDER THE LANHAM ACT, 15 U.S.C. § 1125 *et seq.* AS TO GOLO

72.     GOLO incorporates the preceding paragraphs as though set forth herein.

73.     Defendants' method of using Supplement Police's website in general, and the GOLO Review in particular, to publish false, misleading, and defamatory statements regarding GOLO, praise SilaLive and the other the products, programs, and plans Defendants are affiliated with, and/or receive compensation from, and direct readers to SilaLive and those other products, programs, and plans, constitutes unfair competition and/or false advertising.

74.     Supplement Police purports to be an independent review site that provides readers with an objective resource, but is actually a conduit for the promotion of SilaLive and the other products, programs, and plans Defendants are affiliated with, and/or receive compensation from.

75.     In promoting SilaLive and those other products, programs, and plans Defendants are affiliated with, and/or receive compensation from, and disparaging GOLO, Defendants are or were making false and misleading statements about GOLO's product, including but not limited to the statements alleged herein.

12

76.     Defendants' false and misleading statements are material, in that they are likely to influence customers' purchasing decisions.

77.     Defendants' acts constitute willful, deliberate, false, and misleading representations of fact as to the nature and characteristics of GOLO's services, in violation of 15 U.S.C. § 1125(a)(1)(B), because the GOLO Review is simply a means of promoting SilaLive and the other products, programs, and plans Defendants are affiliated with, and/or receive compensation from.

78.     GOLO has been and will continue to be injured as a result of Defendants' false statements, either by direct diversion of sales from GOLO to SilaLive and the other products, programs, and plans Defendants are affiliated with, and/or receive compensation from, the costs to GOLO for corrective advertising to counteract Defendants' misrepresentations and advertising campaign, or by a lessening of the goodwill associated with GOLO's goods and services.

79.     As a direct and proximate result of Defendants' Unfair Competition and False Advertising, GOLO has suffered and will continue to suffer monetary damages and irreparable harm.

80.     GOLO is entitled to relief pursuant to 15 U.S.C. § 1125.

### COUNT II
### UNFAIR COMPETITION AND FALSE ADVERTISING UNDER THE LANHAM ACT, 15 U.S.C. § 1125 *et seq.* AS TO SILALIVE AND AFFILIATED PRODUCTS, PROGRAMS, AND PLANS

81.     GOLO incorporates the preceding paragraphs as though set forth herein.

82.     In promoting SilaLive and the other products, programs, and plans Defendants are affiliated with, and/or receive compensation from, Defendants appear to be making false and misleading statements about said products, including but not limited to the statements alleged herein.

83.     Defendants' apparently false and misleading statements are material, in that they are likely to influence customers' purchasing decisions.

84.     Defendants' acts with respect to SilaLive and the products, programs, and plans they are affiliated with, and/or receive compensation from, also constitute willful, deliberate, false, and misleading representations of fact as to the nature and characteristics of their own goods or services, in violation of 15 U.S.C. § 1125(a)(1)(B), because the statements alleged herein are not supported by any studies, data, or facts.  Defendants' misleading statements, therefore, constitute false advertising and promotion.

85.     GOLO has been and will continue to be injured as a result of Defendants' false statements, either by direct diversion of sales from itself to SilaLive and the other products, programs, and plans Defendants are affiliated with, and/or receive compensation from, or by a lessening of the goodwill associated with GOLO's goods and services.

86.     As a direct and proximate result of Defendants' Unfair Competition and False Advertising, GOLO has suffered and will continue to suffer monetary damages and irreparable harm.

87.     GOLO is entitled to relief pursuant to 15 U.S.C. § 1125.

**COUNT III**
**TRADE LIBEL**
**PENNSYLVANIA COMMON LAW**

88.     GOLO incorporates the allegations of the foregoing paragraphs as if fully set forth herein.

89.     The above-mentioned statements were paid for and/or published by Defendants on Supplement Police.

90.     The above-mentioned statements were false and defamatory.

91.     At the time Defendants published the above-mentioned statements, they knew that the statements concerning GOLO were totally false or, if not, Defendants' avoidance of the truth was in utter and reckless disregard of their truth or falsity.

92.     Defendants' false and defamatory statements have severely injured GOLO, in that they have tended to blacken and besmirch GOLO's reputation.

93.     Each of the aforementioned defamatory statements was understood by third parties to pertain to, and defame, GOLO.

94.     Defendants' defamatory publication was so outrageous and malicious as to warrant the imposition of punitive damages.

95.     As a proximate result of Defendants' malicious, intentional, and reckless conduct as set forth above, GOLO is entitled to such damages as will compensate it for the injury to its professional reputation, as well as punitive damages to punish Defendants for their conduct and deter Defendants and others similarly situated for like acts in the future.

## PRAYER FOR RELIEF

WHEREFORE, GOLO prays for a judgment in its favor and against Defendants on the claims set forth above and requests that this Court award GOLO compensatory and punitive damages, attorneys' fees and costs, and such other and further relief as this Court may deem just and equitable under the circumstances.

## JURY TRIAL DEMANDED

Plaintiff hereby exercises its right to trial by a competent jury of its peers.

Dated: January 10, 2017

M. Kelly Tillery (PA 30380)
PEPPER HAMILTON LLP
3000 Two Logan Square

15

Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
P:  (215) 981-4000
F:  (215) 981-4750
tilleryk@pepperlaw.com

Adam B. Fischer (PA 314548)
PEPPER HAMILTON LLP
500 Grant Street, Suite 5000
Pittsburgh, PA 15219
412.454.5000
412.281.0717 (fax)
fischeab@pepperlaw.com

*Attorneys for Plaintiff,*
*GOLO, LLC*

## CERTIFICATE OF SERVICE

I, M. Kelly Tillery, hereby certify that on January 10, 2017, I caused a true and correct copy of the foregoing Amended Complaint to be served via email upon all counsel of record via this Court's ECF system.

M. Kelly Tillery

# EXHIBIT "A"

# Shopper Info for Shopper ID 14599063

| | |
|---|---|
| Shopper ID: | 14599063 |
| Private Label ID: | 1695 |
| Login Name: | 14599063 |
| First Name: | Troy |
| Middle Name: | |
| Last Name: | Shanks |
| Company: | |
| Address1: | 705 West Walnut Apt F |
| Address2: | |
| City: | Indianapolis |
| State/Prov: | IN |
| Postal Code: | 46202 |
| Country: | us |
| Phone Work: | +1.7654909692 |
| Phone Home: | |
| Mobile: | |
| Fax: | |
| Email: | troyshanks@gmail.com |
| BirthDate: | |
| Gender: | |
| Date Created: | 5/29/2007 11:30:56 PM |
| Last Changed By: | Password Reset |
| Last Changed By Date: | 8/25/2014 11:55:20 AM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin: | |
| Password Reminder: | ts pp |
| Twitter Handle: | |

# Domain List - All for Shopper ID 14599063

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| HOMEBASEDBUSINESSLIFE.COM | Canceled | 5/29/2007 | 4/30/2015 | 69939751 |
| REGENEBOOST.NET | Canceled | 4/13/2012 | 5/25/2013 | 417351917 |
| EMPOWERNETWORKJV.COM | Canceled | 4/13/2012 | 5/25/2014 | 417381219 |
| PEOPLEBAILOUT.COM | Canceled | 4/13/2012 | 5/25/2013 | 417381219 |
| WAKEUPNOWREVIEW.COM | Canceled | 4/13/2012 | 5/25/2013 | 417387938 |
| WAKEUPNOWREWARD.COM | Canceled | 4/13/2012 | 5/25/2013 | 417388178 |
| DOTCOMSECRETSREVIEWS.COM | Canceled | 4/13/2012 | 5/25/2013 | 417389259 |
| CHRONICMARKETER.NET | Canceled | 4/20/2012 | 6/1/2013 | 419662455 |
| ANISESEED.ORG | Canceled | 4/23/2012 | 6/4/2013 | 420434935 |
| CARDAMOMSEED.NET | Canceled | 4/23/2012 | 6/4/2013 | 420434935 |
| COFFEEBEANSGREEN.COM | Canceled | 4/23/2012 | 6/4/2013 | 420434935 |
| GREENCOFFEEBEANREVIEWS.COM | Canceled | 4/23/2012 | 6/4/2015 | 420434935 |
| GREENCOFFEEEXTRACTS.COM | Canceled | 4/23/2012 | 6/4/2016 | 420434935 |
| COFFEEBEANEXTRACT.NET | Canceled | 4/27/2012 | 6/8/2013 | 421621717 |
| EGCGBENEFITS.COM | Canceled | 5/21/2012 | 7/2/2013 | 428494984 |
| EGCGGREENTEA.ORG | Canceled | 5/21/2012 | 7/3/2014 | 428494984 |
| EGCGGREENTEAEXTRACT.CO | Canceled | 5/21/2012 | 7/2/2013 | 428494984 |
| GREENTEAEXTRACTREVIEWS.NET | Canceled | 5/21/2012 | 7/2/2014 | 428494984 |
| GREENTEAEXTRACTS.CO | Canceled | 5/21/2012 | 7/2/2013 | 428494984 |
| ALGAEOILEXTRACT.COM | Canceled | 5/22/2012 | 7/3/2013 | 428502967 |
| CHITOSANEXTRACT.COM | Canceled | 5/22/2012 | 7/2/2013 | 428502967 |
| FUCOXANTHIN.CO | Canceled | 5/22/2012 | 7/2/2013 | 428502967 |
| GLYTONE.CO | Canceled | 5/22/2012 | 7/2/2013 | 428502967 |
| KERATINHAIR.ORG | Canceled | 5/22/2012 | 7/3/2013 | 428502967 |
| KERATINSUPPLEMENT.COM | Canceled | 5/22/2012 | 7/3/2014 | 428502967 |
| PYCNOGENOLSUPPLEMENT.COM | Canceled | 5/22/2012 | 7/3/2013 | 428502967 |
| SACHAINCHIOIL.CO | Canceled | 5/22/2012 | 7/2/2013 | 428502967 |
| TURMERICEXTRACTS.COM | Canceled | 5/22/2012 | 7/3/2014 | 428502967 |
| SILALIVE.CO | Canceled | 8/2/2012 | 9/13/2014 | 449990846 |
| SILALIVEREVIEW.COM | Canceled | 8/2/2012 | 9/13/2014 | 449990846 |
| SILALIVEREVIEWS.COM | Canceled | 8/2/2012 | 9/13/2014 | 449990846 |
| SILALIVESUPPLEMENT.COM | Canceled | 8/2/2012 | 9/13/2014 | 449990846 |
| SILALIVESUPPLEMENTS.COM | Canceled | 8/2/2012 | 9/13/2014 | 449990846 |
| EMPOWERIZEYOURLIFE.COM | Canceled | 10/5/2012 | 10/5/2015 | 468587695 |
| EMPOWERMENTPLACE.NET | Canceled | 10/5/2012 | 10/5/2014 | 468587695 |
| EMPOWERMENTPLACE.COM | Canceled | 10/5/2012 | 10/5/2016 | 468587695 |
| GETEMPOWEREDBLOG.COM | Canceled | 10/6/2012 | 10/6/2016 | 468587695 |
| EMPOWERIQ.COM | Canceled | 10/6/2012 | 10/6/2015 | 468587695 |
| EMPOWERINGMYLIFE.COM | Canceled | 10/7/2012 | 10/7/2016 | 468587695 |
| EMPOWEREDPUBLICATIONS.COM | Canceled | 10/7/2012 | 10/7/2015 | 468587695 |
| THINKEMPOWERED.COM | Canceled | 10/8/2012 | 8/25/2014 | 468587695 |
| THEEMPOWEREDNETWORKER.COM | Canceled | 10/9/2012 | 10/9/2016 | 468587695 |
| SYSTEMPOWERNETWORK.COM | Canceled | 10/7/2013 | 11/18/2014 | 604055108 |
| ACQUIREDLIFE.COM | Canceled | 2/10/2014 | 2/10/2017 | 650729254 |

## Domain List - All for Shopper ID 14599063

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| GOLFREVIEWSOURCE.COM | Canceled | 2/11/2014 | 12/2/2014 | 650815473 |
| LANKANNEEDS.COM | Canceled | 2/11/2014 | 2/11/2015 | 650815473 |
| GETYOURTHEMES.COM | Canceled | 2/11/2014 | 12/2/2014 | 650815473 |
| FLEAMARKETSTORE.COM | Canceled | 2/12/2014 | 12/2/2014 | 650815473 |
| TASECURITYGROUP.COM | Canceled | 2/12/2014 | 12/2/2014 | 654202082 |
| STAYTAHOE.NET | Canceled | 2/13/2014 | 2/13/2016 | 652105157 |
| NATIONWIDELAKERENTALS.COM | Canceled | 2/13/2014 | 1/1/2015 | 652105157 |
| R108.COM | Canceled | 2/13/2014 | 2/13/2015 | 652105157 |
| QLREGENSERIES.COM | Canceled | 2/14/2014 | 2/14/2016 | 652105157 |
| LEARNWEALTHMANAGEMENT.COM | Canceled | 2/14/2014 | 1/1/2015 | 652105157 |
| ROYALEINTERNATIONALBLOG.COM | Canceled | 2/14/2014 | 1/1/2015 | 652105157 |
| DIETASDIAXDIA.COM | Canceled | 2/14/2014 | 1/1/2015 | 652105157 |
| LEAD-SOLUTIONS.COM | Canceled | 2/14/2014 | 1/1/2015 | 652105157 |
| ACTIONEQUALSINCOME.COM | Canceled | 2/14/2014 | 2/14/2016 | 652105157 |
| FEASTOFTHEFLOWERINGMOON.COM | Canceled | 2/14/2014 | 1/1/2015 | 652105157 |
| THECENTEROFSPOKANE.COM | Canceled | 2/14/2014 | 2/14/2016 | 652105157 |
| SHAREANDTRUST.COM | Canceled | 2/14/2014 | 2/14/2015 | 652105157 |
| FDZZ.NET | Canceled | 2/15/2014 | 2/15/2015 | 652910565 |
| CHEAPHOTELSINBOSTONMA.COM | Canceled | 2/16/2014 | 2/16/2015 | 652910565 |
| BITSTREAMINGVIDEO.COM | Canceled | 2/16/2014 | 2/16/2016 | 652910565 |
| MODERNDIGITALBUSINESS.COM | Canceled | 2/16/2014 | 1/1/2015 | 652910565 |
| POLLYSATTHEPIER.COM | Canceled | 2/16/2014 | 1/1/2015 | 652910565 |
| PLANETSIXTYSEVEN.COM | Canceled | 2/16/2014 | 2/16/2016 | 652910565 |
| CHRISTDOT.ORG | Canceled | 2/16/2014 | 2/16/2016 | 652910565 |
| LIBERTYFEATURES.COM | Canceled | 2/17/2014 | 2/17/2016 | 653762844 |
| SANCTUARYINBOONE.COM | Canceled | 2/17/2014 | 2/17/2016 | 653762844 |
| JOBINTUNISIA.COM | Canceled | 2/17/2014 | 2/17/2015 | 653762844 |
| DRMATTHEWS.BIZ | Canceled | 2/18/2014 | 2/17/2015 | 653762844 |
| VIDEOWORDMADEFLESH.COM | Canceled | 2/18/2014 | 2/18/2015 | 653762844 |
| HOMEREMODELVIDEO.COM | Canceled | 2/19/2014 | 2/19/2016 | 655080178 |
| EVALUATEMLM.COM | Canceled | 2/20/2014 | 2/20/2015 | 655080178 |
| RITZBITES.COM | Canceled | 2/20/2014 | 1/1/2015 | 655080178 |
| ART007.COM | Canceled | 2/20/2014 | 2/20/2016 | 655080178 |
| PERSONALINJURYATTORNEYHOME.COM | Canceled | 2/20/2014 | 2/20/2016 | 655073011 |
| PERSONALINJURYATTORNEYONLINE.COM | Canceled | 2/20/2014 | 2/20/2016 | 655073011 |
| PERSONALINJURYATTORNEYWEB.COM | Canceled | 2/20/2014 | 2/20/2016 | 655073011 |
| ACTIONFACTORYONLINE.COM | Canceled | 2/20/2014 | 2/20/2015 | 655080178 |
| NEWIDEASSC.COM | Canceled | 2/21/2014 | 2/21/2015 | 655080178 |
| GARCINIACAMBOGIAONLINE.COM | Canceled | 3/2/2014 | 3/2/2015 | 659231138 |
| PAINRELIEFAMERICA.COM | Canceled | 3/5/2014 | 3/4/2016 | 660493902 |
| GARCINIACAMBOGIAEXTRACTS.ORG | Canceled | 3/5/2014 | 3/5/2015 | 660101120 |
| MAKEMONEYSYSTEM.NET | Canceled | 3/6/2014 | 3/5/2016 | 661380847 |
| SUPPLEMENTPOLICE.COM | Active | 3/12/2014 | n/a | 664922658 |

## Domain List - All for Shopper ID 14599063

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| GANARDINERO.CO | Canceled | 3/14/2014 | 1/1/2015 | 664029618 |
| EMPOWERMENTWORK.COM | Canceled | 3/19/2014 | 3/19/2017 | 667000928 |
| KEEPUPSANDIEGO.COM | Canceled | 4/3/2014 | 2/9/2015 | 673552428 |
| FORSKOLINREVIEWS.COM | Canceled | 6/1/2014 | 3/31/2015 | 693795480 |
| WEIGHTLOSSTIPSFAST.COM | Canceled | 6/20/2014 | 6/20/2015 | 701561887 |
| DOTERRALIVING.COM | Canceled | 8/19/2014 | 8/19/2015 | 723903247 |
| LIVEGREENDAILY.COM | Canceled | 9/6/2014 | 9/6/2015 | 729739302 |
| GOODGREENLIFE.COM | Canceled | 9/6/2014 | 9/6/2015 | 729739302 |
| CREDITCARDSPROCESSING.ORG | Canceled | 9/14/2014 | 8/8/2016 | 733027750 |
| SUPPLEMENTRANKS.COM | Canceled | 9/18/2014 | 9/18/2017 | 735392553 |
| ACNESKINCREAM.COM | Canceled | 9/23/2014 | 7/30/2015 | 736212515 |
| SHOPCASHBACKREWARDS.COM | Canceled | 9/24/2014 | 9/24/2016 | 737354411 |
| HEALTHYANGEL.COM | Canceled | 10/6/2014 | 7/30/2015 | 742001237 |
| GROWCANNABIS.ORG | Canceled | 10/10/2014 | 10/10/2015 | 742788686 |
| PLAYERSMONEY.COM | Active | 11/30/2014 | n/a | 764058131 |
| SAFEMONEYEXPERT.COM | Canceled | 12/2/2014 | 12/2/2015 | 763927733 |

EXHIBIT "B"

# SilaLive Silica With Food Grade Diatomaceous Earth



# Diatomaceous Earth – Human Health Benefits?

**SilaLive** is a health supplement combining organic silica and pure food grade diatomaceous earth designed specifically to heal the human body by safely flushing and eliminating harmful toxins and excess waste which has made it earn the title of the beauty mineral.

Traditionally, this ancient treasure known as diatomaceous earth (a collection of diatoms which are single-celled fossilized-frustule algae shells made of 85%+ silica) was always associated with being a multi-purpose versatile substance for bed bugs, gardens and plants health, animal feed or pool cleaners and others – but now, many are questioning what it can positively do for human health.

For most, even if they have used or are familiar with the micro-fine diatomaceous earth food grade powder, not many have never considered ingesting it for potential positive effects. It is said the best fresh-water food-grade diatomaceous earth powder can be a cleansing catalyst and determined detoxifying agent that helps the body remove and get rid of toxic metabolic waste and damaging cellular-activity debris.

Find out if *Silalive* lives up to the hype today in our review.

# What is Diatomaceous Earth & Orthosilicic Acid?

Simple. The star of the show is silica.

Diatomaceous Earth is made up of 85% silicon dioxide mineral (silica) and Orthosilicic acid is essentially the organic form of silicon.

SilaLive is the only natural supplement that combines the power of these two active ingredients that show significant signs as being a sensational cleanser and detoxifier:

— Diatomaceous Earth (Ultra-Pure Food-Grade Variety)
— Orthosilicic Acid (Organic Silica)

It's okay if you've never heard of either compound, before. Silica is the second most-abundant mineral on the planet and plays a critical role in the human body – although most of us have never heard about it.

Diatomaceous earth, on the other hand, is an element known to potentially remove internal parasites like intestinal worms and harmful bacteria.

Together, these two ingredients purportedly make Silalive a powerful natural supplement. The supplement comes in the form of a micron-fine diatomaceous earth powder with organic silica mixed in evenly. You mix the silica-rich powder in juice or water and drink it daily (best early in the morning) to cleanse your digestive and detoxification pathways for better overall health and wellness support.

## Benefits of Silalive

The creators of Silalive advertise all of the following benefits:

— Regenerate Cellular Tissues
— Rejuvenate Natural Ingredients
— Detoxify Heavy Metals
— Cleanse The Whole Body

## How Does Silalive Silica Supplement Work?



Silalive claims to work by using the world's "first ever super-charged proprietary complex of trace minerals", including human food-grade diatomaceous earth containing 85% silica content along with added organic silica.

Diatomaceous earth comes from fossilized algae and has been linked to powerful health benefits – including detoxification and cleansing throughout the body. Silica, on the other hand, is thought to increase the synthesis of collagen and elastin in your skin, which can help you reduce the effects of aging like wrinkles and fine lines.

## What is Silica Deficiency?

Silalive is primarily marketed towards those who suffer from silica deficiency. Silica deficiency is characterized by certain health problems, including:

— Poor Skin And Hair Health (Like Dryness Or Weakness)
— Heart Pain
— Stomach Pain
— Weakened Teeth And Gums

Some of us get our recommended daily value of silica from the foods we eat. We only need trace amounts of silica to stay healthy. But when your body doesn't get these trace amounts, it can lead to serious health problems.

Chronic silica deficiency can harm your bones, cartilage, tendons, blood vessels, and arteries. There's also some evidence that silica deficiency is linked to an increased risk of Alzheimer's disease.

Silica, by the way, is just a shortened term for silicon dioxide.

Interestingly enough, beer is one of the best and most accessible sources of silica: beer contains anywhere from 20 to 60 mg of silica per liter. Silica can also be found in our soil, plants, and water. Bananas contain about 13.6 mg of silica in a 250g serving, and most grains, beans, and plants contain between 2 and 8mg per average serving.

Ultimately, silica deficiency is rare in humans because it is so abundant in our food. Nevertheless, silica deficiency can still occur, especially as the body ages.

## SilaLive Silica Supplement

SilaLive's offers many health benefits to its customers. See some of the benefits below in this complete review.

**Diatomaceous Earth** is a natural product that isn't exactly earth. It is actually the fossilized remains of microscopic organisms called Diatoms. You might remember them from junior high science labs. If you don't, ask a 5th grader!

## What Is Diatomaceous Earth?

So these organisms create a shell around them that later gets fossilized and these fossils are ground formed in to Diatomaceous earth, which is 84% silicon dioxide or Silica.

It has already been proven by science that silica is that one trace mineral that is essential for human life. This is why this wonderful natural substance can prove to be highly beneficial when ingested by human beings.

## Benefits Of Silica

There are many health benefits of silica, like lower blood pressure and lower cholesterol. These are two of the most common problems that are caused by modern life and everyone who has used diatomaceous earth has reported a serious decrease in both cholesterol levels and blood pressure levels. It has been surprising both the users and their doctors. No wonder this product is in such high demands.

Silica is also a very important for healthy bones and a tough bone structure. Those who complain from joint pains have received wonderful results by using diatomaceous earth. Many do not know that calcium supplements alone cannot do anything when it comes to joint pain in old age. You need silica to kick-start the body's self-healing mechanism.

Even osteoporosis patients have received good results by using diatomaceous earth.

 See More Information On SilaLive Silica Supplement

## Silica Supplementation

It is even said to prevent and lessen the symptoms of Alzheimer's disease by deterring aluminum absorption in to the body. Silica is also a very potent cosmetic solution.

Skin needs silica to keep the process of cell regeneration from stopping over time. Our skin starts to deteriorate because as we age, our skin cells stop regenerating fast enough to keep our skin smooth and firm. This is why we develop wrinkles and loose skin. With silica however, this process is enhanced and your skin starts looking younger.

Silica also benefits your hair, which is about as rich in silica as your bones are and hence needs as much caring. After all, it is every human beings crowning glory and without it, much of the natural beauty of a person is lost.

## Diatomaceous Earth Silica

Diatomaceous earth works wonders for your hair by making it stronger and healthier from the roots. As a result you will experience less breakage and healthier hair. And since all this is happening from within your body, you will see that the changes are quite long staying and completely natural.

Diatomaceous earth also helps you to have healthy teeth and gums, by reinforcing your dental health with silica. It also increases the health of your nail plates by making them stronger and less fragile.

Thus, diatomaceous earth is really one of the best natural cures for a lot of your common health problems. It will help you fight those problems from the inside and thus will give you a healthier, more permanent solution that artificial cures cannot promise you.

## SilaLive Diatomaceous Earth Silica Supplement

The most appreciated and highly effective diatomaceous earth supplement is SilaLive. Formulated with the greatest quartz crystals, *SilaLive* is being highly effective.



Those who have tried it have mentioned awesome health improvement. This is all due to the fact that SilaLive functions like a great detoxifier. When the body no longer holds heavy metals and toxins in the bloodstream, the detoxification process conducts to helping your hair, skin and nails.

 See More Information On SilaLive Silica Supplement

## Silalive Ingredients

Silalive's nutritional information sheet lists just one ingredient:

— Enhanced Diatomaceous Earth and OrthoSilicic Acid (Organic Silica): 7,500mg per serving

Each "serving" is listed as 1 tablespoon. There are 30 servings in each container.

## How to Use Silalive

The manufacturer recommends taking one scoop of Silalive once or twice per day with water. You should not take more than 3 scoops per day.

The supplement also claims to be organic, impurity-free, and certified food-safe.

## How to Buy Silalive

You can currently only buy Silalive from the product's official website at Silalive.com. At that site, you'll find the following prices:

— 1 Bottle: $34.97 + $4 shipping
— 2 Bottles: $59.97 ($29.99 each) + $5 shipping
— 3 Bottles: $79.97 ($26.66 each) + $8 shipping
— 6 Bottles: $119.97 ($19.99 each) + $10 shipping

Each bottle contains a one month supply of Silalive, which works out to 225 grams.

All shipping is provided by the United States Postal Service. Those shipping costs assume you're shipping to a United States address.

You can ship Silalive to international addresses. Just enter your country and address into the ordering form and the site will provide a shipping cost estimate.

All of the orders come with one free detox diet guide. That guide lists step-by-step instructions on how to follow a 7 day detox plan using Silalive along with wholesome, natural foods.

## Who Makes Silalive?

Silalive is made by a company called Silalive. That company can be reached by mailing PO Box 548 in Fishers, Indiana 46038.

The company also lists its support email address as support@silalive.com

There is very little information about Silalive company available online. The company's official website simply features the company's logo and a picture of the Vitruvian Man. What we do know is that the company is based in Fisher, Indiana, which is just outside of Indianapolis.

## Final Thoughts: Who Should Use Silalive?

Silalive is marketed towards those who believe they have a silica deficiency. Silica deficiency is characterized by dry skin, weakened hair, heart pain, stomach pain, and poor gum or tooth

health.

It's also marketed to those who want to cleanse toxins from their body – say, if you're going through a detox or kickstarting a diet.

If you fall into one of those two groups – or just want to improve your overall health and wellness – then Silalive may be the supplement you need to remove parasites, toxins, and waste from your body.

One thing you cannot ignore is the positive testimonials plastered over Facebook, amazon and posted on their website. Clearly the product works for a lot of people.

 See More Information On SilaLive Silica Supplement

REVIEW OVERVIEW

| | |
|---|---|
| Customer Support | ★ ★ ★ ★ ★ |
| Does It Work | ★ ★ ★ ★ ☆ |
| Ease Of Purchase | ★ ★ ★ ★ ☆ |
| Shipping Times | ★ ★ ★ ★ ★ |
| Pricing | ★ ★ ★ ★ ☆ |
| Money Back Guarantee | ★ ★ ★ ★ ☆ |

SUMMARY

I have personally been using SilaLive for the past few years. It is one supplement that I consistently take daily. Customer Support is easy to get a hold of. Usually had an email back within 48 hours or much less. Can purchase on their website along with Amazon and eBay. FAST shipping! They have good discounts for ordering in bulk versus single bottle. And they have a 100% money back guarantee on any un-used bottles.

# 4.6

**EXHIBIT "C"**

2/2/2017                                           nimbus screenshot app

*https://supplementpolice.com/golo/*
*02.02.2017*

                    ♥ HOT TOPICS ⌄    ℹ ABOUT ⌄    ≡ HEALTH GUIDES ⌄    🔫 DIRTY SUPPLEMENTS      🔍

# GOLO – Insulin Resistance For Weight Loss?





1 Tip of a flat belly :
Cut down a bit
of your belly
every day
by using
this 1 weird
old tip.
➜ Tip



4 Foods you must not eat :
Cut down a bit of your belly every day by never eating these 4 foods

GOLO is a three-part diet program that promises to fix your insulin resistance while trimming away fat. Here's our GOLO diet review.

## What is the GOLO Diet?

*GOLO is a diet program created by New York Times best-selling self-help author and John Hopkins School of Medicine's Keith Ablow, MD.*

Along with his team of medical doctors, they created this customized meal planning program to come in the form of a user-specific 30 day "rescue" plan that promises to reverse your insulin resistance, speed up your weight loss (get rid of your belly fat), and boost your metabolism.

Likely you have saw Golo's TV ad 'Once And For All' in which users shared results about how they completely reshaped their entire bodies and lives.

The program comes in three separate parts, which we'll get into below.

### The Three Part GOLO Weight Loss Program

GOLO consists of three separate components, including:

#### Take Release Patented Supplements

These Release patented supplements come in the form of a softgel capsule and are made using organic flaxseed oil and plant ingredients. You take one with every meal to prevent you from overeating. The ingredients also reduce weight gain and encourage your body to burn stored fat.

Over time, this will eventually optimize your insulin. The creators of GOLO claim that there are over 200 independent studies supporting the effectiveness and safety of the ingredients in Release.

#### Metabolic Fuel Matrix

The Metabolic Fuel Matrix sounds more extreme than it actually is. This part of the diet

chrome-extension://bpconcjcammlapcogcnnelfmaeghhagj/edit.html                              1/17

simply refers to meal plans that also measure the metabolic effect of food, allowing your meals to be perfectly balanced to maximize energy without spiking insulin or causing fat storage.

GOLO Roadmap

**4 Carb foods you should avoid:**   Never eat
Cut down a bit of your belly every day by
avoiding these 4 carb foods on your menu


The GOLO Roadmap teaches you which changes can have a big impact on your health and metabolism. It also identifies various obstacles you'll need to come to achieve weight loss.

This part of the program also comes with a 12 month membership to mygolo.com, where you can talk with other members and talk with GOLO experts while tracking your results.

## How Does GOLO Claim to Work?

One of the key terms used by the creators of GOLO is "insulin resistance", which is also known as prediabetes.

This condition occurs when your body produces insulin but cannot utilize it effectively. Your glucose builds up in your blood instead of being absorbed by your cells.

An estimated 86 million Americans suffer from some type of insulin resistance or prediabetes. Symptoms include difficulty losing weight, increased thirst, fatigue, and frequent urination.

The good part about prediabetes is that unlike full-blown diabetes, prediabetes can be reversed. It's caused by eating too much food and not getting enough exercise. and you can reverse these effects by eating less food and exercising more. Makes sense, right?

GOLO's diet and exercise programs are designed to address these concerns.

First, the nutritional programs help to normalize your insulin levels by eating meals packed with proteins, carbohydrates, and fats.

Meanwhile, the GOLO exercise program involves a lot of high intensity interval training, or HIIT. GOLO refers to this as "dynamic burst training".

HIIT has proven effective at increasing your metrics for various endurance indicators – like VO2 max levels – but there's some controversy about its ability to help you lose weight.

GOLO also advocates something called "spot training" in its exercise programs. Spot training involves targeting specific areas of your body by performing muscle movements in that area. For example, you can do ah workouts to reduce belly fat.

That may sound good. But studies have shown that spot training is a complete myth. It doesn't work. But remember, training is important, and likely better than taking some men in pills like leptitox for example.

> ❶ Click Here To See Our #1 Recommended Weight Loss Product

## Nutritional Facts for the Release Supplement

You start GOLO using the Release supplement. That supplement contains all of the following ingredients:

— Magnesium: 60 mg
— Zinc: 5 mg
— Magnesium. (as magnesium oxide) 30 mg
— Zinc: (as zinc oxide) 5 mg
— Chromium: (as Chromium Nicotinate Glycinate) 70 mcg
— Proprietary Blend 405mg: Banaba Leaf Extract, Inositol, Rhodiola Root Extract, Barberry Bark Extract, Gardenia Fruit Extract, Salacia Bark Extract, Apple Fruit Extract

By taking this pill 30 minutes before a meal, you can enjoy health benefits while also purportedly normalizing your insulin levels.

Out of all of the ingredients listed above, only Salacia bark has been linked to reduced diabetes symptoms. WebMD.com reports that

> "Early research suggests that consuming salacia has both a beneficial weight loss benefit on hemoglobin A1C (HdA1C) levels in people with type 2 diabetes. HdA1C is a measure of blood sugar control."

The problem with Release is that Salacia is hidden as part of a proprietary blend, which means we don't know the exact dosage inside. We can't be sure that it provides any meaningful results.

Meanwhile, none of the other ingredients in Release have been linked to weight loss or normalized insulin levels.

## GOLO Pricing

GOLO's pricing breaks down like this:

— 1 Month Supply: $39.95
— 2 Month Supply: $69.90
— 3 Month Supply: $89.85

Ultimately, GOLO is a straightforward diet and fitness program that may reverse your prediabetes and help you lose weight. Although GOLO has performed its own clinical trials over the years, scientific evidence for its techniques is otherwise limited. For example, GOLO advocates the use of exercise techniques like spot training, which have widely proven to be ineffective.

Meanwhile, the Release supplement shows little evidence that it can actually reverse your prediabetes with its listed ingredients. Nevertheless, at this price range, GOLO appears to be a cost-effective program that outlines basic weight loss recommendations.


Click Here To See Our #1 Recommended Weight Loss Supplement

**TRENDING TODAY**


Men: You Don't Need Viagra If They Do This Once Daily - Fights ED


2 Veggies that 'Destroy' Stomach Fat


(1) Easy Trick "Removes" Your Eyebags & Wrinkles (Do This Tonight!)


14 Times Lotto Winner:Do This Every Time You Buy A Lotto Ticket (Win 1/12 Times)


Weirdest Trick Erases Yellow Teeth Stains In 3 Minutes


How to Remove Eye Bags and Lip Lines In 1 Minute (do This Tonight)l

SHARE       

Thrive Algae Oil – Culinary Microalgae Cooking Oil

Tonvara Amino22 – Young Tissue Extract Supplement

Related Reviews

  

Jeunesse Zen Bodi System –          ClearVite-SF – Detox & Cleansing     Leaner Creamer – Natural Quality
Complete Weight Management Kit?     System To Help Lose Weight?          Coffee Creamer Blend?

  

Kay's Naturals – High Quality Non-   Mission1 Protein Bar – MuscleTech's   Diabetes Terminator – Real Diet
GMO Nutritional Products?            100% Clean Protein Isolate?          Program Helps Destroy Diabetes?

**111 COMMENTS**

 **Cathy**

Hogwash! Eat low carb, moderate protein, and height good fats. You will lose weight,
your body will go into a state of ketosis and star burning fat for fuel instead of carbs.
This is a scam!

 **anthony constantino**

What if I don't have pre-diabeties

 **GOLO for Life**

GOLO is for anyone who wants to loss weight and live a healthy lifestyle. Please
visit our website at  www.GOLO.com

 **Ruby**

Como puedo conseguirlo

 **Abnerys Rios**

I already order the treatment but they dont arrived yet is almost one month and a half
,they are so slow.

 **DOLORES MARTIN**

Interested in ordering product but don't want auto for every month, need to see
progress before ordering every month.

 **GOLO for Life**

GOLO does not auto ship or auto bill. Please visit our website at  www.GOLO.com

 **Marsha Cotton**

Previous look at this sight, an 'article' Blossom Youth Products. I don't know why you
have this & other 'articles' selling their products listed under your web sight. You
(GOLO) state "shipment free' no Auto-ship or Auto-bill". Until I got auto-charged &
auto-charged ($99.95 + $89.79 +$99.95 + $89.79) from Blossom Youth Products I had
no idea what this meant. It was not until products (that I did not order) came & a friend
told me what happened & I checked my credit card & found the above charges that I
knew I had been tricked (deceived) when I agreed to pay only shipping to try trial
sample of 2 products ($4.79 for SIM SERUM & $3,95 for BIO CREAM) First I ordered the
'cream' then "the computer" (did not talk to a live person) 'said' most people who order
the serum to go with the cream....so I agreed to try both. No where was there a "notice"
informing" me that if I did not cancel within 14 days I would be charged $99.95 for
cream & $89.79 for serum. Neither was I informed that if not cancel monthly shipment
of these 2 products with above cost would occur. This company is attached to your sight.
I assume you agreed to let this happen...along with many many other unrelated to
GOLO. No one made me to answer original order, but deceiving me with NO info about

2/2/2017                                                      nimbus screenshot app

what will happen if I do not cancel with in 14 days.



**Rodney**

I am approaching 60 in just a couple weeks. I ordered this product, 1 bottle ago and am on my second bottle. I take one tablet at each meal, and the first week I had gained weight, aprox 3 lbs. I was going to the gym at this time, doing about a half hour plus on the treadmill three times a week, with machines. After the first bottle, no change in the jeans fitting or ANY weight loss. I did NOT change my diet at all, cept eating more salads, and fruit. I had gained the weight after retirement 1 yr ago, about 25 lbs. I'm in the neighborhood of 225 lbs now, and as of a couple yrs ago I was 200 lbs.



**Barbara Rodrigues**

I have a blood clotting issue and formed a massive blood clot in 75% off my heart and needed open heart surgery at age 46. Also needed a filter placed because I had numerous clots all over my body. I therefore need to take the blood thinner Warfarin (Coumadin) for the rest of my life.

My question is simple...do any of the ingredients in this diet plan interfere with Warfarin (Coumadin)?

Thank you in advance.



**D..SMITH**

I stopped smoking ...July 13, 2015 since then I picked up over 100 pounds. I went to my dr visit she explained to me that my insulin is 8 point from me being a full blown diabetic..im very interested in something to help me to become better at losing weight and the proper excersise regiment...i dont eat alot ,i just don't always eat the proper foods..and i eat late..i do try to involve alot of fruit but also as we know that some fruits also holds alot of sugar,..i just feel that it's time for me to take back my life..and get back healthy for me???Thank you



**rd**

I was diagnosed diabetic in June 2015 and weighed 311 pounds. I have found that I can control my blood sugar by avoiding all grains, pasta, potatoes, and rice. By avoiding all of those, I can still have fruit. It's easier for me to completely avoid them because I don't have will power to eat one piece of bread. LOL I am a bread lover. I've lost 115 pounds since then. Exercise is very important to blood sugar control.



**Diane**

No supplements needed except multivitamin. I was diabetic. Hated metformin and insulin shots so focused on dropping weight instead to improve A1C. Reversed it in just a few months by eating roasted or steamed veggies, eggs, cottage cheese, nuts, seeds, avocado, banana, apple, chicken, beef, fish and occassionaly lentils or black beans. No pasta, bread, crackers, sugary stuff. Walked 20 min daily. Got off insulin in one month, cut metformin dose in half by month three and eliminated all metformin by month five. That was 3 years ago. I've maintained excellent A1C (5) by eating low carb except on special occasions.



**Jessica**

Very nice! I need to do the same. I was just told by my doctor that as a diabetic, I can't eat Bananas...Did you eat them a lot??



**Lisa Mitchell**

Awesome story, very encouraging and honest methods to getting off the insulin.. I love reading this...



**Angela**

I am 5'8 and weigh 215  Just started taking GOLO and lost three pounds in twelve days. Wish it were more weight. I am eating mostly protein and veggies but add gluten free oatmeal on each of my three workout days. Also added weight resistance training to help get my BMI down from 42.2 to 25.



**Kenya Smith**

It works!This is my third week and two weeks in I lost 13 lbs.You have to follow the meal plan and you have to exercise,its a sacrifice but a one that's worth it's weight in gold.no pun intended.



**Jackie**

Kenya,

We are so happy to hear that the product is working for you. Please feel free to contact us with any questions you may have along the way!

GOLO Customer Support
1-800-730-4656
support@golo.com



**Helga Robertson**

How do I go about returning golo and getting my money back.
Helga Robertson



**GOLO Customer Support**

GOLO comes with a 30 day unconditional money-back guarantee that begins on the day that you receive the package. In order to receive return instructions, please contact Customer Support at 1-800-730-4656 or support@golo.com.



**Ceci**

If you are considering purchasing golo please save your hard earned money!!!! It's definitely a scam and they should be ashamed of themselves for preying on people who are vulnerable and trustworthy!!!! If you really want to lose weight, get on a healthy food plan and work out regularly ....that's my advice!! And golo...as for you, karma is a bitch!!!!!!



**GOLO Customer Support**

Ceci,

When we spoke with you today, you advised us that you were only able to use the product for a few days and had to stop due to a sensitivity to one of the ingredients.

You returned the supplements to us but threw away the rest of the items that came in the Rescue Plan. We issued you a refund for the items that were returned and advised you that we would be happy to issue a refund for the additional amount if you could return the other items. I am sorry that you were unhappy with this response however we did do all that we could for you and we did refund you in full for the items that were returned.

GOLO has helped many people who had previously been unable to lose weight by "getting on a good healthy food plan and working out". It is not always that easy especially for those with Insulin Resistance. Again, we are sorry that we were unable to issue you a full refund and if you are able to locate the other items we would still be more than happy to issue the final refund when you are able to return them to us.



**Jessica Tarte**

I got my GOLO and I'm start my GOLO diet on This Monday. I hope this works for me. My Goal is lose up to 200lbs by September or October. I'm going to buy my stuff on this Sunday. I am so happy I'm this diet



**Michelle**

U want to lose 200# in a month??? Get real!



**Baking Queen Frances**

Lol

 Doreen

Regardless of what type of weight loss/management you use, losing 20olb a month a health hazard. I wish you don't push yourself that hard.

 **Tammy Dougherty**

Hello, anyone out there who believe this product has actually helped them with weight loss???? I see the commercial and it appears to be a miracle rx... Worth it, or not??????

 **Pam**

I have been on it since 7/14, and have lost 8 #! I haven't felt hungry at all, because it's really a lot of food. Plus, I feel SO much better because I'm eating healthy...my biggest challenge is getting my meals ready for work. And bring imaginative so I don't get bored. I gravitate toward the same things all the time for ease in preparing.
It will get better. I am determined to get down to 170. I'm 5'9".
So far, I would recommend it!

 **Clairetta**

On another website, I found this phone no. for those of you who are looking for answers. The no. is for the company. I hope this helps you. I am thinking of getting this for my husband, but I need to find out if it would be safe for him. So I am calling to ask about this.

1-800-730-4656

 **Barbara**

I just want a refund. I can't find anywhere on their site to do that. Help from anybody?????

 **GOLO Customer Support**

GOLO comes with a 30 day unconditional money-back guarantee that begins on the day that you receive the package. In order to receive return instructions, please contact Customer Support at 1-800-730-4656 or support@golo.com.

Reply

 **Linda Ortlieb**

Likely you have saw????

 **Ex**

I had the same reaction!

 **Maureen Jenkins**

@ AM222 commo sense you're obgyn/ baby's ped will tell not to take any diet supplements, or vitamins but prenatal vitamins only,the weight will come off faster while breast feeding...

 **olivebeauty**

who in the hell wants to breast feed? it hurts like hell and the chances of getting pregnant again is high. and that's a lie too.

 **Baking Queen Frances**

I loved breast feeding. It was healthy and easy. I didn't experience any discomforts.

 **Momof3**

Stupid people that don't understand the great benefits of breastfeeding!!! Your fucken stupid!!!
Also not everyone loses weight while breastfeeding!!!



**Mia Young**

how old do you have to be to use golo? Im 15 and over weight I dont want golo to affect me differently with strange side affects or anything like that. And Ive looked at all of the golo sites and cant get the answer I need. Does anyone have any ideas?



**Page**

Don't do golo - try the female version on Atkins . Put app on your phone and stay with in your range. Whatever amountt of weight you want to loose will fly off . ( at least my weight has ) and I have poos



**Baking Queen Frances**

You should talk with your parents.



**Keep Trying**

Mia Young, you are young enough that all you need to do is change your eating habits and add some walking daily and the weight will come off. Just don't stop trying. No one loses a hundred pounds in a month, it comes off a little at a time. I'm 46 and I've lost 300 pounds in the last 3 years. If I can do it, you can too.



**Clare**

Jana and John, thank you for saying that because I gained weight because I was not eating enough. I was eating 1 meal per day, therefore, those of you who said "YOU EAT TOO MUCH", which is not the case. I am pre-diabetic and will try Golo. I don't knock anything that I don't know about and neither should you.



**Nicolinat**

Thank you to everyone who have made statements. My other half and I have been considering trying this we tried slimquick and we didn't lose any weight. So we're going to order GOLO in July. Wish us luck I'll be sure to keep you all in the loop right here on our progress weekly. Thank you kindly once again.



**Mike Scott**

Im 72 and have the same results as the Carol and her 72 year old brother who commented on June 16 had. I weighed 268 lbs and nothing happened for a couple weeks then the fat around my mid-section started melting away. Its been 9 weeks now and I weigh 242 lbs. Im a big skeptic and when my wife told me about the GoLo commercial she had seen, I said it was BS, they are just telling you what you want to hear but she insisted and I tried it. I think since I quit drinking pop, and quit eating pizza, burgers, cookies pies, cakes, chips, fried food, red meat etc I would have lost the weight anyway. BUT this is all mid-section fat, not any muscle and I think its because of the Release capsules.



**Jessica Tarte**

Hi I'm Jessica This Friday I'm going to order mines and my mom want one to and I hope this stuff work. I have sickcell but I'm fine and eating healty food and work out everyday. When I order 2 bottles for me and mom to how will I will get this.



**Theresa Washington**

I am on golo now trying to lose belly fat



**Victoria Ashby**

How is it working for you



**Tracy**

Ordered this for my Mom. She did not like the product after giving it a shot for over 2 weeks. Said it made her tired and irritable. Called the GoLo company to see about getting a refund. Their policy is 30 days FROM THE DATE YOU ORDER!! So tell me why

2/2/2017                                                                 nimbus screenshot app

a company offering a BONAFIDE weight loss product would have in essence a NO REFUND policy. Because they are crooks and KNOW their product does NOT work and WILL NOT refund your money. 30 days from the date of order (they could technically take 29 days to deliver it and then you would be totally screwed) Even half way legit companies selling weight loss products give more than a 30 trial period!! I would have rather put $90 on a roulette table. Better odds.



**diana fritelie MILEBE BREY**

Hi, I just wanna lose some weight in 1month...I need you to help me, thank you. Diana!



**linda**

I'm going to give it a try I will trust this product in Jesus might name. He that dwells in the secret place of the most high shall abide under his wings. And Jehovah. My God to bless this. Neww product in Jesus name. Amen. Linda. I trust him. Before I trust any man



**Ananè**

Why don't you just ask Jesus to melt the fat away??.... Skip the middle step. IJs.



**Phyllis**

I agree I prayed and forgot about I lost the weight did not change my diet he here you



**Carrie Pugh**

You sound absolutely RIDICULOUS.



**Leah Tamagsur**

Linda,
I'm shocked you would publicly put Jehovah to the test....you need to keep testing yourself to see if you're in the faith, sounds like you don't really know Jehovah....Shame on you and if you don't believe this, ask an elder what he thinks of your reply. .
AGAPE



**Beatrice**

I'm going to order it tomorrow. I already work out 3x a week with a trainer. Trying to lose 20. So wish me luck.



**Toby**

My wife and I have both lost weight. We follow the GoLo diet pretty close and take the supplement. We ran out of the supplement and we both have gained a couple of pounds back. We both work long hours and commute so exercise is very little to non existent. We ordered some more today. I am now looking into the salacia oblonga mentioned in the review. The diet is straight forward, pretty much the same thing they told us in the third grade. We all need to limit sugar and processed food. I also believe gluten should be limited as well. My wife lost 15 lbs. in 45 days, I lost 10 lbs. I believe there is something to the supplement because we have started creeping up in weight without it. However, I believe portion reduction will also impact the weight loss. We will begin measuring each portion today instead of eyeballing it while putting the food in the pan to cook. Loosing weight and keeping it off can be very frustrating, especially the older you get. I was a professional athlete back in the day and never had to worry about weight loss or gain. But now getting close to 50...well, it is challenge to say the least.



**Ken**

I will tell you what worked for my mother-in-law. First, let me give you some background information. She has a hard time doing any exercise because she has no cartilage in her knees. She was extremely overweight and did very little when her doctor told her that she was prediabetic. When her social told her that she crossed the line and was now in the diabetic range, she made the changes. She starts eating at 9 am. She eats every 3 hours. Her breakfast at 9 has a max of 25 grams of carbs. Lunch and dinner at noon and 6 have a max of 30 grams of carbs. Snacks at 3 and 6 pm have a max of 15 grams. She drinks bottles of water with sugar free flavor. She has one piece of sugar free candy with both lunch and dinner and has one Carb Smart Ice cream bar

before bed. These make sure that she doesn't feel like she is deprived. Without exercise
or counting calories, she has lost 100 pounds in a year.



**Sandy**

Awesome im very happy to hear that I need that motivation.????????



**Phyllis**

Awesome



**lavonne**

hi ken......I just wanted to know that the carb count for lunch and dinner, was it
30 carbs separately? or 60 carbs total?.., same as for the snacks....15 carbs
separately, or 30 carbs total? Just needed a little motivation because my
method STINKS!!!...AND I DEFINITELY DON'T WANNA START TAKING ANY
MORE DIET PILLS AGAIN....Thanks in advance and congrats to your mother-n-
law...(smile)!



**Ron**

Another miracle weight loss product. Why bother? If you need it to lose weight, you will
need it to keep weight off. You are stuck with this stuff for the rest of your life. There is
only one way to lose weight. fewer calories. Stop taking sugar and processed foods. You
don't need to exercise. Look at Stephen Hawking. He is as skinny as a rail and doesn't
move a muscle. Exercise doesn't lose weight. You can hike a mile on one cookie, so
exercise if you like exercise, but cut the calories and don't eat sugar or processed foods.
That's it.



**vanessa**

I agree Ron. The top 10 reasons your not losing weight;
1. you eat too much
2. you eat too much
3. you eat too much etc for 7 more times!! lol
This is a true statement.



**Jana**

Vanessa, I was on a strict diet with my Dr. and a work out routine. Don't
judge bigger people by thinking they eat too much. Not all overweight
people have over eating issues. Sometimes its medical or medicine
reasons for it. This has helped me majorly and my dr. has highly
approved my results. He was the one in fact that told me about insulin
resistance, and approved that I take it. I could lose everywhere but my
stomach. The weight is coming off and ive have found my solution....
DONT JUDGE, you never know what someone is going through, and how
hard they may be working on things to change their situation. Yet when
they try, they get knocked down....



**Maureen Jenkins**

I sooo agree with you bc I'm on at least 8 meds or more with a
terminal illness disease that cant be cured unless of a stem cell/
bone marrow. Some ppl like myself gain weight bc they hardly
have a appetite bc of medicine intake, it literally takes away the
mood of eating... SOOO DO NOT JUDGE, LEST YOU BE
JUDGE!!!!



**Sherri L Mertz**

AMEN!!



**Gemma**

Sorry .no such thing as a FAT PRISONER OF WAR!!!



**John doe**

Your ignorant in your assessment. I have a very physical job. I use fitbit
and just with my job alone I walk at least 10-13 miles/per day and burn
upwards of 5000 calories. My diet consists of plain oatmeal with a

banana and some peanut butter mixed in for breakfast, a tuna or turkey wrap for lunch, chicken or fish for dinner along with fruits, vegetables, nuts and a protein bar for snacks spaced out in 3 hour increments during the day in my typical week. Yet I weigh 275 lbs with a 5' 10" frame. Stop being judgemental and think you know everything. Some of us aren't fortunate enough to have been spared the problem that messes with your insulin resistance.

 **Richard Best, MA (physiology)**

Try googling this article:

NYTimes: Skinny and 119 Pounds, but With the Health Hallmarks of Obesity

It is theoretically possible 275 pounds is a very healthy weight for you. It is also possible that if someone with the same body mass index and percentage body fat as you lost weight, his health would get worse.
You might lose some weight (body fat) if you switched to a no carb breakfast and added weight training every week or two and a large salad every day. Losing gluten containing grains if not all grains and particularly any flour would also be beneficial. I used to teach this stuff at the college level. I have read about 4000 journal articles in this general area.

 **A real exercise physiologist, CSCS, cpt etc etc etc**

I am a little unsure if you taught human physiology why you are suggesting people not eat carbs in the am and lift to lose weight. Also most educators would quote a peer reviewed article from a scientific journal, not the NYT. You have to eat carbohydrates to lose weight and you have to be active. The bottom line is most people don't want to put the work in. That's why there are those who are fit and those who are not. There's another post on here about someone needing to treat herself while on this diet with a low carb chemical sugar ice cream bar before bed....like really people?? Eat a fully balanced diet don't eat before you go to bed and workout that's it.

Now here's some REAL science on why you need carbs. Any type of carbohydrate you eat is eventually broken down into glucos which is then metabolized. Pyruvate is formed during glucose metabolism and if glucose is not present in the blood, pyruvate cannot do its job in the energy process. Therefore, fat has nowhere to attach in the body's mitochondria, which in turn slows the metabolism, and will halt or extremely lessen the body's fat-burning capabilities.

 **John doe**

And you're just plain ignorant and insensitive to the people that can't control how much they weigh.

 **Scott**

Or you could get a copy of Wheat Belly and lose weight while learning the dangers of "healthy whole grains". Worked for me.

 **Jethad**

Not eating enough will cause weight gain! I eat healthy food and most days I barely make 1000 calories! When what you eat has very little calories it is hard to get enough calories! I don't eat carbs, processed foods, drink sodas, or anything that is not "real food" and can't lose weight. Doctor has told me the issue is twofold, one, I have hypothyroidism and can't take the meds cause of side effects and two, I don't eat enough calories. Not all overweight people eat junk or over eat!

 **Phoenixwmn**

@Ron—-Stephen Hawking is as thin as he is because his muscles have wasted And atrophied from disuse and his progressive neurological disorder. I'm an RN:

I don't do well with ppl making pseudo-medical statements because they rarely know what the h*ll they're talking about. It's 'Diet 101' to cut out sugar, saturated fats, soda & high glycemic index carbs. I hope you don't think you were offering any epiphany here. Human beings absolutely DO need exercise; you couldn't possibly be more wrong. Bones begin to thin and muscles waste when people stop exercising. You folks that are reading these posts. Ron doesn't know what he's talking about, ignore him for your own good. SMDH.



**Nina**

This works



**chris**

Hello I am a Insulin diabetic and also have M.S to and need to lose some weight like yesterday I feel so fat and ugly and just tired of looking at myself ive never been over 145 now im close to 180 and that is not me so what can i do



**Lisa**

Is there a reason there are no replies. I am interested but need more information



**Jeannette Carter**

I'm thinking the same thing Lisa why no reply??



**Am222**

Is this safe when breastfeeding? Will it affect my milk supply?



**avalerio**

I would never take anything while you are breastfeeding that is just common sense! You just had a baby... the weight will eventually come off...



**Octoberangel**

I agree with Avalerio. Also consult your DR before taking anything.



**The 1 plumber**

No pop low sugar and low carbs eat none process food minimal process cheese eat carbs that your body process as protein like dream field pasta carb heathy and you will lose a ton of weight and have way more energy eating this way can also reverse type 2 diabetes as it did for me I was type 2 a year ago and now my blood sugar level stays under 104 after fasting.



**Richard Best, MA (physiology)**

What is your exercise program? Without an exercise program you probably have not gotten your blood sugar down to where it theoretically can go. Just as a point of reference my last fasting blood sugar was 73. My resting blood pressure is about 110/60. Both of my parents were slightly obese by about age 50. My mother had angina by the time she was 52. She had a blood cholesterol level of 400.



**Gma**

Well Well No information to help make a decision. One more time to pay for something only to fine it useless? I do not have money to throw away. The couple of other things I tried were Useless........... Not sure I can afford to throw away more money. I am a Breast Cancer survivor with sugar problems. But with two disabled people living in my house money is tight. Sure wish you could depend on someone to really tell the truth not just be out to get into your pockets..................



**TEJAUNA**

I HAVE DIABETIC AND I NEED TO LOSE SOME WEIGHT



**Lynette Drake-Jefferson**

Hello, my name is Mrs. Lynette Drake- Jefferson, I am a diabetic and I take insulin called Lantis I want to loose some weight before the summer time comes can you please give me some suggestions please



**Richard Best**

Do not go on a diet. This may stimulate excessive eating in the future as your body will be anticipating another famine. Try instead a little bit of intermittent fasting. For many this could be as simple as avoiding carbohydrates before noon.

Avoid flour and sugar. Eat a big salad every day that is at least 50% cruciferous vegetables.
Join a gym and work out for at least one hour every two weeks. Use slow 10 second repetitions and make sure you exhaust muscles completely with each set.
Try to understand that it is possible to be moderately overweight and very healthy or even obese and healthy and that it is possible to be thin and very unhealthy depending on many other factors.
Try to build at least 2 miles of walking into your every day routines. Try running at least 1 mile per day or the equivalent. Include intervals (sprints) in your exercise program. Or try some equivalent aerobic exercise such as swimming.
Something very few people know is that muscle tissue produces a hormone called leptin that suppresses appetite.
Aerobic exercise raises the level of glut4 as much as 50%. This is a protein that transports glucose and other molecules into the muscle cells. Better transport means improved insulin sensitivity which means lower insulin levels. Insulin blocks leptin or causes leptin resistance. Leptin resistance leads to increased appetite and weight. Insulin also stimulates fat storage. Bottom line is the weight gain. People vary in the amount of fat that they can carry around safely. However, we all have a threshold above which we are storing excess calories not in fat cells but in the liver, pancreas, heart, blood and kidneys. This leads to a condition called metabolic syndrome that in turn leads to heart disease, diabetes, and many other health problems. Aerobic exercise and probably resistance exercise as well both increases levels of a blood protein called Klotho that improve insulin sensitivity throughout the body.



**Phoenixwmn**

No one has to "join a gym". Walking is medically proven to be THE most effective weight loss tool and it costs nothing. Just get out there and walk~start small...go 300 yards or half a block. Increase it a few steps each day~just MOVE your body. Soon you'll realize it no longer feels like a chore but is pleasurable. You get endorphin release when you hit a certain level of activity. You'll know when that's happened because you'll feel really great after your walk. Just get out there, walk every day. It takes 18 days to form a new habit & make it permanent....start your 18 days tomorrow and get moving, get healthier with every step.



**I. Arah Dumass**

Really... is there no one on here that has any results to report at all? Is there not one person to defend the accusation of useless ingredients in Release?

I just ordered two bottles of this yesterday, then found this site today. Maybe when it barrives I should just sell the bottles on Feebay or feed it to my overweight cat (just kiddin').

I haven't even received it yet, and it's already not looking good so far. 80 clams down the drain?



**Jana**

Don't sell it, Use It!! It does work. I have struggled a long time thinking that is was all my thyroid and having a baby that caused me not to lose, regardless of what I ate or how much I exercised. My Dr informed me that we could take another approach and try a insulin resistance approach since I had all the symptoms. I SWEAR, this has been the only thing that has worked. I eat along with the plan as much as possible, and take the capsules and have lost 62 pounds so far in 5 months. The weight just started melting off for me. I found my answer, everyone is different because our bodies are all different. Its not a joke, if you use it the right way. If you eat like crap and pop these, you may lose some, but going along with the diet as close as you can, it will work. At least it

did for me.

 **Carol**

My 72 year old brother tried it. He said on the suggested diet alone he probably would have lost weight, but in 5 weeks he has lost 23 pounds...all belly fat. He said that he saw no results for about 2 weeks then all of a sudden it literally started melting off. He said he doesn't seem to have lost any muscle tone, just belly fat. I'm going to try it because nothing else seems to be working. I'm a 62 year old female....I will let you know in a few weeks how it has worked for me.

 **Katherine Heasley**

Thank you so much. I'm ordering this right now. Please God let this woman be right. Let this work.

 **Rosemary**

Thanks. I needed that.

 **Octoberangel**

I just ordered 2 bottles of this today myself. One for my husband who needs to drop at least 100 pounds. He and I both tried nutri Systems, he lost 20 pounds I lost 10 and we both gained it back and then some. His stomach is growing faster than the weeds in the backyard and since I hit menopause my gut has grown too. As my gyn told me protein and veggies veggies and protein. We are currently snack in the middle of a massive kitchen remodel and I am unable to cook proper meals. I will give this program 30 days to see what happens. Once my kitchen is done, I plan on getting back to cooking low carb healthy meals. Breakfast and Lunches are our issues. He has access to numerous places to eat I do not. I bring my lunch everyday but it gets boring real fast. I do not want to be on a pill for the rest of my life even though I take a thyroid pill daily. I hope by end of month October, my kitchen will be done and I can cook healthy meals once again. I also have the George Stella low carb and loving it cook book as well as 1 Dr 2 diabetic cook books at home too. I miss cooking. My sister gave up sugar for 30 days and lost the weight and she said the first 10 days are the worst but she did it. I used to be able to eat anything but when I turned 40 it was all down hill. I am a firm believer that if we watch what we eat and cut out the crap, soda, sugar, processed packaged food and WALK we can and will lose the weight. Maybe the 30 days will give me the jump start that I need. I felt pretty good on Nutri systems but like I said once we went of all the prepackaged food (it was actually pretty good) we gained the weight all back. Stay tuned for updates. Thanks

 **Carrie Kleinschmit**

They claim it will. I just got my shipment yesterday. SURE HOPE SO !

 **Karen**

I start last week loss 7 pounds & my blood sugar is starting to come down so is my blood pressure. So I am glad.

 **Bonnie Saunders**

I am diabetic type II. Will Golo help lose 64 pounds overweight I take two insulin humulog levermer insulin four times a day. I need to improve my health affect eye sight kidneys liver asthma need help to improve my health. I can only paid $1 trial for Golo.Can you help to improve my health I tired being sick every days and nights. Write me letter if you can help me.Name Bonnie Saunders 13B Hollywood Circle Greenville SC 29607. need help with diabetes.thank you.God bless. If you can help lose weight 64 pounds tired of sticking myself.

 **peggy**

well it looks like the reviews are fake since no one answered the questions posed. Not responding tells a lot!

 **Carrie Kleinschmit**

2/2/2017

nimbus screenshot app

maybe they are responding individually by email.



**Scotia Scott**

My name is Scotia Scott I just want to loose 60 pound by the end of September if can help me I will appericate that



**Lynette Drake-Jefferson**

I am trying to loose at least 50 to 100 pounds again I am a diabetic type 2 do you think that Golo is good for me to loose some weight or could you please give me some suggestions on weight loss please. I would appreciate it very much if you like you can contact me at;443-882-5458 can call me anytime thank you so very very much, Lynette Drake-Jefferson



**Suzanne Crumpton**

Can you take this if you have Afib and congestive heart failure my husband cacao control his food cravings



**Dianne Lewis**

I'm a insulin dependent diabetic would GOLO Be safe for me?



**Sherry Bennett R.M.A.**

No you are not insulin resistant you are not making enough insulin. I would not order this without first talking to your physician. This company will not take responsibility for your health. They are not your doctor and no nothing about you.



**dumbshit**
+know



**MYRA BROOME**

what kind of food can you eat? what kind of exercise do you do?I have just finished chemo for breast cancer and my sugar has stayed high til the past few days .if this will work it will be great Ive been on diets forever it seems like. im ust asing for the truth



**Jamie**

HIIT is suggested as the exercise by GOLO, but what about someone like me that has 100+ pounds to lose? I cant see myself "jumping right into HIIT".



**Walt Disney**

I was curious about this product because although all the people in the commercial appear to have lost weight they all still have a long way to go, yet all seem to feel like they have reached their destination.



**Nora**

Asked customer service. Its not for diabetics only but for people who crave sweet and cannot control these cravings. Price is only $39.95 for supplement, books and 1-year access to their site where you can have your personal profile, support and forum as they say.. Free Shipping. Not another auto-ship company. I read the site – very detailed – but couldn't find ingredients of their Supplement Release anywhere. Finally found its hidden is FAQ section. Not impressed with ingredients. Dont see anything that can stop cravings. Would be so great to hear any testimony from somebody who used it...



**Dawn**

I am a nurse and a non-compliant diabetic, I know those 2 go together well, huh? I just received the package you spoke of for the 39.95. From what I read, it is going to be a well balanced meal with little to no processed food. And the exercise I've read about so far says start with 10 minutes a day and by the end of 2 weeks they want you up to 30 minutes a day. That being said, it's the

### Health Products

Discover Which Supplements Are Slowly Killing You and Which Ones You Should Be Taking Daily For Optimal Health


Yes, Send Me The Free Book!

**MOST POPULAR**



How To Remove Aging Eye Bags & Wrinkles In 2 Minutes (No Surgery!)



Weirdest Trick Erases Yellow Teeth Stains In 3 Minutes!



[Video] Men, No Need for Viagra If You Do This - Once Daily



largely accepted logical way to weight loss. But, for me, I like the simple meal plans "Pick 1 of these items, Pick 2 of these items" to help you stay balanced. Can't speak towards the supplement because I haven't tried it. Wish me luck!

 **maritza Negron**
Is this program only for diabetic people?

 **norma**
Will this give you energy

**LEAVE A REPLY**



Notify me of follow-up comments by email.
Notify me of new posts by email.



**Diabetes Breakthrough That Will Bankrupt Diabetes Industry (Watch)**



**Diabetes Breakthrough That Was Silenced by Drug Companies**



**Reverse Aging! Erase Eye Bags & Wrinkles In 1 Minute (No Botox!)**



2/2/2017                                        nimbus screenshot app



**EXHIBIT "D"**

# Pepper Hamilton LLP
### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
215.981.4000
Fax 215.981.4750

M. Kelly Tillery
Partner
direct dial: 215.981.4401
tilleryk@pepperlaw.com

May 10, 2017

**VIA FEDERAL EXPRESS PRIORITY**

Supplement Police
c/o Domains by Proxy, LLC
14455 N. Hayden Road
Scottsdale, AZ 85260

Re:   GOLO, LLC

Dear Sir or Madame:

This firm is Intellectual Property Counsel to GOLO, LLC ("GOLO").  As you most likely know, GOLO is a leading weight loss program created by a team of doctors and researchers which aids people all over the world in achieving their weight loss goals in a sustainable and healthy manner.

It has come to GOLO's attention that you published a "review" of the GOLO product to your website, https://supplementpolice.com.   (*See*  https://supplementpolice.com/golo.)   This "review" remains live on your website, and contains numerous false, misleading, and defamatory statements about the GOLO product, and provides <u>no</u> support or evidence for many of the assertions made therein.   These false, misleading, and defamatory statements are likely to influence customers' purchasing decisions and lead to customer confusion.

First, it is clear that Supplement Police uses the headlines in its GOLO "review" to create skepticism regarding the GOLO product.   The questions posed through those headlines (particularly, "GOLO - Insulin Resistance for Weight Loss?" and "How Does GOLO Claim to Work?") are clearly intended to raise doubts in readers' minds, and paint GOLO's product as a potential sham.  (*Id.*)  In reality, GOLO's efficacy is well-established, as evidenced by the many studies and trials conducted by GOLO concerning its product, as well as the statements and opinions of various physicians.   (*See*   https://www.golo.com/clinical-studies/   and https://www.golo.com/about-golo.)

| Philadelphia | Boston | Washington, D.C. | Los Angeles | New York | Pittsburgh |
| Detroit | Berwyn | Harrisburg | Orange County | Princeton | Silicon Valley | Wilmington |

www.pepperlaw.com

**Pepper Hamilton LLP**
Attorneys at Law

Supplement Police
Page 2
May 10, 2017

And second, your GOLO "review" contains numerous and blatantly misleading, false, and defamatory statements about GOLO under those headlines. For example, you state that "insulin resistance ... is also known as prediabetes." (https://supplementpolice.com/golo/.) These are not the same things. (*See* https://www.golo.com/ ("insulin resistance ... can develop into pre-diabetes and Type 2 diabetes").) You also state that GOLO "involves a lot of high intensity interval training, or HIIT ... but there's some controversy about [HIIT's] ability to help you lose weight" and that "GOLO also advocates something called 'spot training' ... [which] some studies have shown ... is a complete myth and doesn't work." (https://supplementpolice.com/golo/.) Yet, you do not cite to any evidence of such a "controversy" or the supposed "studies." Finally, your "review" also questions the ingredients in GOLO's Release supplement, and states that you "can't be sure that [Release] provides any meaningful results." (*Id.*) GOLO's website provides extensive details regarding Release and its success. (*See* https://www.golo.com/about-release/.)

Supplement Police's disparagement of GOLO's product appears to constitute, at the very least, False Advertising under the Lanham Act and common law defamation. Under the circumstances, Supplement Police must immediately cease and desist any and all advertising, marketing, review, or discussion of the GOLO product on the https://supplementpolice.com website, and provide confirmation and evidence that the GOLO "review" on the https://supplementpolice.com website has been permanently removed.

Please provide confirmation of your agreement to the above terms within the next three (3) days. Once the above information is received, the parties can discuss resolution of GOLO's monetary claims.

Additionally, we respectfully request that you retain and maintain any and all documents, computer, and phone records, as well as any other hard copy and/or electronic storage of any and all information and/or documentation which may be relevant to GOLO's claims and any possible defenses you may raise.

Lastly, for your reference, I have enclosed several of the pleadings and motions filed by GOLO in its lawsuits in the Eastern District of Pennsylvania against the website, www.consumerscompare.org and the diet pill, PS1000, as well as against the website www.DietSpotlight.com. I have also enclosed the Stipulated Permanent Injunction granted to GOLO against www.consumerscompare.org and PS1000. GOLO's suit against these entities related to www.consumerscompare.org and PS1000's collusion to divert internet traffic and business from GOLO to PS1000 via the use of a misleading, false, and defamatory "review" of GOLO on the www.consumerscompare.org website and misleading, false, and defamatory advertisements on various search engines in violation of the Lanham Act and Pennsylvania Common Law.

**Pepper Hamilton LLP**
Attorneys at Law

Supplement Police
Page 3
May 10, 2017

I look forward to hearing from you.

Sincerely,

/s/ *M. Kelly Tillery*

M. Kelly Tillery
Counsel for GOLO, LLC