Jeffrey Goldman (State Bar No. 233840)
PEPPER HAMILTON LLP
4 Park Plaza
Suite 1200
Irvine, California 92614-2524
Telephone:  949.567.3547
Fax:  949.863.0151
Email:  goldmanj@pepperlaw.com

M. Kelly Tillery  (*admitted Pro Hac Vice*)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: 215.981.4401
Fax:  215.689.1471
Email:  tilleryk@pepperlaw.com

*Attorneys for Plaintiff GOLO, LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLO, LLC, | **Case No.  3:18-cv-2434-GPC** |
| Plaintiff, | **Honorable:  Gonzalo P. Curiel** |
| v. | **SECOND AMENDED COMPLAINT FOR DAMAGES** |
| HIGHER HEALTH NETWORK, LLC, d/b/a Supplement Police and/or SupplementPolice.com, f/k/a Higher Health Foundation Ltd., and TROY SHANKS, | **1.  UNFAIR COMPETITION AND FALSE ADVERTISING UNDER THE LANHAM ACT, 15 U.S.C. § 1125 *et seq.* AS TO GOLO** |
| Defendants. | **2.  UNFAIR COMPETITION AND FALSE ADVERTISING UNDER THE LANHAM ACT, 15 U.S.C. § 1125 *et seq.*  AS TO SILALIVE AND AFFILIATED PRODUCTS PROGRAMS AND PLANS** |
| | **JURY TRIAL DEMANDED** |

## SECOND AMENDED COMPLAINT OF PLAINTIFF GOLO, LLC

Plaintiff, GOLO, LLC ("GOLO"), by and through its undersigned counsel, Pepper Hamilton LLP, hereby files this Second Amended Complaint against Defendants Higher Health Network, LLC d/b/a Supplement Police and/or SupplementPolice.com f/k/a Higher Health Foundation Ltd., ("HHN") and Troy Shanks ("Shanks") (collectively, "Defendants"), and in support thereof avers as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and under the Lanham Act, 15 U.S.C. § 1121, *et seq*.

2.      This Court has personal jurisdiction over Defendants because Defendants are domiciled within this district, transact business within this District, and HHN is a California LLC with a principal place of business within this District.

3.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c).

## PARTIES

4.      Plaintiff GOLO is a corporation organized under the laws of the State of Delaware with a principal place of business located at 630 Churchmans Road, Suite 200, Newark, Delaware 19702.

5.      Defendant HHN was previously an Indiana limited liability corporation with a principal office address located at P.O. Box 548, Fishers, IN 46038.  On information and belief, HHN was formerly known as Higher Health Foundation Ltd., an Indiana corporation that was dissolved in or around 2012.

6.      Defendant Shanks is an individual who, on information and belief, recently moved from Indiana to California, where he claims to now reside.

7.      Defendant Shanks remains the owner of, and registered agent for, HHN.

8.      During the pendency of this action, Defendant Shanks claimed that he was in the process of "reforming" HHN in California, and dissolving the Indiana

1  version of the same entity Higher Health Foundation, LLC, f/k/a Higher Health
2  Foundation Ltd.

3      9.     On December 19, 2017, Defendant HHN was reorganized as an LLC
4  under the laws of the state of California, with its principal place of business at 807
5  Phoenix Way, San Marcos, CA 92078.

6                        **FACTUAL BACKGROUND**

7                             GOLO, LLC

8      10.    GOLO  owns and sells GOLO®, a leading weight loss and wellness
9  program that aids people all over the world in achieving their weight loss goals in a
10  sustainable and healthy manner.  (*See* www.golo.com.)

11     11.    GOLO is the owner of a series of Registered Trademarks that include
12  the Mark "GOLO" and relate to the GOLO program.

13     12.    GOLO  was  the  top-searched  diet  on  Google  in  2016.  (*See*
14  https://www.google.com/trends/yis/2016/US?hl=en.)

15     13.    The GOLO program promotes weight loss with a three-tier solution of
16  dietary  modification,  lifestyle  change  that  recommends  regular  exercise,  and
17  nutraceutical  supplementation  that  helps  dieters  lose  weight  and  get  healthier
18  without excessively cutting calories and/or compromising their health.

19     14.    The GOLO program is designed to promote steady weight loss; while
20  individual results may vary, GOLO customers can expect to lose an average of 1-2
21  pounds per week, which has long been regarded as a healthy and sustainable weight
22  loss goal to minimize muscle loss and get healthier.

23     15.    The  GOLO  program  is  currently  offered  through  GOLO's
24  membership-based website, which provides members free access to a variety of
25  health resources, including health coaching, member support, and a health library,
26  and the opportunity to purchase both the GOLO Program, and Release™, GOLO's
27  proprietary supplement.

28

16.     The GOLO program at the time included the GOLO Smart Card, Personal Metabolic Rate Guide, GOLO Fit Card, Food Tracking Log, and Results Tracking Log, as well as the Truth and Change, and Super Foods Guide booklets.

17.     GOLO's Release® supplement contains a proprietary blend of ingredients that work in conjunction with the GOLO program to help manage glucose, insulin, and stress, in order to promote steady and sustainable weight loss and minimize or eliminate muscle loss during the weight loss regimen.  (*See* https://www.golo.com/about-release/.)

18.     The GOLO program employs a meal plan that utilizes a system created by GOLO that is designed to estimate the right amount of food for a customer based on the customer's gender, age, BMI, and lifestyle activity before exercise. The meal plan is based on sound, balanced meals and snacks.  A GOLO customer's typical daily intake ranges from 1300-1500 calories, before exercise, which is a higher amount than conventional diets or self-dieting strategies that usually keep the dieter's intake below 1200 calories per day.  GOLO also promotes additional caloric intake when customers complete daily exercise, in order to prevent customers from creating an excessive caloric deficit state or exercise induced muscle loss.

19.     GOLO promotes lifestyle behavioral change by providing users with several tools to help adjust their eating habits, address stress and emotional eating, shop healthier, and exercise more.

20.     GOLO offers a sixty-day money back guarantee to its members.  (*See* www.golo.com/policies.)

21.     GOLO has earned rave reviews from its members, many of whom credit GOLO with being the catalyst for sustainable weight loss, long-lasting dietary changes, and overall improved health.  (*See* https://golo.com/success-stories.)  GOLO states on its website that the highlighted results may not be typical and each person's results may vary.  (*Id*.)

22.     GOLO is endorsed, and even used by, multiple medical doctors.

23.     GOLO's website explains that GOLO was developed by a "team of dedicated doctors and pharmacists," and that GOLO has a Customer Support team comprised of "dedicated managers, customer support specialists, and life coaches." (*See* https://www.golo.com/about-golo .)

24.     GOLO conducted several trials between 2009 and 2014 in South Africa and the United States to determine the efficacy and safety of its three-tier solution.  (*See* https://golo.com/golo-studies/.)  These studies demonstrated average weight loss of 20.6 pounds within the first 90 days of the program, 37.4 pounds after 26 weeks, and 48.6 pounds after one year.  (*See id*.)

<u>SHANKS AND HHN'S COMPETING INTERNET BUSINESSES</u>

25.     Shanks and HHN compete with GOLO in the weight-loss and wellness industry.

26.     Shanks is a self-professed "entrepreneur" and "marketer" who – either individually or through one of his companies – owns and/or operates a series of websites and other, internet-based enterprises.

27.     On one such website – troyshanks.com – Shanks describes himself as a "searchiac," a "true brainiac about search" and the "keyword king," as well as an "alpha alchemist" who has made the internet his "passionate playground" and is "optimizing the universe."

28.     Shanks claims to specialize in search engine optimization ("SEO"), which is the process of manipulating – or "optimizing" – a particular website's visibility in search engines, including through the placement of keywords and links on particular pages.

29.     In videos available through YouTube, Shanks is self-described as an "SEO genius" who is able to generate significant amounts of traffic to internet-based businesses (*see, e.g.,*  https://www.youtube.com/watch?v=cr3G28e-9II  and https://www.youtube.com/watch?v=IqJPU5b3D6Y).

30.     On information and belief, Shanks has traveled to, participated in, and/or spoken at, various conventions, meetings, and/or gatherings across the country related to SEO and internet-based entrepreneurship.

31.     To further his internet-based business interests, Shanks has also formed a series of limited liability companies, including HHN.[1]

32.     On information and belief, HHN – like Shanks's other companies – is a pass-through entity that has no standalone, physical office or employees, and is used primarily as a vehicle for enriching Shanks personally.

33.     Shanks, either individually, or through HHN, has purchased and/or created dozens of domains and/or websites, often through a third-party registrar. *See* Ex. "A.", hereto.

34.     Most of those websites are or appear to have been generating revenue exclusively through advertising sales, which – on information and belief – increase in direct proportion to the number of times visitors frequent those websites and click on the advertisements, a number Shanks bolsters through the above-referenced SEO techniques.

## SUPPLEMENTPOLICE.COM

35.     SupplementPolice.com ("Supplement Police") is one of the active websites that Shanks owns and operates through HHN.

36.     Supplement Police claims to be a "product review website which aims to introduce some much-needed honesty and transparency to the world of online reviews" through "detailed reviews of popular products," including "nutritional supplements,     financial     products,     and     online     business     ideas." (https://supplementpolice.com/about/how-supplement-police-works/     (last     visited February 15, 2019).)

---

[1] On information and belief, three of Shanks's other companies (Higher Health Foundation Ltd., T Money LLC, and Known Truth Learning Foundation) have recently dissolved.

37.     Supplement Police boasts that it "provid[es] intelligent, well-written reviews [of those products] from real customers" and "does [so] without being biased or favorable towards any products or companies. (*Id*.)

38.     Supplement Police claims further that – while it used to make "money through affiliate income" (by "promot[ing] certain products and link[ing] visitors to sales pages for those products," and then receiving a "cut of the sale") – it "doesn't currently accept affiliate income from any company in exchange for favorable reviews – instead, it makes its money exclusively from [Google] AdSense revenue." (*Id*.)

39.     Finally, Supplement Police claims that it is "possibly the most transparent review website on the internet today," and is devoted to building "trust with all readers." (*Id*.)

40.     Furthermore, despite its purported commitment to transparency and trust, Supplement Police: does not publish its physical address, email address, phone number, or other contact information on its website, or on its Facebook, Twitter, YouTube, Instagram, or Google+ pages; does not identify the authors of the "reviews" on its website or list any of its owners, officers, directors, or employees on its website; does not include bylines or date-stamps with its "reviews"; has no readily-discoverable corporate footprint; actively conceals the true operator and owner of its website from public view; and does not list Troy Shanks, or HHN, as being involved in the website in any way.

41.     On information and belief, Supplement Police's "reviews" are predominantly bogus, and not based on any scientific or factual testing, study, or analysis conducted or reviewed by Supplement Police.

42.     On information and belief, Supplement Police's "reviews" are not unbiased.

43.    On information and belief, Supplement Police has no verification process in place to determine if reviews are being provided by actual consumers of the products.

44.    On information and belief, Supplement Police is designed solely to benefit Shanks and HHN, not the public.

45.    On information and belief, Supplement Police provides significant financial benefits to and a competitive advantage for Shanks and HHN, by, among other things, promoting and linking to products Shanks and/or HHN are affiliated with, manufacture, and/or sell.

46.    For example, Supplement Police provides a curiously positive review of SilaLive Silica ("SilaLive").  *See* Ex. "B.", hereto.

47.    According to Supplement Police, SilaLive is a "health supplement combining organic silica and pure food grade diatomaceous earth designed specifically to heal the human body by safely flushing and eliminating harmful toxins and excess waste," and can be used "to improve your overall health" or to help "detox or kickstart[] a diet."  *See id*.

48.    Supplement Police currently gives SilaLive an "overall score" of 4.6 out of 5 stars, and the unidentified author of the Supplement Police SilaLive "review" states that he/she has "personally been using SilaLive for the past few years" and that it is "clearly [a] product [that] works for a lot of people."  *See id*.

49.    Supplement Police also provides multiple links to the SilaLive website in the Supplement Police "review" of the product, where consumers can purchase a one, two, three, or four-month supply of the supplement, for between $29.97 and $114.97.[2]

50.    As noted above, Supplement Police does not disclose the identity of its owners; thus readers of the Supplement Police "review" of SilaLive are not

---

[2] SilaLive is also available for sale on Amazon and eBay.

informed that Shanks and HHN are affiliated with, and, in fact, manufacture, distribute, and/or sell SilaLive, and own and/or operate the SilaLive website.

51.    Supplement Police actively conceals its association with SilaLive, Shanks, and HHN, clearly stating that "Silalive is made by a company called Silalive," which can "reached by mailing PO Box 548 in Fishers, Indiana 46038." *See id*.

SUPPLEMENT POLICE'S GOLO "REVIEW"

52.    In or around 2016, Supplement Police published a "review" of the GOLO product titled "GOLO – Insulin Resistance For Weight Loss?" (the "GOLO Review") to its website.  (*See* Ex. "C.," hereto.)

False and Misleading Statements in the GOLO "Review"

53.    The GOLO Review is replete with at least five inaccuracies, misleading statements, and blatant falsehoods as set forth in further detail below:

a.    **False/Misleading Statement**: "GOLO is a diet program created by New York Times best-selling self-help author and John Hopkins School of Medicine's Keith Ablow, MD."

> **Why Statement Is False/Misleading**: That is not true. The truth is GOLO was created by a "team of dedicated doctors and pharmacists." Nowhere on the GOLO website or anywhere else does GOLO indicate that Dr. Keith Ablow created the diet. Dr. Ablow is a successful user of GOLO, recommends it to his patients, and is now a paid spokesperson for GOLO. He was not, and is not, part of the "team" that developed the product.  By falsely indicating the origins of the product, and not identifying the true creators in the Supplement Police "review", the reader is not provided sufficient information to assess whether GOLO is safe, independent, or based on scientific studies.

The truth is that GOLO "conducted several trials between 2009 and 2014 in South Africa and the United States to determine the efficacy and safety of its three-tier solution....These studies demonstrated average weight loss of 20.6 pounds within the first 90 days of the program, 37.4 pounds after 26 weeks, and 48.6 pounds after one year." Further, referencing Dr. Ablow's status as a "best-selling self-help author," as opposed to his primary profession, as a physician,[3] creates the false impression in the mind of the reader that GOLO is somehow less safe because it was not developed by a team of independent medical professionals and scientists (which it was).

b. **False/Misleading Statement**: The GOLO "review" falsely indicates that GOLO "created this customized meal planning program to come in the form of a user-specific 30 day 'rescue' plan that promises to reverse your insulin resistance, speed up your weight loss (get rid of your belly fat), and boost your metabolism."

**Why Statement Is False/Misleading**: That is not true. The truth is that GOLO "employs a meal plan that utilizes a system created by GOLO that is designed to estimate the right amount of food for a customer based on the customer's gender, age, weight, waist measurement, and lifestyle activity before exercise." GOLO makes no "promises." Rather, "GOLO promotes lifestyle change by providing users with several tools to help adjust their eating habits, address stress and emotional eating, shop healthier and exercise more." GOLO makes *no*

---

[3] While the "review" includes his credentials as MD which are an abbreviation for medical doctor, the "review" does not include his title "doctor" or "Dr.".

"promises," and even offers a "sixty-day money back guarantee to its members" because success on a weight loss program is dependent on the individual consumers compliance with the program, and that consumer's desire to change his or her life. These factors are outside of GOLO's control, and it cannot, and thus makes no "promises" that users will experience the same results as its other, satisfied customers. While GOLO has "earned rave reviews from its members, many of whom credit GOLO with being the catalyst for sustainable weight loss, long-lasting dietary changes, and overall improved health…GOLO states on its website that the highlighted results may not be typical and each person's results may vary."  Indicating that GOLO makes "promises" is false and misleading.

c.   **False/Misleading Statement:** The GOLO "review" falsely indicates "[b]y taking this pill 30 minutes before a meal, you can enjoy health benefits while also purportedly normalizing your insulin levels."

**Why Statement Is False/Misleading**: That is not true. The truth is that a GOLO customer *does not* need to take a Release® supplement before every meal, nor does Release® need to be taken thirty minutes before a meal.  In fact, Release should never be taken on an empty stomach as per the instructions received in the GOLO package. The GOLO and Release® literature clearly states that a follower of the GOLO program should take Release® during their meal or immediately after their meal.  Such false statements suggest that compliance with the GOLO program is difficult, burdensome, requires planning, and a good memory to take the supplement in a sufficient amount of time before a meal.

The truth is, GOLO makes no claims that a consumer will "enjoy health benefits" from taking Release® thirty minutes before a meal, as the "Review" implies, nor what those purported health benefits are.  These wishy-washy statements inevitably lead to doubt in the consumer's mind as to GOLO's efficacy, and suggest that GOLO is making a lot of "purported" statements about its benefits, which are not backed up by science or concrete evidence.

d.   **False/Misleading Statement**: The GOLO "review"  falsely indicates "[o]ut of all the ingredients listed [in the Release Supplement], only Salacia bark has been linked to reduced diabetes symptoms…Meanwhile none of the other ingredients in Release have been linked to weight loss or normalized insulin levels."

**Why Statement Is False/Misleading**: That is not true.  The truth is that the efficacy of GOLO and Release® are supported by numerous peer-reviewed-studies. These statements question the efficacy of the ingredients in GOLO's Release® supplement, and suggest that the ingredients cannot provide meaningful results for users of the product that do not have diabetes, or diabetes symptoms. These statements also fail to mention any of the extensive studies that have been performed on GOLO, the ingredients in Release®, and their successes.  These studies are conveniently available on GOLO's website, and were freely available to Supplement Police at the time the "review" of GOLO was published. *See*  **https://www.golo.com/golo-studies**. The truth is that Release "contains a proprietary blend of ingredients that work in conjunction with the GOLO Diet to

help manage glucose, insulin and stress, in order to promote steady and sustainable weight loss and minimize or eliminate muscle loss during the weight loss regimen."

Furthermore, GOLO is *not* just a program for those suffering from diabetes or prediabetes. The "review" of the GOLO program conflates information about prediabetes and insulin resistance (which are not the same thing, 'insulin resistance … can develop into pre-diabetes and Type 2 diabetes").). These statements will inevitably lead potential consumers to assume that GOLO is only for diabetics and prediabetics, and dissuade them from trying the GOLO program and instead utilize one of the promoted products that are advertised by Supplement Police instead.

e. **False/Misleading Statement**: In addition, the GOLO Review includes bolded headlines that pose misleading questions which could cause readers to doubt GOLO's effectiveness and/or decide not to purchase GOLO.

**Why Statement is False/Misleading**. This is misleading. The truth is, Supplement Police uses the headlines in its GOLO "review" to create skepticism regarding the GOLO product. The "questions" posed through those headlines (particularly, 'GOLO – Insulin Resistance for Weight Loss?' and 'How Does GOLO Claim to Work?' Are clearly intended to raise doubts in consumer's minds, and paint GOLO's product as a potential sham.[4] In reality, GOLO's efficacy is well-established, as

---

[4] To spell it out in case it is unclear, the use of the question marks here are not just a rhetorical device. They imply that the reader should approach GOLO's claims with skepticism.

evidenced by the many studies and trials conducted by GOLO concerning its product, as well as the statements and opinions of various physicians.  In fact, insulin resistance makes it harder to lose weight, and including a title 'GOLO – Insulin Resistance for Weight Loss?' implies the opposite – that GOLO endorses insulin resistance, or suggests insulin resistance as a weight loss measure.

54.    These bolded headlines and misleading questions, in connection with the preceding false and misleading statements that were excerpted from the GOLO "review" were designed by Defendants to influence customers' purchasing decisions, and lead to customer confusion.

<u>Links to Other Competing Products in the GOLO "Review"</u>

55.    The GOLO Review is surrounded by advertisements and links to various products and websites unrelated to, but – in many cases – in direct competition with, GOLO, as well as a series of so-called "Related Reviews" presumably authored by Supplement Police.

56.    As an example, at the bottom of the GOLO Review, there is a large, colorful invitation for readers to "Shop Related Products," and a corresponding advertisement that links to four non-GOLO weight-loss supplements available for sale on Amazon.com.  (*See id*.)

57.    On information and belief, Supplement Police and/or HHN and/or Shanks sell, are affiliated with, and/or receive commissions or other compensation from some or all of the products or companies that are linked or advertised on or surrounding the GOLO Review.

58.    Further down the GOLO Review page, there is also a stream of "comments" from readers.  (*See id*.)

59.   At the bottom of these "comments," under the heading "Recommended Reviews to Research" there is a link to an article titled "Food Grade Diatomaceous Earth – Is Silica the Secret to Health?

60.   By clicking on that link, the website visitor/consumer is redirected to an article that extolls the various health virtues of Food Grade Diatomaceous Earth. (*See* Ex. "D.", hereto).

61.   This "article" is actually an advertisement disguised as editorial content, it contains various links to the SilaLive website where the product is available for sale, it links to the SilaLive "Review" on Supplement Police, and contains Supplement Police endorsements of SilaLive within the user comments at the bottom of the page.

62.   Nowhere in this "article" is HHN/Supplement Police/Shanks identified as having an affiliation and/or financial interest in SilaLive.

<u>The Cease and Desist Letter</u>

63.   In May 2017, Plaintiff's counsel wrote to Supplement Police – through Domains by Proxy, LLC, the entity then listed publicly as the Registrant for Supplement Police's website – and demanded that Supplement Police cease and desist its unfair competition, false advertising, and common law defamation, *inter alia*, removing the offending GOLO Review. (*See* Ex. "E.", hereto.)

64.   Though Supplement Police's owners never responded directly to that demand, Supplement Police pulled the GOLO Review from its website in or around July 2017.

<u>False and Misleading Statements in the SilaLive "Review"</u>

65.   Supplement Police's "review" of SilaLive published on the Supplement Police Website also contains numerous false and/or misleading statements regarding SilaLive, including the following 25 statements:

a.   **False/Misleading Statement**: "SilaLive is a health supplement combining organic silica and pure food grade diatomaceous earth designed

specifically to heal the human body by safely flushing and eliminating harmful toxins and excess waste which has made it earn the title of the beauty mineral."( Ex. B. at 1).

        **Why Statement Is False/Misleading**: This falsely implies that SilaLive has proven health properties, and was "designed" to "heal" the human body.  The statement does not explain what these proven health properties are, who (*i.e.* what independent research studies have proven them), and how exactly the premise that "safely flushing and eliminating harmful toxins and excess waste" relates to the product "earning the title of beauty mineral", and how this translates to healing of the human body.

    b.    **False/Misleading Statement**: "It is said the best fresh-water food-grade diatomaceous earth powder can be a cleansing catalyst and determined detoxifying agent that helps the body remove and get rid of toxic metabolic waste and damaging cellular-activity debris." (*Id.*).

        **Why Statement Is False/Misleading**: This falsely implies that human bodies are filled with "toxic metabolic waste" and "damaging cellular activity debris" that the body cannot remove on its own, and which need to be/can be removed by using SilaLive.  They cite no evidence to support these claims and Plaintiff is unaware of any such evidence.

    c.    **False/Misleading Statemen**t: "SilaLive is the only natural supplement that combines the power of these two active ingredients [diatomaceous earth (ultra-pure food grade variety) and orthosilicic acid (organica silica)] that show significant signs as being a sensational cleanser and detoxifier…" (*Id.* at 2).

        **Why Statement Is False/Misleading**: These are misleading because they imply that SilaLive has been tested by independent researchers and that it has been shown to be a "sensational"

product that can "cleanse and detoxify the body."  It does not explain what SilaLive is "cleansing" from the body, nor what it is "detoxifying" from the body, and how this purported cleansing ultimately supports human health in a "sensational" way.

d.    **False/Misleading Statement**: "You mix the silica-rich powder in juice or water and drink it daily (best early in the morning) to cleanse your digestive and detoxification pathways for better overall health and wellness support." *(Id.)*.

**Why Statement Is False/Misleading**: This is false.  They cite no evidence to support these claims and Plaintiff is unaware of any evidence that SilaLive "cleanse(s) your digestive and detoxification pathways for better overall health and wellness support."  This statement also falsely implies that human bodies contain "detoxification pathways" and that "cleansing them" will lead to better overall human health.

e.    **False/Misleading Statement**: "The creators of Silalive advertise all of the following benefits:

–    Regenerate Cellular Tissues

–    Rejuvenate Natural Ingredients

–    Detoxify Heavy Metals

–    Cleanse The Whole Body" *(Id.)*.

**Why Statement Is False/Misleading**: These are false.  They cite no evidence to support these claims and Plaintiff is unaware of any evidence that SilaLive does any of the following "(1) Regenerate Cellular Tissues; (2) Rejuvenate Natural Ingredients; (3) Detoxify Heavy Metals; (4) Cleanse The Whole Body".

Furthermore, by leading these claims with the introductory phrase "the creators of Silalive advertise…" the SilaLive "Review" falsely implies that SilaLive is manufactured by an independent third party, and that Supplement Police is neutrally reporting on what this third party has said.  That is misleading because Supplement Police is affiliated with the company that manufactures and markets SilaLive, and receives a financial benefit when visitors to the Supplement Police website read the SilaLive "Review" and are lead to purchase SilaLive.

f.   **False/Misleading Statemen**t: "Silalive claims to work by using the world's "first ever super-charged proprietary complex of trace minerals", including human food-grade diatomaceous earth containing 85% silica content along with added organic silica." (*Id.* at 3).

**Why Statement Is False/Misleading**: This is false.  They cite no evidence to support these claims and Plaintiff is unaware of any evidence that SilaLive uses the world's "first ever super-charged proprietary complex of trace minerals."  This statement falsely implies that SilaLive is the first and only product on the market that can deliver awesome health benefits to consumers with a sophisticated, proprietary formula.

g.   **False/Misleading Statemen**t: "Diatomaceous earth comes from fossilized algae and has been linked to powerful health benefits – including detoxification and cleansing throughout the body." (*Id.*).

**Why Statement Is False/Misleading**: This is false. They cite no evidence to support these claims and Plaintiff is unaware of any evidence that diatomaceous earth has been "linked to powerful health benefits—including detoxification and cleansing throughout the body." This statement falsely implies

that taking a product which contains diatomaceous earth, such as SilaLive, will provide the user with "powerful health benefits". Furthermore, the statement does not make clear who, or what studies have linked SilaLive to these purported outcomes and in context with what health benefits which is misleading.

h.   **False/Misleading Statemen**t: "Silica, on the other hand, is thought to increase the synthesis of collagen and elastin in your skin, which can help you reduce the effects of aging like wrinkles and fine lines." (*Id*.).

**Why Statement Is False/Misleading**: This is misleading.  They cite no evidence to support these claims and Plaintiff is unaware of any evidence that SilaLive can "help you reduce the effects of aging like fine lines and wrinkles."  A consumer who reads this advertisement disguised as an independent product review, will be lead to believe that in addition to "cleansing the body" internally SilaLive can also make them appear younger, which is false.

i.   **False/Misleading Statemen**t: "There's also some evidence that silica deficiency is linked to an increased risk of Alzheimer's disease." (*Id* at 4).

**Why Statement Is False/Misleading**: This is false.  They cite no evidence to support these claims and Plaintiff is unaware of any evidence that "silica deficiency is linked to an increased risk of Alzheimer's disease."   This statement implies that a consumer that takes SilaLive to address a presumed silica deficiency will also be guarding themselves against developing Alzheimer's disease.   That is false, SilaLive is not a scientifically proven preventive for Alzheimer's disease.

j.   **False/Misleading Statemen**t: "There are many health benefits of silica, like lower blood pressure and lower cholesterol." (*Id*. at 5).

**Why Statement Is False/Misleading**: This is false.  They cite no evidence to support these claims and Plaintiff is unaware of any evidence that products like SilaLive which contain silica can "lower blood pressure and cholesterol".

k.    **False/Misleading Statement**: "…everyone who has used diatomaceous earth has reported a serious decrease in both cholesterol levels and blood pressure levels."

**Why Statement Is False/Misleading**: This is false.  They cite no evidence to support these claims and Plaintiff is unaware of any evidence that "everyone who has used diatomaceous earth has reported a serious decrease in both cholesterol and blood pressure levels."  This statement suggests that *everyone, i.e. every single person,* who has taken SilaLive has experienced a serious improvement to their cholesterol levels and blood pressure levels, without providing any evidentiary support that individuals in fact: 1) take this product; and 2) that these purported results are typical of all users.  Not only is this statement false, but it also is dangerous in that it suggests that SilaLive can be a cure or preventive to serious health problems that often require treatment and monitoring from a licensed medical professional in order to successfully treat and/or address.

l.    **False/Misleading Statement**: "It [the reduction in cholesterol levels] has been surprising both the users and their doctors. No wonder this product is in such high demands." (*Id.*).

**Why Statement Is False/Misleading**: This is false.  They cite no evidence to support these claims and Plaintiff is unaware of any evidence that SilaLive (1) can reduce blood pressure and

cholesterol levels, that (2) SilaLive is in high demand, and (3) that licensed medical professionals have observed these results in action within their individual patient populations and have been "surprised" by it.  Such statements provide false hopes and mislead consumers that they too will be able to experience similar results after taking this product.

m.    **False/Misleading Statemen**t: "Silica is also a very important for healthy bones and a tough bone structure. Those who complain from joint pains have received wonderful results by using diatomaceous earth." (*Id*.).

**Why Statement Is False/Misleading**: This is misleading. It suggests that those that suffer from joint pain will receive relief from using a product which contains diatomaceous earth, such as SilaLive.  This is not true. They cite no evidence to support these claims and Plaintiff is unaware of any evidence that  a user of SilaLive will have "wonderful results" after using the product.

n.    **False/Misleading Statemen**t: "Many do not know that calcium supplements alone cannot do anything when it comes to joint pain in old age. You need silica to kick-start the body's self-healing mechanism." (*Id*.).

**Why Statement Is False/Misleading**: This is false.  It implies that older adults taking calcium supplements in connection with joint pain will not receive any benefits unless silica supplementation is also added to their health regime.   The statement also falsely implies that silica is necessary to "kick-start" the body's "self-healing mechanism" without explaining what this "self-healing mechanism" is, why silica helps with this purported mechanism, and how that self-healing mechanism is related to the treatment of joint pain that develops in old age.

Furthermore, the statement falsely implies that taking a product that contains silica such as SilaLive will help with joint pain, they cite no evidence to support these claims and Plaintiff is unaware of any such evidence.

o.    **False/Misleading Statement**: "Even osteoporosis patients have received good results by using diatomaceous earth." (*Id*.).

**Why Statement Is False/Misleading**: This is misleading.  They cite no evidence to support these claims and Plaintiff is unaware of any such evidence.  It falsely implies that a user of SilaLive, which contains diatomaceous earth will receive "good results" for their osteoporosis.  It does not explain what "good results" are, how they are measured, and in connection with the earlier statement in this "Review" suggests that calcium supplementation alone cannot effectively treat osteoporosis.

p.    **False/Misleading Statement**: "It is even said to prevent and lessen the symptoms of Alzheimer's disease by deterring aluminum absorption in to the body." (*Id*.).

**Why Statement Is False/Misleading**: This is false.  They cite no evidence to support these claims and Plaintiff is unaware of any evidence that taking diatomaceous earth, an ingredient in SilaLive will "prevent and lessen the symptoms of Alzheimer's disease by deterring aluminum absorption in to the body."  This statement falsely implies that a consumer that takes SilaLive will also be guarding themselves against developing Alzheimer's disease.  That is false, taking SilaLive is not a proven preventive for Alzheimer's disease.

q.    **False/Misleading Statement**: "Silica is also a very potent cosmetic solution." (*Id*.).

**Why Statement Is False/Misleading**: This is false.  They cite no evidence to support these claims and Plaintiff is unaware of any evidence that taking SilaLive, a product which contains silica, has any cosmetic benefit.  This statement further falsely implies that a user of SilaLive can expect "potent" improvements in their physical appearance by taking silica.

r.    **False/Misleading Statement**: "Silica also benefits your hair, which is about as rich in silica as your bones are and hence needs as much caring. After all, it is every human beings crowning glory and without it, much of the natural beauty of a person is lost." (*Id*.).

**Why Statement Is False/Misleading**: This is misleading.  It implies that taking products which contain silica, such as SilaLive, is beneficial to the quality of your hair without explaining what those benefits are.  Furthermore,  it falsely implies that hair is a human being's "crowning glory and without it, much of the natural beauty of a person is lost."  This statement is misleading in that it suggests that with SilaLive, a consumers hair will be improved, and without SilaLive supplementation, an individual will experience degradation in the quality of their hair which in turn leads to a loss of their physical beauty.

s.    **False/Misleading Statement**: "Diatomaceous earth works wonders for your hair by making it stronger and healthier from the roots. As a result you will experience less breakage and healthier hair. And since all this is happening from within your body, you will see that the changes are quite long staying and completely natural." (*Id*.).

**Why Statement Is False/Misleading**: This is misleading.   It implies that a user of SilaLive, a product which contains

1   diatomaceous earth, will experience long term health benefits
2   from using the product.  It also implies that since the product is
3   "natural," (which is also undefined) that fact somehow adds to
4   the potency of the product.

5   t.   **False/Misleading Statemen**t: "Diatomaceous earth also helps
6   you to have healthy teeth and gums, by reinforcing your dental health with silica. It
7   also increases the health of your nail plates by making them stronger and less
8   fragile." (*Id*. at 6).

9   **Why Statement Is False/Misleading**: This is false.  They cite
10   no evidence to support these claims and Plaintiff is unaware of
11   any evidence that a product which contains diatomaceous earth,
12   such as a SilaLive will increase nail health, gum health, and the
13   health of one's teeth, and the "Review" references no studies
14   that provide evidence that these statements are in fact correct.

15   u.   **False/Misleading Statemen**t: "Thus, diatomaceous earth is
16   really one of the best natural cures for a lot of your common health problems".
17   (*Id*.).

18   **Why Statement Is False/Misleading**:  This  statement  is
19   misleading.   It  implies  that  a  product  which  contains
20   diatomaceous earth, such as SilaLive can cure not just some
21   health problems, but "a lot" of "common health problems."
22   They cite no evidence to support these claims and Plaintiff is
23   unaware of any evidence that SilaLive has any proven health
24   benefits for common health problems, or is one of the best
25   natural cures on the market.

26   v.   **False/Misleading Statemen**t: "It will help you fight those
27   problems from the inside and thus will give you a healthier, more permanent
28   solution that artificial cures cannot promise you." (*Id*.).

**Why Statement Is False/Misleading**: This statement is misleading.  It implies that taking SilaLive will provide better "more permanent" health outcomes than "artificial cures" without explaining what "artificial cures" are, and that SilaLive supplementation will provide long term health support without pointing to any evidence of these statements.

w. **False/Misleading Statement**: "Formulated with the greatest quartz crystals, *SilaLive* is being highly effective." (*Id*.).

**Why Statement Is False/Misleading**: This statement is false.  They cite no evidence to support these claims and Plaintiff is unaware of any evidence that SilaLive is formulated with the "greatest quartz crystals" that quartz crystals can be categorized as "great" and that SilaLive is a "highly effective treatment".

x. **False/Misleading Statement**: "Those who have tried it have mentioned awesome health improvement. This is all due to the fact that SilaLive functions like a great detoxifier." (*Id*.).

**Why Statement Is False/Misleading**: This statement is false.  It does not indicate who (if anyone) has tried SilaLive, what "awesome health improvements" they have experienced, and whether those health improvements are typical of users of the product.  This statement indicates these results are due to the fact that SilaLive is a "great detoxifier" which is misleading.  It suggests that anyone who takes SilaLive as a detoxifying agent will experience "awesome health improvement" whatever that might be, as a metric is not provided.

y. **False/Misleading Statement**: "One thing you cannot ignore is the positive testimonials plastered over Facebook, Amazon and posted on their website. Clearly the product works for a lot of people."  (*Id*. at 8).

**Why Statement Is False/Misleading**: This statement is misleading. It implies that SilaLive has many users, all of those users have had positive results from taking SilaLive, that they have provided testimonials across a variety of platforms, and that the product "works for a lot of people." They cite no evidence to support these claims and Plaintiff is unaware of any evidence that SilaLive provides any health benefits, or that those comments and testimonials, to the extent that they are real and not manufactured by Defendants are accurate. Furthermore, the phrase "works for a lot of people" is not defined, the statement does not explain what SilaLive in fact treats, and how that product "works for a lot of people."

66.   On Information and belief, Shanks and/or HHN have sold and shipped SilaLive to U.S. residents, including but not limited to, California, Delaware, and Pennsylvania residents on numerous occasions.

<u>DEFENDANTS' USE OF SEARCH ENGINE OPTIMIZATION TECHNIQUES TO STEAL GOLO PAGE VIEWS AND CONSUMERS</u>

67.   On information and belief, Defendants redirected GOLO's potential consumers to Supplement Police (and to SilaLive and the other products, programs, and plans Supplement Police positively reviews and promotes) through various SEO methods throughout the period the GOLO Review was live on the Supplement Police website.

68.   On information and belief, Defendants purchased online advertisements, including advertisements that were based upon, or incorporated, the term "GOLO," which accordingly manipulated the user's search results in Google and other search engines.

69.   As a result of these and other SEO methods, when a user searched Google or another search engine for "GOLO" while the Supplement Police GOLO

1   Review was live, Supplement Police's "GOLO review" and URL address appeared

2   near the top of the results.

3       70.   On information and belief, Defendants' use of the above-described

4   SEO methods redirected potential and existing GOLO customers to Supplement

5   Police's website, and to SilaLive and the other products, programs, and plans

6   Supplement Police positively reviews and promotes on its website, and has resulted

7   in GOLO's loss of substantial revenue and goodwill.

8

9   **FIRST CAUSE OF ACTION**

10   **Unfair Competition and False Advertising under the Lanham Act, 15 U.S.C.**

11   **§1125 *et seq.* as to GOLO**

12       71.   GOLO incorporates the preceding paragraphs as though set forth

13   herein.

14       72.   Defendants' method of using Supplement Police's website in general,

15   and the GOLO Review in particular, to publish false, misleading, and defamatory

16   statements regarding GOLO, praise SilaLive and the other the products, programs,

17   and plans Defendants are affiliated with, and/or receive compensation from, and

18   direct readers to SilaLive and those other products, programs, and plans, constitutes

19   unfair competition and/or false advertising.

20       73.   Supplement Police purports to be an independent review site that

21   provides readers with an objective resource, but is actually a conduit for the

22   promotion of SilaLive and the other products, programs, and plans Defendants are

23   affiliated with, and/or receive compensation from.

24       74.   In promoting SilaLive and those other products, programs, and plans

25   Defendants are affiliated with, and/or receive compensation from, and disparaging

26   GOLO, Defendants are or were making false and misleading statements about

27   GOLO's product, including but not limited to the statements alleged herein above.

28

75.   Defendants' false and misleading statements are material, in that they are likely to influence customers' purchasing decisions.

76.   Defendants' acts constitute willful, deliberate, false, and misleading representations of fact as to the nature and characteristics of GOLO's goods and services, in violation of 15 U.S.C. § 1125(a)(1)(B), because the GOLO Review is simply a means of promoting SilaLive and the other products, programs, and plans Defendants are affiliated with, and/or from which they receive compensation.

77.   GOLO has been and will continue to be injured as a result of Defendants' false statements, either by direct diversion of sales from GOLO to SilaLive and the other products, programs, and plans Defendants are affiliated with, and/or receive compensation from, the costs to GOLO for corrective advertising to counteract Defendants' misrepresentations and advertising campaign, or by a lessening of the goodwill associated with GOLO's goods and services.

78.   As a direct and proximate result of Defendants' Unfair Competition and False Advertising, GOLO has suffered and will continue to suffer monetary damages and irreparable harm.

79.   GOLO is entitled to relief pursuant to 15 U.S.C. § 1125.

## SECOND CAUSE OF ACTION

**Unfair Competition and False Advertising under the Lanham Act, 15 U.S.C. §1125 *et seq.* as to SilaLive and Affiliated Products, Programs, and Plans**

80.   GOLO incorporates the preceding paragraphs as though set forth herein.

81.   In promoting SilaLive and the other products, programs, and plans Defendants are affiliated with, and/or receive compensation from, Defendants are making false and misleading statements about said products, including but not limited to the statements alleged herein above.

82.   Defendants' false and misleading statements are material, in that they are likely to influence customers' purchasing decisions.

83.    Defendants' acts with respect to SilaLive and the products, programs, and plans they are affiliated with, and/or receive compensation from, also constitute willful, deliberate, false, and misleading representations of fact as to the nature and characteristics of their own goods or services, in violation of 15 U.S.C. § 1125(a)(1)(B), because the statements alleged herein are not supported by any studies, data, or facts.    Defendants' misleading statements, therefore, constitute false advertising and promotion.

84.    GOLO has been and will continue to be injured as a result of Defendants' false and misleading statements, either by direct diversion of sales from itself to SilaLive and the other products, programs, and plans Defendants are affiliated with, and/or receive compensation from, or by a lessening of the goodwill associated with GOLO's goods and services.

85.    As a direct and proximate result of Defendants' Unfair Competition and False Advertising, GOLO has suffered and will continue to suffer monetary damages and irreparable harm.

86.    GOLO is entitled to relief pursuant to 15 U.S.C. § 1125.

## **PRAYER FOR RELIEF**

WHEREFORE, GOLO prays for a judgment in its favor and against Defendants on the claims set forth above and requests that this Court award GOLO actual damages and up to three times actual damages, attorneys' fees and costs, and such other and further relief as this Court may deem just and equitable under the circumstances.

## **JURY TRIAL DEMANDED**

Plaintiff hereby exercises its right to trial by a competent jury of its peers.

1    Dated:  February 25, 2019

2

3                                    Respectfully submitted,

4

5                                    PEPPER HAMILTON LLP

6                                    By:  /s/ Jeffrey M. Goldman

7                                    Jeffrey M. Goldman

8                                    *Attorneys for Plaintiff GOLO, LLC*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

**I certify that on February 25, 2019, I filed a true and correct copy of the foregoing PLAINTIFF'S SECOND AMENDED COMPLAINT electronically through the Court's CM/ECF system, which will send notice of the electronic filing to Defendants Higher Health Network, LLC and Troy Shanks via its counsel of record.**

Scott S. Humphreys
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067
humphreyss@ballardspahr.com

Paul J. Safier
Ballard Spahr LLP
1735 Market St. 51st Fl.
Philadelphia, PA 19103
safierp@ballardspahr.com

Counsel for Defendants Higher Health Network, LLC
and Troy Shanks

By: /s/ Jeffrey M. Goldman
Jeffrey M. Goldman

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBITS

## TABLE OF CONTENTS

**EXHIBIT**                                                    **PAGE**

A  ................................................................................................32

B  ................................................................................................36

C  ................................................................................................44

D  ................................................................................................61

E  ................................................................................................64

# EXHIBIT "A"

# Shopper Info for Shopper ID 14599063

| | |
|---|---|
| Shopper ID: | 14599063 |
| Private Label ID: | 1695 |
| Login Name: | 14599063 |
| First Name: | Troy |
| Middle Name: | |
| Last Name: | Shanks |
| Company: | |
| Address1: | 705 West Walnut Apt F |
| Address2: | |
| City: | Indianapolis |
| State/Prov: | IN |
| Postal Code: | 46202 |
| Country: | us |
| Phone Work: | +1.7654909692 |
| Phone Home: | |
| Mobile: | |
| Fax: | |
| Email: | troyshanks@gmail.com |
| BirthDate: | |
| Gender: | |
| Date Created: | 5/29/2007 11:30:56 PM |
| Last Changed By: | Password Reset |
| Last Changed By Date: | 8/25/2014 11:55:20 AM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin: | |
| Password Reminder: | ts pp |
| Twitter Handle: | |

## Domain List - All for Shopper ID 14599063

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| HOMEBASEDBUSINESSLIFE.COM | Canceled | 5/29/2007 | 4/30/2015 | 69939751 |
| REGENEBOOST.NET | Canceled | 4/13/2012 | 5/25/2013 | 417351917 |
| EMPOWERNETWORKJV.COM | Canceled | 4/13/2012 | 5/25/2014 | 417381219 |
| PEOPLEBAILOUT.COM | Canceled | 4/13/2012 | 5/25/2013 | 417381219 |
| WAKEUPNOWREVIEW.COM | Canceled | 4/13/2012 | 5/25/2013 | 417387938 |
| WAKEUPNOWREWARD.COM | Canceled | 4/13/2012 | 5/25/2013 | 417388178 |
| DOTCOMSECRETSREVIEWS.COM | Canceled | 4/13/2012 | 5/25/2013 | 417389259 |
| CHRONICMARKETER.NET | Canceled | 4/20/2012 | 6/1/2013 | 419662455 |
| ANISEED.ORG | Canceled | 4/23/2012 | 6/4/2013 | 420434935 |
| CARDAMOMSEED.NET | Canceled | 4/23/2012 | 6/4/2013 | 420434935 |
| COFFEEBEANSGREEN.COM | Canceled | 4/23/2012 | 6/4/2013 | 420434935 |
| GREENCOFFEEBEANREVIEWS.COM | Canceled | 4/23/2012 | 6/4/2015 | 420434935 |
| GREENCOFFEEEXTRACTS.COM | Canceled | 4/23/2012 | 6/4/2016 | 420434935 |
| COFFEEBEANEXTRACT.NET | Canceled | 4/27/2012 | 6/8/2013 | 421621717 |
| EGCGBENEFITS.COM | Canceled | 5/21/2012 | 7/2/2013 | 428494984 |
| EGCGGREENTEA.ORG | Canceled | 5/21/2012 | 7/3/2014 | 428494984 |
| EGCGGREENTEAEXTRACT.CO | Canceled | 5/21/2012 | 7/2/2013 | 428494984 |
| GREENTEAEXTRACTREVIEWS.NET | Canceled | 5/21/2012 | 7/2/2014 | 428494984 |
| GREENTEAEXTRACTS.CO | Canceled | 5/21/2012 | 7/2/2013 | 428494984 |
| ALGAEOILEXTRACT.COM | Canceled | 5/22/2012 | 7/3/2013 | 428502967 |
| CHITOSANEXTRACT.COM | Canceled | 5/22/2012 | 7/3/2013 | 428502967 |
| FUCOXANTHIN.CO | Canceled | 5/22/2012 | 7/2/2013 | 428502967 |
| GLYTONE.CO | Canceled | 5/22/2012 | 7/2/2013 | 428502967 |
| KERATINHAIR.ORG | Canceled | 5/22/2012 | 7/3/2013 | 428502967 |
| KERATINSUPPLEMENT.COM | Canceled | 5/22/2012 | 7/3/2014 | 428502967 |
| PYCNOGENOLSUPPLEMENT.COM | Canceled | 5/22/2012 | 7/3/2013 | 428502967 |
| SACHAINCHIOIL.CO | Canceled | 5/22/2012 | 7/2/2013 | 428502967 |
| TURMERICEXTRACTS.COM | Canceled | 5/22/2012 | 7/3/2014 | 428502967 |
| SILALIVE.CO | Canceled | 8/2/2012 | 9/13/2014 | 449990846 |
| SILALIVEREVIEW.COM | Canceled | 8/2/2012 | 9/13/2014 | 449990846 |
| SILALIVEREVIEWS.COM | Canceled | 8/2/2012 | 9/13/2014 | 449990846 |
| SILALIVESUPPLEMENT.COM | Canceled | 8/2/2012 | 9/13/2014 | 449990846 |
| SILALIVESUPPLEMENTS.COM | Canceled | 8/2/2012 | 9/13/2014 | 449990846 |
| EMPOWERIZEYOURLIFE.COM | Canceled | 10/5/2012 | 10/5/2014 | 468587695 |
| EMPOWERMENTPLACE.NET | Canceled | 10/5/2012 | 10/5/2014 | 468587695 |
| EMPOWERMENTPLACE.COM | Canceled | 10/5/2012 | 10/5/2016 | 468587695 |
| GETEMPOWEREDBLOG.COM | Canceled | 10/6/2012 | 10/6/2016 | 468587695 |
| EMPOWERIQ.COM | Canceled | 10/6/2012 | 10/6/2015 | 468587695 |
| EMPOWERINGMYLIFE.COM | Canceled | 10/7/2012 | 10/7/2016 | 468587695 |
| EMPOWEREDPUBLICATIONS.COM | Canceled | 10/7/2012 | 10/7/2015 | 468587695 |
| THINKEMPOWERED.COM | Canceled | 10/8/2012 | 8/25/2014 | 468587695 |
| THEEMPOWEREDNETWORKER.COM | Canceled | 10/9/2012 | 10/9/2016 | 468587695 |
| SYSTEMPOWERNETWORK.COM | Canceled | 10/7/2013 | 11/18/2014 | 604055108 |
| ACQUIREDLIFE.COM | Canceled | 2/10/2014 | 2/10/2017 | 650729254 |

EXHIBIT A - PAGE 33

# Domain List - All for Shopper ID 14599063

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| GOLFREVIEWSOURCE.COM | Canceled | 2/11/2014 | 12/2/2014 | 650815473 |
| LANKANNEEDS.COM | Canceled | 2/11/2014 | 2/11/2015 | 650815473 |
| GETYOURTHEMES.COM | Canceled | 2/11/2014 | 12/2/2014 | 650815473 |
| FLEAMARKETSTORE.COM | Canceled | 2/12/2014 | 12/2/2014 | 650815473 |
| TASECURITYGROUP.COM | Canceled | 2/12/2014 | 12/2/2014 | 654202082 |
| STAYTAHOE.NET | Canceled | 2/13/2014 | 2/13/2016 | 652105157 |
| NATIONWIDELAKERENTALS.COM | Canceled | 2/13/2014 | 1/1/2015 | 652105157 |
| R108.COM | Canceled | 2/13/2014 | 2/13/2015 | 652105157 |
| QLREGENSERIES.COM | Canceled | 2/14/2014 | 2/14/2016 | 652105157 |
| LEARNWEALTHMANAGEMENT.COM | Canceled | 2/14/2014 | 1/1/2015 | 652105157 |
| ROYALEINTERNATIONALBLOG.COM | Canceled | 2/14/2014 | 1/1/2015 | 652105157 |
| DIETASDIAXDIA.COM | Canceled | 2/14/2014 | 1/1/2015 | 652105157 |
| LEAD-SOLUTIONS.COM | Canceled | 2/14/2014 | 1/1/2015 | 652105157 |
| ACTIONEQUALSINCOME.COM | Canceled | 2/14/2014 | 2/14/2016 | 652105157 |
| FEASTOFTHEFLOWERINGMOON.COM | Canceled | 2/14/2014 | 1/1/2015 | 652105157 |
| THECENTEROFSPOKANE.COM | Canceled | 2/14/2014 | 2/14/2016 | 652105157 |
| SHAREANDTRUST.COM | Canceled | 2/14/2014 | 2/14/2015 | 652105157 |
| FDZZ.NET | Canceled | 2/15/2014 | 2/15/2015 | 652910565 |
| CHEAPHOTELSINBOSTONMA.COM | Canceled | 2/16/2014 | 2/16/2015 | 652910565 |
| BITSTREAMINGVIDEO.COM | Canceled | 2/16/2014 | 2/16/2016 | 652910565 |
| MODERNDIGITALBUSINESS.COM | Canceled | 2/16/2014 | 1/1/2015 | 652910565 |
| POLLYSATTHEPIER.COM | Canceled | 2/16/2014 | 1/1/2015 | 652910565 |
| PLANETSIXTYSEVEN.COM | Canceled | 2/16/2014 | 2/16/2016 | 652910565 |
| CHRISTDOT.ORG | Canceled | 2/16/2014 | 2/16/2016 | 652910565 |
| LIBERTYFEATURES.COM | Canceled | 2/17/2014 | 2/17/2016 | 653762844 |
| SANCTUARYINBOONE.COM | Canceled | 2/17/2014 | 2/17/2016 | 653762844 |
| JOBINTUNISIA.COM | Canceled | 2/17/2014 | 2/17/2015 | 653762844 |
| DRMATTHEWS.BIZ | Canceled | 2/18/2014 | 2/17/2015 | 653762844 |
| VIDEOWORDMADEFLESH.COM | Canceled | 2/18/2014 | 2/18/2015 | 653762844 |
| HOMEREMODELVIDEO.COM | Canceled | 2/19/2014 | 2/19/2016 | 655080178 |
| EVALUATEMLM.COM | Canceled | 2/20/2014 | 2/20/2015 | 655080178 |
| RITZBITES.COM | Canceled | 2/20/2014 | 1/1/2015 | 655080178 |
| ART007.COM | Canceled | 2/20/2014 | 2/20/2016 | 655080178 |
| PERSONALINJURYATTORNEYHOME.COM | Canceled | 2/20/2014 | 2/20/2016 | 655073011 |
| PERSONALINJURYATTORNEYONLINE.COM | Canceled | 2/20/2014 | 2/20/2016 | 655073011 |
| PERSONALINJURYATTORNEYWEB.COM | Canceled | 2/20/2014 | 2/20/2016 | 655073011 |
| ACTIONFACTORYONLINE.COM | Canceled | 2/20/2014 | 2/20/2015 | 655080178 |
| NEWIDEASSC.COM | Canceled | 2/21/2014 | 2/21/2015 | 655080178 |
| GARCINIACAMBOGIAONLINE.COM | Canceled | 3/2/2014 | 3/2/2015 | 659231138 |
| PAINRELIEFAMERICA.COM | Canceled | 3/5/2014 | 3/4/2016 | 660493902 |
| GARCINIACAMBOGIAEXTRACTS.ORG | Canceled | 3/5/2014 | 3/5/2015 | 660101120 |
| MAKEMONEYSYSTEM.NET | Canceled | 3/6/2014 | 3/5/2016 | 661380847 |
| SUPPLEMENTPOLICE.COM | Active | 3/12/2014 | n/a | 664922658 |

# Domain List - All for Shopper ID 14599063

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| GANARDINERO.CO | Canceled | 3/14/2014 | 1/1/2015 | 664029618 |
| EMPOWERMENTWORK.COM | Canceled | 3/19/2014 | 3/19/2017 | 667000928 |
| KEEPUPSANDIEGO.COM | Canceled | 4/3/2014 | 2/9/2015 | 673552428 |
| FORSKOLINREVIEWS.COM | Canceled | 6/1/2014 | 3/31/2015 | 693795480 |
| WEIGHTLOSSTIPSFAST.COM | Canceled | 6/20/2014 | 6/20/2015 | 701561887 |
| DOTERRALIVING.COM | Canceled | 8/19/2014 | 8/19/2015 | 723903247 |
| LIVEGREENDAILY.COM | Canceled | 9/6/2014 | 9/6/2015 | 729739302 |
| GOODGREENLIFE.COM | Canceled | 9/6/2014 | 9/6/2015 | 729739302 |
| CREDITCARDSPROCESSING.ORG | Canceled | 9/14/2014 | 8/8/2016 | 733027750 |
| SUPPLEMENTRANKS.COM | Canceled | 9/18/2014 | 9/18/2017 | 735392553 |
| ACNESKINCREAM.COM | Canceled | 9/23/2014 | 7/30/2015 | 736212515 |
| SHOPCASHBACKREWARDS.COM | Canceled | 9/24/2014 | 9/24/2016 | 737354411 |
| HEALTHYANGEL.COM | Canceled | 10/6/2014 | 7/30/2015 | 742001237 |
| GROWCANNABIS.ORG | Canceled | 10/10/2014 | 10/10/2015 | 742788686 |
| PLAYERSMONEY.COM | Active | 11/30/2014 | n/a | 764058131 |
| SAFEMONEYEXPERT.COM | Canceled | 12/2/2014 | 12/2/2015 | 763927733 |

EXHIBIT "B"

# SilaLive Silica With Food Grade Diatomaceous Earth



# Diatomaceous Earth – Human Health Benefits?

**SilaLive** is a health supplement combining organic silica and pure food grade diatomaceous earth designed specifically to heal the human body by safely flushing and eliminating harmful toxins and excess waste which has made it earn the title of the beauty mineral.

Traditionally, this ancient treasure known as diatomaceous earth (a collection of diatoms which are single-celled fossilized-frustule algae shells made of 85%+ silica) was always associated with being a multi-purpose versatile substance for bed bugs, gardens and plants health, animal feed or pool cleaners and others – but now, many are questioning what it can positively do for human health.

For most, even if they have used or are familiar with the micro-fine diatomaceous earth food grade powder, not many have never considered ingesting it for potential positive effects. It is said the best fresh-water food-grade diatomaceous earth powder can be a cleansing catalyst and determined detoxifying agent that helps the body remove and get rid of toxic metabolic waste and damaging cellular-activity debris.

EXHIBIT B - PAGE 36

Find out if *Silalive* lives up to the hype today in our review.

# What is Diatomaceous Earth & Orthosilicic Acid?

Simple. The star of the show is silica.

Diatomaceous Earth is made up of 85% silicon dioxide mineral (silica) and Orthosilicic acid is essentially the organic form of silicon.

SilaLive is the only natural supplement that combines the power of these two active ingredients that show significant signs as being a sensational cleanser and detoxifier:

— Diatomaceous Earth (Ultra-Pure Food-Grade Variety)
— Orthosilicic Acid (Organic Silica)

It's okay if you've never heard of either compound, before. Silica is the second most-abundant mineral on the planet and plays a critical role in the human body – although most of us have never heard about it.

Diatomaceous earth, on the other hand, is an element known to potentially remove internal parasites like intestinal worms and harmful bacteria.

Together, these two ingredients purportedly make Silalive a powerful natural supplement. The supplement comes in the form of a micron-fine diatomaceous earth powder with organic silica mixed in evenly. You mix the silica-rich powder in juice or water and drink it daily (best early in the morning) to cleanse your digestive and detoxification pathways for better overall health and wellness support.

## Benefits of Silalive

The creators of Silalive advertise all of the following benefits:

— Regenerate Cellular Tissues
— Rejuvenate Natural Ingredients
— Detoxify Heavy Metals
— Cleanse The Whole Body

EXHIBIT B - PAGE 37

# How Does Silalive Silica Supplement Work?



Silalive claims to work by using the world's "first ever super-charged proprietary complex of trace minerals", including human food-grade diatomaceous earth containing 85% silica content along with added organic silica.

Diatomaceous earth comes from fossilized algae and has been linked to powerful health benefits – including detoxification and cleansing throughout the body. Silica, on the other hand, is thought to increase the synthesis of collagen and elastin in your skin, which can help you reduce the effects of aging like wrinkles and fine lines.

## What is Silica Deficiency?

Silalive is primarily marketed towards those who suffer from silica deficiency. Silica deficiency is characterized by certain health problems, including:

— Poor Skin And Hair Health (Like Dryness Or Weakness)
— Heart Pain
— Stomach Pain
— Weakened Teeth And Gums

EXHIBIT B - PAGE 38          3/8

Some of us get our recommended daily value of silica from the foods we eat. We only need trace amounts of silica to stay healthy. But when your body doesn't get these trace amounts, it can lead to serious health problems.

Chronic silica deficiency can harm your bones, cartilage, tendons, blood vessels, and arteries. There's also some evidence that silica deficiency is linked to an increased risk of Alzheimer's disease.

Silica, by the way, is just a shortened term for silicon dioxide.

Interestingly enough, beer is one of the best and most accessible sources of silica: beer contains anywhere from 20 to 60 mg of silica per liter. Silica can also be found in our soil, plants, and water. Bananas contain about 13.6 mg of silica in a 250g serving, and most grains, beans, and plants contain between 2 and 8mg per average serving.

Ultimately, silica deficiency is rare in humans because it is so abundant in our food. Nevertheless, silica deficiency can still occur, especially as the body ages.

## SilaLive Silica Supplement

SilaLive's offers many health benefits to its customers. See some of the benefits below in this complete review.

**Diatomaceous Earth** is a natural product that isn't exactly earth. It is actually the fossilized remains of microscopic organisms called Diatoms. You might remember them from junior high science labs. If you don't, ask a 5th grader!

## What Is Diatomaceous Earth?

So these organisms create a shell around them that later gets fossilized and these fossils are ground formed in to Diatomaceous earth, which is 84% silicon dioxide or Silica.

It has already been proven by science that silica is that one trace mineral that is essential for human life. This is why this wonderful natural substance can prove to be highly beneficial when ingested by human beings.

## Benefits Of Silica

There are many health benefits of silica, like lower blood pressure and lower cholesterol. These are two of the most common problems that are caused by modern life and everyone who has used diatomaceous earth has reported a serious decrease in both cholesterol levels and blood pressure levels. It has been surprising both the users and their doctors. No wonder this product is in such high demands.

Silica is also a very important for healthy bones and a tough bone structure. Those who complain from joint pains have received wonderful results by using diatomaceous earth. Many do not know that calcium supplements alone cannot do anything when it comes to joint pain in old age. You need silica to kick-start the body's self-healing mechanism.

Even osteoporosis patients have received good results by using diatomaceous earth.

See More Information On SilaLive Silica Supplement

## Silica Supplementation

It is even said to prevent and lessen the symptoms of Alzheimer's disease by deterring aluminum absorption in to the body. Silica is also a very potent cosmetic solution.

Skin needs silica to keep the process of cell regeneration from stopping over time. Our skin starts to deteriorate because as we age, our skin cells stop regenerating fast enough to keep our skin smooth and firm. This is why we develop wrinkles and loose skin. With silica however, this process is enhanced and your skin starts looking younger.

Silica also benefits your hair, which is about as rich in silica as your bones are and hence needs as much caring. After all, it is every human beings crowning glory and without it, much of the natural beauty of a person is lost.

## Diatomaceous Earth Silica

Diatomaceous earth works wonders for your hair by making it stronger and healthier from the roots. As a result you will experience less breakage and healthier hair. And since all this is happening from within your body, you will see that the changes are quite long staying and completely natural.

Diatomaceous earth also helps you to have healthy teeth and gums, by reinforcing your dental health with silica. It also increases the health of your nail plates by making them stronger and less fragile.

Thus, diatomaceous earth is really one of the best natural cures for a lot of your common health problems. It will help you fight those problems from the inside and thus will give you a healthier, more permanent solution that artificial cures cannot promise you.

## SilaLive Diatomaceous Earth Silica Supplement



The most appreciated and highly effective diatomaceous earth supplement is SilaLive. Formulated with the greatest quartz crystals, *SilaLive* is being highly effective.

Those who have tried it have mentioned awesome health improvement. This is all due to the fact that SilaLive functions like a great detoxifier. When the body no longer holds heavy metals and toxins in the bloodstream, the detoxification process conducts to helping your hair, skin and nails.

 See More Information On SilaLive Silica Supplement

## Silalive Ingredients

Silalive's nutritional information sheet lists just one ingredient:

— Enhanced Diatomaceous Earth and OrthoSilicic Acid (Organic Silica): 7,500mg per serving

Each "serving" is listed as 1 tablespoon. There are 30 servings in each container.

## How to Use Silalive

The manufacturer recommends taking one scoop of Silalive once or twice per day with water. You should not take more than 3 scoops per day.

The supplement also claims to be organic, impurity-free, and certified food-safe.

## How to Buy Silalive

You can currently only buy Silalive from the product's official website at Silalive.com. At that site, you'll find the following prices:

— 1 Bottle: $34.97 + $4 shipping
— 2 Bottles: $59.97 ($29.99 each) + $5 shipping
— 3 Bottles: $79.97 ($26.66 each) + $8 shipping
— 6 Bottles: $119.97 ($19.99 each) + $10 shipping

Each bottle contains a one month supply of Silalive, which works out to 225 grams.

All shipping is provided by the United States Postal Service. Those shipping costs assume you're shipping to a United States address.

You can ship Silalive to international addresses. Just enter your country and address into the ordering form and the site will provide a shipping cost estimate.

All of the orders come with one free detox diet guide. That guide lists step-by-step instructions on how to follow a 7 day detox plan using Silalive along with wholesome, natural foods.

## Who Makes Silalive?

Silalive is made by a company called Silalive. That company can be reached by mailing PO Box 548 in Fishers, Indiana 46038.

The company also lists its support email address as support@silalive.com

There is very little information about Silalive company available online. The company's official website simply features the company's logo and a picture of the Vitruvian Man. What we do know is that the company is based in Fisher, Indiana, which is just outside of Indianapolis.

## Final Thoughts: Who Should Use Silalive?

Silalive is marketed towards those who believe they have a silica deficiency. Silica deficiency is characterized by dry skin, weakened hair, heart pain, stomach pain, and poor gum or tooth

EXHIBIT B - PAGE 42

health.

It's also marketed to those who want to cleanse toxins from their body – say, if you're going through a detox or kickstarting a diet.

If you fall into one of those two groups – or just want to improve your overall health and wellness – then Silalive may be the supplement you need to remove parasites, toxins, and waste from your body.

One thing you cannot ignore is the positive testimonials plastered over Facebook, amazon and posted on their website. Clearly the product works for a lot of people.

 See More Information On SilaLive Silica Supplement

| | |
|---|---|
| Customer Support | ★ ★ ★ ★ ★ |
| Does It Work | ★ ★ ★ ★ ☆ |
| Ease Of Purchase | ★ ★ ★ ★ ☆ |
| Shipping Times | ★ ★ ★ ★ ★ |
| Pricing | ★ ★ ★ ★ ☆ |
| Money Back Guarantee | ★ ★ ★ ★ ☆ |

I have personally been using SilaLive for the past few years. It is one supplement that I consistently take daily. Customer Support is easy to get a hold of. Usually had an email back within 48 hours or much less. Can purchase on their website along with Amazon and eBay. FAST shipping! They have good discounts for ordering in bulk versus single bottle. And they have a 100% money back guarantee on any un-used bottles.

# 4.6

EXHIBIT "C"

2/2/2017                                  nimbus screenshot app



🔥 HOT TOPICS ⌄   ℹ ABOUT ⌄   ☰ HEALTH GUIDES ⌄   🗑 DIRTY SUPPLEMENTS   🔍

# GOLO – Insulin Resistance For Weight Loss?





1 Tip of a flat belly ▷ ×
Cut down a bit
of your belly
every day
by using
this 1 weird
old tip.  → Tip



4 Foods you must not eat :   ▷ ×
[unclear]   ( > )

GOLO is a three-part diet program that promises to fix your insulin resistance while
trimming away fat. Here's our GOLO diet review.

## What is the GOLO Diet?

GOLO is a diet program created by New York Times best-selling self-help author and John
Hopkins School of Medicine's Keith Ablow, MD.

Along with his team of medical doctors, they created this [unclear] program
to come in the form of a user-specific 30 day "rescue" plan that promises to reverse your
[unclear] resistance, speed up your weight loss (get rid of your belly fat), and [unclear]
[unclear].

Likely you have saw Golo's TV ad 'Once And For All' in which users shared results about how
they completely reshaped their entire bodies and lives.

The program comes in three separate parts, which we'll get into below.

### The Three Part GOLO Weight Loss Program

GOLO consists of three separate components, including:

#### Take Release Patented Supplements

These Release patented supplements come in the form of a softgel capsule and are made
using organic flaxseed oil and plant ingredients. You take one with every meal to prevent you
from overeating. The ingredients also [unclear] and encourage your body to burn
stored fat.

Over time, this will eventually optimize your insulin. The creators of GOLO claim that there
are over 200 independent studies supporting the effectiveness and safety of the ingredients
in Release.

#### Metabolic Fuel Matrix

The Metabolic Fuel Matrix sounds more extreme than it actually is. This part of the diet

EXHIBIT C - PAGE 44

2/2/2017                                          nimbus screenshot app

simply refers to meal plans that also measure the metabolic effect of food, allowing your
meals to be perfectly balanced to maximize energy without spiking insulin or causing fat
storage.

GOLO Roadmap



**4 Carb foods you should avoid:**
Cut down a bit of your belly every day by
avoiding these 4 carb foods on your menu

The GOLO Roadmap teaches you which changes can have a big impact on your health and
metabolism. It also identifies various obstacles you'll need to come to achieve weight loss.

This part of the program also comes with a 12 month membership to mygolo.com, where
you can talk with other members and talk with GOLO experts while tracking your results.

## How Does GOLO Claim to Work?

One of the key terms used by the creators of GOLO is "insulin resistance", which is also
known as prediabetes.

This condition occurs when your body produces insulin but cannot utilize it effectively. Your
glucose builds up in your blood instead of being absorbed by your cells.

An estimated 86 million Americans suffer from some type of insulin resistance or
prediabetes. Symptoms include difficulty losing weight, increased thirst, fatigue, and frequent
urination.

The good part about prediabetes is that unlike full-blown diabetes, prediabetes can be
reversed. It's caused by eating too much food and not getting enough exercise, and you can
reverse these effects by eating less food and exercising more. Makes sense, right?

GOLO's diet and exercise programs are designed to address these concerns.

First, the nutritional programs help to normalize your insulin levels by eating meals packed
with proteins, carbohydrates, and fats.

Meanwhile, the GOLO exercise program involves a lot of high intensity interval training, or
HIIT. GOLO refers to this as "dynamic burst training".

HIIT has proven effective at increasing your metrics for various endurance indicators – like
VO2 max levels – but there's some controversy about its ability to help you lose weight.

GOLO also advocates something called "spot training" in its promotional segments. Spot training
involves targeting specific areas of your body by performing muscle movements in that area.
For example, you can do ab workouts to reduce belly fat.

That may sound good. But studies have shown that spot training is a complete myth. It
doesn't work. But remember, training is important, and likely better than taking some
weight loss supplement, for example.

🛈 **Click Here To See Our #1 Recommended Weight Loss Product**

## Nutritional Facts for the Release Supplement

You start GOLO using the Release supplement. That supplement contains all of the following
ingredients:

— Magnesium: 60 mg
-- Zinc: 5 mg
— Magnesium (as magnesium oxide) 30 mg
— Zinc (as zinc oxide) 5 mg
— Chromium (as Chromium Nicotinate Glycinate) 70 mcg
— Proprietary Blend 405mg: Banaba Leaf Extract, Inositol, Rhodiola Root Extract, Barberry
Bark Extract, Gardenia Fruit Extract, Salacia Bark Extract, Apple Fruit Extract

By taking this pill 30 minutes before a meal, you can enjoy health benefits while also
purportedly normalizing your insulin levels.

chrome-extension://bpconcjcammlapcogcnnelfmaeghhagj/edit.html

Out of all of the ingredients listed above, only Salacia bark has been linked to reduced diabetes symptoms. We can't even verify that

> [illegible text]

The problem with Release is that Salacia is hidden as part of a proprietary blend, which means we don't know the exact dosage inside. We can't be sure that it provides any meaningful results.

Meanwhile, none of the other ingredients in Release have been linked to weight loss or normalized insulin levels.

## GOLO Pricing

GOLO's pricing breaks down like this:

— 1 Month Supply: $39.95
— 2 Month Supply: $69.90
— 3 Month Supply: $89.85

Ultimately, GOLO is a straightforward diet and fitness program that may reverse your prediabetes and help you lose weight. Although GOLO has performed its own clinical trials over the years, scientific evidence for its techniques is otherwise limited. For example, GOLO advocates the use of exercise techniques like spot training, which have widely proven to be ineffective.

Meanwhile, the Release supplement shows little evidence that it can actually reverse your prediabetes with its listed ingredients. Nevertheless, at this price range, GOLO appears to be a cost-effective program that outlines basic weight loss recommendations.



**TRENDING TODAY**





Men: You Don't Need Viagra If They Do This Once Daily - Fights ED

2 Veggies that 'Destroy' Stomach Fat

(1) Easy Trick "Removes" Your Eyebags & Wrinkles (Do This Tonight!)





14 Times Lotto Winner:Do This Every Time You Buy A Lotto Ticket (Win 1/12 Times)

Weirdest Trick Erases Yellow Teeth Stains in 3 Minutes

How to Remove Eye Bags and Lip Lines in 1 Minute (do This Tonight)!

SHARE        

Thrive Algae Oil – Culinary Microalgae Cooking Oil

Tonvara Amino72 – Young Tissue Extract Supplement

Related Reviews

  

Japanese Zen Body System –        Clear-Vite-SF – Detox & Cleansing   Leaner Creamer – Natural Quality
Complete Weight Management Kit?    System To Help Lose Weight?          Coffee Creamer Blend?

  

Kay's Naturals – High Quality Non-   Mission1 Protein Bar – MuscleTech's   Diabetes Terminator – Real Diet
GMO Nutritional Products?            100% Clean Protein Isolate?           Program Helps Destroy Diabetes?

**111 COMMENTS**

 **Cathy**

Hogwashi. Eat low carb, moderate protein, and height good fats. You will lose weight,
your body will go into a state of ketosis and star burning fat for fuel instead of carbs.
This is a scam!

 **anthony constantino**

What if I don't have pre-diabeties

 **GOLO for Life**

GOLO is for anyone who wants to loss weight and live a healthy lifestyle. Please
visit our website at www.GOLO.com

 **Ruby**

Como puedo conseguirlo

 **Abnerys Rios**

I already order the treatment but they dont arrived yet is almost one month and a half
,they are so slow.

 **DOLORES MARTIN**

Interested in ordering product but don't want auto for every month, need to see
progress before ordering every month.

 **GOLO for Life**

GOLO does not auto ship or auto bill. Please visit our website at www.GOLO.com

 **Marsha Cotton**

Previous look at this sight an 'article' Blossom Youth Products. I don't know why you
have this & other 'articles' selling their products listed under your web sight. You
(GOLO) state 'shipment free' no Auto-ship or Auto-bill'. Until I got auto-charged &
auto-charged ($99.95 + $89.79 +$99.95 + $89.79) from Blossom Youth Products I had
no idea what this meant. It was not until products (that I did not order) came & a friend
told me what happened & I checked my credit card & found the above charges that I
knew I had been tricked (deceived) when I agreed to pay only shipping to try trial
sample of 2 products ($4.79 for SIM SERUM & $3.95 for BIO CREAM) First I ordered the
'cream' then "the computer" (did not talk to a live person) 'said' most people who order
the serum to go with the cream...so I agreed to try both. No where was there a "notice"
informing" me that if I did not cancel within 14 days I would be charged $99.95 for
cream & $89.79 for serum. Neither was I informed that if not cancel monthly shipment
of these 2 products with above cost would occur. This company is attached to your sight.
I assume you agreed to let this happen...along with many many other unrelated to
GOLO. No one made me to answer original order, but deceiving me with NO info about

EXHIBIT C - PAGE 47

2/2/2017

nimbus screenshot app

what will happen if I do not cancel with in 14 days.



**Rodney**

I am approaching 60 in just a couple weeks. I ordered this product, 1 bottle ago and am on my second bottle. I take one tablet at each meal, and the first week I had gained weight, aprox 3 lbs. I was going to the gym at this time, doing about a half hour plus on the treadmill three times a week, with machines. After the first bottle, no change in the jeans fitting or ANY weight loss. I did NOT change my diet at all, cept eating more salads, and fruit. I had gained the weight after retirement 1 yr ago, about 25 lbs. I'm in the neighborhood of 225 lbs now, and as of a couple yrs ago I was 200 lbs.



**Barbara Rodrigues**

I have a blood clotting issue and formed a massive blood clot in 75% off my heart and needed open heart surgery at age 45. Also needed a filter placed because I had numerous clots all over my body. I therefore need to take the blood thinner Warfarin (Coumadin) for the rest of my life.

My question is simple...do any of the ingredients in this diet plan interfere with Warfarin (Coumadin)?

Thank you in advance.



**D..SMITH**

I stopped smoking ...july 13...2015 since then I picked up over 100 pounds. I went to my dr visit she explained to me that my insulin is 8 point from me being a full blown diabetic...im very interested in something to help me to become better at losing weight and the proper exersise regiment...i dont eat alot .i just don't always eat the proper foods...and i eat late..i do try to involve alot of fruit but also as we know that some fruits also holds alot of sugar...i just feel that it's time for me to take back my life...and get back healthy for me???Thank you



rd

I was diagnosed diabetic in June 2015 and weighed 311 pounds. I have found that I can control my blood sugar by avoiding all grains, pasta, potatoes, and rice. By avoiding all of those, I can still have fruit. It's easier for me to completely avoid them because I don t have will power to eat one piece of bread. LOL I am a bread lover. I've lost 115 pounds since then. Exercise is very important to blood sugar control.



Diane

No supplements needed except multivitamin. I was diabetic. Hated metformin and insulin shots so focused on dropping weight instead to improve A1C. Reversed it in just a few months by eating roasted or steamed veggies, eggs, cottage cheese, nuts, seeds, avocado, banana, apple, chicken, beef, fish and occasionally lentils or black beans. No pasta, bread, crackers, sugary stuff. Walked 20 min daily. Got off insulin in one month, cut metformin dose in half by month three and eliminated all metformin by month five. That was 3 years ago. I've maintained excellent A1C (5) by eating low-carb except on special occasions.



Jessica

Very nice! I need to do the same. I was just told by my doctor that as a diabetic, I can't eat Bananas. Did you eat them a lot??



Lisa Mitchell

Awesome story, very encouraging and honest methods to getting off the insulin... I love reading this...



Angela

I am 5'6 and weigh 215. Just started taking GOLO and lost three pounds in twelve days wish it were more weight. I am eating mostly protein and veggies but add gluten free oatmeal on each of my three work out days. Also added weight resistance training to help get my BMI down from 42.2 to 25.

EXHIBIT C - PAGE 48    5/17

2/2/2017                                    nimbus screenshot app



**Kenya Smith**

It works!This is my third week and two weeks in I lost 13 lbs.You have to follow the
meal plan and you have to exercise,its a sacrifice but a one that's worth it's weight in
gold,no pun intended.



**Jackie**

Kenya,

We are so happy to hear that the product is working for you. Please feel free to
contact us with any questions you may have along the way!

GOLO Customer Support
1-800-730-4656
support@golo.com



**Helga Robertson**

How do I go about returning golo and getting my money back.
Helga Robertson



**GOLO Customer Support**

GOLO comes with a 30 day unconditional money-back guarantee
that begins on the day that you receive the package. In order to
receive return instructions, please contact Customer Support at
1-800-730-4656 or



**Ceci**

If you are considering purchasing golo please save your hard earned money!!!! It's
definitely a scam and they should be ashamed of themselves for preying on people who
are vulnerable and trustworthy!!!! If you really want to lose weight, get on a healthy
food plan and work out regularly ....that's my advice!! And golo....as for you, karma is a
b.tch!!!!!



**GOLO** Customer Support

Ceci,

When we spoke with you today, you advised us that you were only able to use
the product for a few days and had to stop due to a sensitivity to one of the
ingredients

You returned the supplements to us but threw away the rest of the items that
came in the Rescue Plan. We issued you a refund for the items that were
returned and advised you that we would be happy to issue a refund for the
additional amount if you could return the other items. I am sorry that you were
unhappy with this response however we did do all that we could for you and we
did refund you in full for the items that were returned.

GOLO has helped many people who had previously been unable to lose weight
by "getting on a good healthy food plan and working out". It is not always that
easy especially for those with Insulin Resistance. Again, we are sorry that we
were unable to issue you a full refund and if you are able to locate the other
items we would still be more than happy to issue the final refund when you are
able to return them to us.



**Jessica Tarte**

I got my GOLO and I'm start my GOLO diet on This Monday. I hope this works for me.
My Goal is lose up to 200lbs by September or October. I'm going to buy my stuff on this
Sunday. I am so happy I'm this diet.



**Michelle**

U want to lose 200# in a month??? Get real!



**Baking Queen Frances**

Lol

chrome-extension://bpconcjcammlapcogcnnelfmaeghhagi/edit.html

EXHIBIT C - PAGE 49          6/17



 **Doreen**

Regardless of what type of weight loss/management you use, losing 200lb a month a health hazard. I wish you don't push yourself that hard.

 **Tammy Dougherty**

Hello, anyone out there who believe this product has actually helped them with weight loss???? I see the commercial and it appears to be a miracle rx.... Worth it, or not??????

**Pam**

I have been on it since 7/14, and have lost 8 #! I haven't felt hungry at all, because it's really a lot of food. Plus, I feel SO much better because I'm eating healthy....my biggest challenge is getting my meals ready for work. And bring imaginative so I don't get bored. I gravitate toward the same things all the time for ease in preparing.
It will get better. I am determined to get down to 170. I'm 5'9".
So far, I would recommend it!

 **Clairetta**

On another website, I found this phone no. for those of you who are looking for answers. The no. is for the company. I hope this helps you. I am thinking of getting this for my husband, but I need to find out if it would be safe for him. So I am calling to ask about this.

1-800-730-4656

 **Barbara**

I just want a refund. I can't find anywhere on their site to do that. Help from anybody?????

 **GOLO Customer Support**

GOLO comes with a 30 day unconditional money-back guarantee that begins on the day that you receive the package. In order to receive return instructions, please contact Customer Support at 1-800-730-4656 or

Reply

 **Linda Ortlieb**

Likely you have saw????

 **Bx**

I had the same reaction!

 **Maureen Jenkins**

@ AM222 commo sense you're obgyn/ baby's ped will tell not to take any diet supplements, or vitamins but prenatal vitamins only,the weight will come off faster while breast feeding...

 **olivebeauty**

who in the hell wants to breast feed? it hurts like hell and the chances of getting pregnant again is high. and that's a lie too.

 **Baking Queen Frances**

I loved breast feeding. It was healthy and easy. I didn't experience any discomforts.

 **Momof3**

Stupid people that don't understand the great benefits of breastfeeding!!! Your fucken stupid!!!
Also not everyone loses weight while breastfeeding!!!

chrome-extension://bpconcjcammlapcogcnnelfmaeghhagl/edit.html



**Mia Young**

how old do you have to be to use golo? Im 15 and over weight; I dont want golo to affect me differently with strange side affects or anything like that. And Ive looked at all of the golo sites and cant get the answer I need. Does anyone have any ideas?



**Page**

Don't do golo – try the female version on Atkins . Put app on your phone and stay with in your range. Whatever amountt of weight you want to loose will fly off . ( at least my weight has ) and I have pcos



**Baking Queen Frances**

You should talk with your parents.



**Keep Trying**

Mia Young, you are young enough that all you need to do is change your eating habits and add some walking daily and the weght will come off. Just don't stop trying. No one loses a hundred pounds in a month. It comes off a little at a time. I'm 46 and I've lost 300 pounds in the last 3 years. If I can do it, you can too.



**Clare**

Jana and John, thank you for saying that because I gained weight because I was not eating enough. I was eating 1 meal per day, therefore, those of you who said "YOU EAT TOO MUCH", which is not the case. I am pre-diabetic and will try Golo. I don't knock anything that I don't know about and neither should you.



**Nicolinat**

Thank you to everyone who have made statements. My other half and I have been considering trying this we tried slimquick and we didn't lose any weight. So we're going to order GOLO in July. Wish us luck I'll be sure to keep you all in the loop right here on our progress weekly. Thank you kindly once again.



**Mike Scott**

Im 72 and have the same results as the Carol and her 70 year old brother who commented on June 16 had. I weighed 268 lbs and nothing happened for a couple weeks then the fat around my mid-section started melting away  Its been 9 weeks now and I weigh 242 lbs. Im a big skeptic and when my wifw told me about the GoLo commercial she had seen, I said it was BS, they are just telling you what you want to hear but she insisted and I tried it. I think since I quit drinking pop, and quit eating pizza, burgers, cookies pies, cakes, chips, fried food, red meat etc I would have lost the weight anyway BUT this s all mid-section fat, not any muscle and I think its because of the Release capsules.



**Jessica Tarte**

Hi I'm Jessica This Friday I'm going to order mines and my mom want one to and I hope this stuff work. I have sickcell but I'm fine and eating healty food and work out everyday. When I order 2 bottles for me and mom to how will I will get this.



**Theresa Washington**

I am on golo now trying to lose belly fat



**Victoria Ashby**

How is it working for you



**Tracy**

Ordered this for my Mom. She did not like the product after giving it a shot for over 2 weeks. Said it made her tired and irritable. Called the Golo company to see about getting a refund. Their policy is 30 days FROM THE DATE YOU ORDER!! So tell me why

EXHIBIT C - PAGE 51

a company offering a BONAFIDE weight loss product would have in essence a NO
REFUND policy. Because they are crooks and KNOW their product does NOT work and
WILL NOT refund your money. 30 days from the date of order (they could technically
take 29 days to deliver it and then you would be totally screwed) Even half way legit
companies selling weight loss products give more than a 30 trial period!! I would have
rather put $90 on a roulette table. Better odds.



**diana fritelle MILEBE BREY**

Hi, I just wanna lose some weight in 1 month...I need you to help me, thank you, Diana!



**linda**

I'm going to give it a try.I will trust this product in Jesus might name. He that dwells in
the secret place of the most high shall abide under his wings. And Jehovah, My God to
bless this. Neww product in Jesus name. Amen, Linda. I trust him. Before I trust any
man



**Ananè**

Why don't you just ask Jesus to melt the fat away??.... Skip the middle step. IJs.



**Phyllis**

I agree I prayed and forgot about i lost the weight did not change my
diet he here you



**Carrie Pugh**

You sound absolutely RIDICULOUS.



**Leah Tamagsur**

Linda,
I'm shocked you would publicly put Jehovah to the test....you need to keep
testing yourself to see if you're in the faith, sounds like you don't really know
Jehovah,...Shame on you and if you don't believe this, ask an elder what he
thinks of your reply. .
AGAPE



**Beatrice**

I'm going to order it tomorrow. I already work out 3x a week with a trainer. Trying to
lose 20  So wish me luck.



**Toby**

My wife and I have both lost weight. We follow the GoLo diet pretty close and take the
supplement. We ran out of the supplement and we both have gained a couple of pounds
back. We both work long hours and commute so exercise is very little to non existent.
We ordered some more today. I am now looking into the salacia oblonga mentioned in
the review. The diet is straight forward, pretty much the same thing they told us in the
third grade. We all need to limit sugar and processed food. I also believe gluten should
be limited as well. My wife lost 15 lbs. In 45 days, I lost 10 lbs. I believe there is
something to the supplement because we have started creeping up in weight without it.
However, I believe portion reduction will also impact the weight loss. We will begin
measuring each portion today instead of eyeballing it while putting the food in the pan
to cook. Loosing weight and keeping it off can be very frustrating, especially the older
you get. I was a professional athlete back in the day and never had to worry about
weight loss or gain. But now getting close to 50...well, it is challenge to say the least.



**Ken**

I will tell you what worked for my mother-in-law. First, let me give you some
background information. She has a hard time doing any exercise because she has no
cartilage in her knees. She was extremely overweight and did very little when her doctor
told her that she was prediabtic. When her social told her that she crossed the line and
was now in the diabetic range, she made the changes. She starts eating at 9 am. She
eats every 3 hours. Her breakfast at 9 has a max of 25 grams of carbs. Lunch and
dinner at noon and 6 have a max of 30 grams of carbs. Snacks at 3 and 6 pm have a
max of 15 grams. She drinks bottles of water with sugar free flavor. She has one piece
of sugar free candy with both lunch and dinner and has one Carb Smart ice cream bar

EXHIBIT C - PAGE 52

before bed. These make sure that she doesn't feel like she is deprived. Without exercise
or counting calories, she has lost 100 pounds in a year.



**Sandy**

Awesome im very happy to hear that i need that motivation.????????



**Phyllis**

Awesome



**lavonne**

hi ken.......I just wanted to know that the carb count for lunch and dinner, was it
30 carbs separately? or 60 carbs total?... same as for the snacks...15 carbs
separately, or 30 carbs total? Just needed a little motivation because my
method STINKS!!!..AND I DEFINITELY DON'T WANNA START TAKING ANY
MORE DIET PILLS AGAIN....Thanks in advance and congrats to your mother-in-
law...(smile):



**Ron**

Another miracle weight loss product. Why bother? If you need it to lose weight, you will
need it to keep weight off. You are stuck with this stuff for the rest of your life. There is
only one way to lose weight. fewer calories. Stop taking sugar and processed foods. You
don't need to exercise. Look at Stephen Hawking. He is as skinny as a rail and doesn't
move a muscle. Exercise doesn't lose weight. You can hike a mile on one cookie, so
exercise if you like exercise, but cut the calories and don't eat sugar or processed foods.
That's it.



**Vanessa**

I agree Ron. The top 10 reasons your not losing weight.
1. you eat too much
2. you eat too much
3. you eat too much etc for 7 more times!! lol
This is a true statement.



**Jana**

Vanessa, I was on a strict diet with my Dr and a work out routine. Don't
judge bigger people by thinking they eat too much. Not all overweight
people have over eating issues. Sometimes its medical or medicine
reasons for it. This has helped me majorly and my dr. has highly
approved my results. He was the one in fact that told me about insulin
resistance, and approved that I take it. I could lose everywhere but my
stomach. The weight is coming off and we have found my solution....
DONT JUDGE, you never know what someone is going through, and how
hard they may be working on things to change their situation. Yet when
they try, they get knocked down....



**Maureen Jenkins**

I sooo agree with you bc I'm on at least 8 meds or more with a
terminal illness disease that cant be cured unless of a stem cell/
bone marrow. Some ppl like myself gain weight bc they hardly
have a appetite bc of medicine intake, it literally takes away the
mood of eating... SOOO DO NOT JUDGE, LEST YOU BE
JUDGE!!!!



**Sherri L Mertz**

AMEN!!!



**Gemma**

Sorry...no such thing as a FAT PRISONER OF WAR!!!!



**John doe**

Your ignorant in your assessment. I have a very physical job. I use fitbit
and just with my job alone I walk at least 10-13 miles/per day and burn
upwards of 5000 calories. My diet consists of plain oatmeal with a

2/2/2017
Case 3:18-cv-02434-GPC-MSB   Document 57   Filed 02/25/19   PageID.676   Page 58 of 98
nimbus screenshot app

banana and some peanut butter mixed in for breakfast, a tuna or turkey wrap for lunch, chicken or fish for dinner along with fruits, vegetables, nuts and a protein bar for snacks spaced out in 3 hour increments during the day in my typical week. Yet I weigh 275 lbs with a 5' 10" frame. Stop being judgemental and think you know everything. Some of us aren't fortunate enough to have been spared the problem that messes with your insulin resistance.

 Richard Best, MA (physiology)

Try googling this article

NYTimes: Skinny and 119 Pounds, but With the Health Hallmarks of Obesity

It is theoretically possible 275 pounds is a very healthy weight for you. It is also possible that if someone with the same body mass index and percentage body fat as you lost weight, his health would get worse.

You might lose some weight (body fat) if you switched to a no carb breakfast and added weight training every week or two and a large salad every day. Losing gluten containing grains if not all grains and particularly any flour would also be beneficial. I used to teach this stuff at the college level. I have read about 4000 journal articles in this general area.

 A real exercise physiologist, CSCS, cpt etc etc

I am a little unsure if you taught human physiology why you are suggesting people not eat carbs in the am and lift to lose weight. Also most educators would quote a peer reviewed article from a scientific journal, not the NYT. You have to eat carbohydrates to lose weight and you have to be active. The bottom line is most people don't want to put the work in. That's why there are those who are fit and those who are not. There's another post on here about someone needing to treat herself while on this diet with a low carb chemical sugar ice cream bar before bed....like really people?? Eat a fully balanced diet don't eat before you go to bed and workout that's it.

Now here's some REAL science on why you need carbs. Any type of carbohydrate you eat is eventually broken down into glucos which is then metabolized. Pyruvate is formed during glucose metabolism and if glucose is not present in the blood, pyruvate cannot do its job in the energy process. Therefore, fat has nowhere to attach in the body's mitochondria, which in turn slows the metabolism, and will halt or extremely lessen the body's fat-burning capabilities.

 John doe

And you're just plain ignorant and insensitive to the people that can't control how much they weigh.

 Scott

Or you could get a copy of Wheat Belly and lose weight while learning the dangers of "healthy whole grains". Worked for me.

 Jethad

Not eating enough will cause weight gain! I eat healthy food and most days I barely make 1000 calories! When what you eat has very little calories it is hard to get enough calories! I don't eat carbs, processed foods, drink sodas, or anything that is not "real food" and can't lose weight. Doctor has told me the issue is twofold, one, I have hypothyroidism and can't take the meds cause of side effects and two, I don't eat enough calories. Not all overweight people eat junk or over eat!

 Phoenixwmn

@Ron---Stephen Hawking is as thin as he is because his muscles have wasted and atrophied from diease and his progressive neurological disorder. I'm an RN:

chrome-extension://bpconcjcammlapcogcnnelfmaeghhagj/edit.html

EXHIBIT C - PAGE 54                11/17

I don't do well with ppl making pseudo-medical statements because they rarely know what the h*ll they're talking about. It's 'Diet 101' to cut out sugar, saturated fats, soda & high glycemic index carbs. I hope you don't think you were offering any epiphany here. Human beings absolutely DO need exercise; you couldn't possibly be more wrong. Bones begin to thin and muscles waste when people stop exercising. You folks that are reading these posts. Ron doesn't know what he's talking about, ignore him for your own good. SMDH.



**Nina**

This works



**chris**

Hello I am a insulin diabetic and also have M.S and need to lose some weight like yesterday i feel so fat and ugly and just tired of looking at myself ive never been over 145 now im close to 180 and that is not me so what can i do



**Lisa**

Is there a reason there are no replies. I am interested but need more information



**Jeannette Carter**

I'm thinking the same thing Lisa why no reply??



**Am222**

Is this safe when breastfeeding? Will it affect my milk supply?



**avalerio**

I would never take anything while you are breastfeeding that is just common sense! You just had a baby...the weight will eventually come off...



**Octoberangel**

I agree with Avalerio. Also consult your DR before taking anything.



**The 1 plumber**

No pop low sugar and low carbs eat none process food minimal process cheese eat carbs that your body process as protein like dream field pasta carb heathy and you will lose a ton of weight and have way more energy eating this way can also reverse type 2 diabetes as it did for me I was type 2 a year ago and now my blood sugar level stays under 104 after fasting.



**Richard Best, MA (physiology)**

What is your exercise program? Without an exercise program you probably have not gotten your blood sugar down to where it theoretically can go. Just as a point of reference my last fasting blood sugar was 73. My resting blood pressure is about 110/60. Both of my parents were slightly obese by about age 50. My mother had angina by the time she was 52. She had a blood cholesterol level of 400.



**Gma**

Well Well No information to help make a decision. One more time to pay for something only to fine it useless? I do not have money to throw away. The couple of other things I tried were Useless........... Not sure I can afford to throw away more money I am a Breast Cancer survivor with sugar problems. But with two disatled people living in my house money is tight. Sure wish you could depend on someone to really tell the truth not just be out to get into your pockets..................................



**TEJAUNA**

I HAVE DIABETIC AND I NEED TO LOSE SOME WEIGHT

 **Lynette Drake-Jefferson**

Hello, my name is Mrs. Lynette Drake-Jefferson, I am a diabetic and I take insulin called Lantis I want to loose some weight before the summer time comes can you please give me some suggestions please

 **Richard Best**

Do not go on a diet. This may stimulate excessive eating in the future as your body will be anticipating another famine. Try instead a little bit of intermittent fasting. For many this could be as simple as avoiding carbohydrates before noon.

Avoid flour and sugar. Eat a big salad every day that is at least 50% cruciferous vegetables.
Join a gym and work out for at least one hour every two weeks. Use slow 10 second repetitions and make sure you exhaust muscles completely with each set.
Try to understand that it is possible to be moderately overweight and very healthy or even obese and healthy and that it is possible to be thin and very unhealthy depending on many other factors.
Try to build at least 2 miles of walking into your every day routines.
Try running at least 1 mile per day or the equivalent. Include intervals (sprints) in your exercise program. Or try some equivalent aerobic exercise such as swimming.
Something very few people know is that muscle tissue produces a hormone called leptin that suppresses appetite.
Aerobic exercise raises the level of glut4 as much as 50%. This is a protein that transports glucose and other molecules into the muscle cells. Better transport means improved insulin sensitivity which means lower insulin levels. Insulin blocks leptin or causes leptin resistance. Leptin resistance leads to increased appetite and weight. Insulin also stimulates fat storage. Bottom line is the weight gain. People vary in the amount of fat that they can carry around safely. However, we all have a threshold above which we are storing excess calories not in fat cells but in the liver, pancreas, heart, blood and kidneys. This leads to a condition called metabolic syndrome that in turn leads to heart disease, diabetes, and many other health problems. Aerobic exercise and probably resistance exercise as well both increases levels of a blood protein called Klotho that improve insulin sensitivity throughout the body

 **Phoenixwmn**

No one has to "join a gym". Walking is medically proven to be THE most effective weight loss tool and it costs nothing. Just get out there and walk—start small...go 300 yards or half a block. Increase it a few steps each day--just MOVE your body. Soon you'll realize it no longer feels like a chore but is pleasurable. You get endorphin release when you hit a certain level of activity. you'll know when that's happened because you'll feel really great after your walk  Just get out there, walk every day. It takes 18 days to form a new habit & make it permanent... start your 18 days tomorrow and get moving, get healthier with every step.

 **I Arah Dumass**

Really...is there no one on here that has any results to report at all? Is there not one person to defend the accusation of useless ingredients in Release?

I just ordered two bottles of this yesterday, then found this site today. Maybe when it barrives I should just sell the bottles on Feebay or feed it to my overweight cat (just kiddin').

I haven't even received it yet, and it's already not looking good so far. 80 clams down the drain?

 **Jana**

Don't sell it, Use It!! It does work. I have struggled a long time thinking that is was all my thyroid and having a baby that caused me not to lose, regardless of what I ate or how much I exercised. My Dr informed me that we could take another approach and try a insulin resistance approach since I had all the symptoms. I SWEAR, this has been the only thing that has worked. I eat along with the plan as much as possible, and take the capsules and have lost 62 pounds so far in 5 months. The weight just started melting off for me. I found my answer. everyone is different because our bodies are all different. Its not a joke. If you use it the right way. If you eat like crap and pop these, you may lose some, but going along with the diet as close as you can, it will work. At least it

EXHIBIT C - PAGE 56

2/2/2017

nimbus screenshot app

did for me.



**Carol**

My 72 year old brother tried it. He said on the suggested diet alone he probably would have lost weight, but in 5 weeks he has lost 23 pounds...all belly fat. He said that he saw no results for about 2 weeks then all of a sudden it literally started melting off. He said he doesn't seem to have lost any muscle tone, just belly fat. I'm going to try it because nothing else seems to be working  I'm a 62 year old female....I will let you know in a few weeks how it has worked for me.



**Katherine Heasley**

Thank you so much. I'm ordering this right now. Please God let this woman be right. Let this work.



**Rosemary**

Thanks. I needed that.



**Octoberangel**

I just ordered 2 bottles of this today myself. One for my husband who needs to drop at least 100 pounds. He and I both tried Nutri Systems, he lost 20 pounds I lost 10 and we both gained it back and then some. His stomach is growing faster than the weeds in the backyard and since I hit menopause my gut has grown too. As my gyn told me protein and veggies veggies and protein. We are currently smack in the middle of a massive kitchen remodel and I am unable to cook proper meals. I will give this program 30 days to see what happens. Once my kitchen is done. I plan on getting back to cooking low carb healthy meals. Breakfast and Lunches are our issues. He has access to numerous places to eat I do not. I bring my lunch everyday but it gets boring real fast. I do not want to be on a pill for the rest of my life even though I take a thyroid pill daily. I hope by end of month October, my kitchen will be done and I can cook healthy meals once again. I also have the George Stella low carb and loving it cook book as well as 1 or 2 diabetic cook books at home too. I miss cooking. My sister gave up sugar for 30 days and lost the weight and she said the first 10 days are the worst but she did it. I used to be able to eat anything but when I turned 40 it was all down hill. I am a firm believer that if we watch what we eat and cut out the crap, soda, sugar, processed packaged food and WALK we can and will lose the weight. Maybe the 30 days will give me the jump start that I need. I felt pretty good on Nutri systems but like I said once we went of all the prepackaged food (it was actually pretty good) we gained the weight all back. Stay tuned for updates. Thanks



**Carrie Kleinschmit**

They claim it will. I just got my shipment yesterday. SURE HOPE SO !



**Karen**

I start last week loss 7 pounds & my blood sugar is starting to come down so is my blood pressure. So I am glad.



**Bonnie Saunders**

I am diabetic type II. Will Golo help lose 64 pounds overweight I take two insulin humulog levermer insulin four times a day. I need to improve my health affect eye sight kidneys liver asthma need help to improve my health. I can only paid $1 trial for Golo.Can you help to improve my health I tired being sick every days and nights. Write me letter if you can help me.Name Bonnie Saunders 13B Hollywood Circle Greenville SC 29607. need help with diabetes.thank you God bless. If you can help lose weight 64 pounds tired of sticking myself...



**peggy**

well it looks like the reviews are fake since no one answered the questions posed. Not responding tells a lot



**Carrie Kleinschmit**

maybe they are responding in private otw by email

chrome-extension://bpconcjcammlapcogcnnelfmaeghhagj/edit.html

EXHIBIT C - PAGE 57   14/17

maybe they are responding individually by email.



**Scotia Scott**

My name is Scotia Scott I just want to loose 80 pound by the end of September if can help me I will appericate that



**Lynette Drake-Jefferson**

I am trying to loose at least 50 to 100 pounds again I am a diabetic type 2 do you think that Golo is good for me to loose some weight or could you please give me some suggestions on weight loss please. I would appreciate it very much if you like you can contact me at,443-882-5458 can call me anytime thank you so very very much, Lynette Drake- Jefferson



**Suzanne Crumpton**

Can you take this if you have Afib and congestive heart failure my husband cacao control his food cravings



**Dianne Lewis**

I'm a insulin dependent diabetic would GOLO Be safe for me?



**Sherry Bennett R.M.A.**

No you are not insulin resistant you are not making enough insulin. I would not order this without first talking to your physician. This company will not take responsibility for your health. They are not your doctor and no nothing about you.



**dumbshit**

*know



**MYRA BROOME**

what kind of food can you eat? what kind of exercise do you do?I have just finished chemo for breast cancer and my sugar has stayed high til the past few days .if this will work it will be great Ive been on diets forever it seems like. Im ust asing for the truth



**Jamie**

HIIT is suggested as the exercise by GOLO, but what about someone like me that has 100+ pounds to lose? I cant see myself "jumping right into HIIT".



**Walt Disney**

I was curious about this product because although all the people in the commercial appear to have lost weight they all still have a long way to go, yet all seem to feel like they have reached their destination.



**Nora**

Asked customer service. Its not for diabetics only but for people who crave sweet and cannot control those cravings. Price is only $39.95 for supplement, books and 1-year access to their site where you can have your personal profile, support and forum as they say.. Free Shipping. Not another auto-ship company. I read the site – very detailed – but couldn't find ingredients of their Supplement Release anywhere. Finally found its hidden is FAQ section. Not impressed with ingredients. Dont see anything that can stop cravings. Would be so great to hear any testimony from somebody who used it...



**Dawn**

I am a nurse and a non-compliant diabetic. I know those 2 go together well, huh? I just received the package you spoke of for the 39.95. From what I read, it is going to be a well balanced meal with little to no processed food. And the exercise I've read about so far says start with 10 minutes a day and by the end of 2 weeks they want you up to 30 minutes a day. That being said, it's the

### Health Products

Discover Which Supplements Are Slowly Killing You and Which Ones You Should Be Taking Daily For Optimal Health

**Yes, Send Me The Free Book!**

**MOST POPULAR**



How To Remove Aging Eye Bags & Wrinkles In 2 Minutes (No Surgery!)



Weirdest Trick Erases Yellow Teeth Stains in 3 Minutes!



[Video] Men, No Need for Viagra if You Do This - Once Daily



EXHIBIT C - PAGE 58

largely accepted logical way to weight loss. But, for me, I like the simple meal plans "Pick 1 of these items, Pick 2 of these items" to help you stay balanced. Can't speak towards the supplement because I haven't tried it. Wish me luck!



**marizza Negron**

Is this program only for diabetic people?



**norma**

Will this give you energy

LEAVE A REPLY



**Diabetes Breakthrough That Will Bankrupt Diabetes Industry (Watch)**



**Diabetes Breakthrough That Was Silenced by Drug Companies**

Reverse Aging! Erase Eye Bags & Wrinkles In 1 Minute (No Botox!)

Post Comment

Notify me of follow-up comments by email

Notify me of new posts by email



chrome-extension://bpconcjcammlapcogcnnelfmaeghhagj/edit.html

EXHIBIT C - PAGE 59

16/17



# EXHIBIT "D"



HOT TOPICS    ABOUT    HEALTH GUIDES    DIRTY SUPPLEMENTS

Supplement Review    Silica & Diatomaceous Earth    Food Grade Diatomaceous Earth – Is Silica The Secret to Health?

# Food Grade Diatomaceous Earth – Is Silica The Secret to Health?

47

Share



**1 Worst Carb After Age 50**

HEALTH PLUS 50

Here is 1 carb you must avoid if you struggle with weight gain.

Self Supplementing 101: Beginner's Guide eBook

**WARNING! Your Body Is Being Attacked By Dirty Ingredients!**

Discover Why Most Health Supplements & Wellness Products Are Slowly Sucking The Life Out Of You & Which Smart Solutions Work For Optimal Energy.

WATCH NOW

1. Click "Watch Now"
2. Run and Install
3. Open New Tab

 Watch TV Now

# Diatomaceous Earth for Human Use

**Diatomaceous Earth** is a popular product that has been used

EXHIBIT D - PAGE 61

in food processing and in several cleaning industries. Over the past ten or fifteen years, a growing number of humans had advocated the consumption of *diatomaceous earth* due to its' supposed health benefits.

While few studies are available, thousands of people from around the world claim that diatomaceous earth is legitimate. Most of the time, testimonies should be taken with a grain of salt but diatomaceous earth seems different.

# Silica – The Key to Diatomaceous Earth?

According to diatomaceous earth supporters, diatomaceous earth's high concentration of silica supplies the body with the essential mineral that most humans do not consume enough of.

The benefits of silica are well-documented, although diatomaceous earth has to have something else powering it than simple silica.

It turns out, the shape of diatomaceous earth plays a role in a few of the benefits of diatomaceous earth.

You see, if you put diatomaceous earth under a microscope it you'll find that diatomaceous earth has sharp edges – albeit not sharp enough to scratch our tough skin.

When humans consume diatomaceous earth, these sharp edges scrape away at plaque, digestive waste, and other toxins that slow down our body's internal processes. This is why digestive benefits are often reported within a few weeks of use.

## Scientific Studies of Diatomaceous Earth

Unfortunately, diatomaceous earth has not been used enough for there to be a large number of scientific studies. However,

Affiliate Transparency: With full FTC compliance disclosure, please know our goal is to highlight human health and develop strategic partnerships with a variety of seasoned supplement suppliers and new



wellness product creators from around the world. Our intention is to organize optimal outlets for you, we may receive small commissions from providing links and sharing ads. The team has your best interest at hand, we care as much about your health as you do and that's why you're reading this. Want to learn more?

**1 Worst Carb After Age 50**



Here is 1 carb you must avoid if you struggle with weight gain.

EXHIBIT D - PAGE 62

the studies that are available show that diatomaceous earth can strengthen bones, nails, and teeth, improve blood cholesterol levels, and improve digestion.

The good news is that more studies are currently underway and that we should know a great deal more about diatomaceous earth within the next few years.

## Diatomaceous Earth is safe

The good news for diatomaceous earth users is that is does appear to be very safe for human consumption. While safety precautions need to be taken for industrial grade DE, food grade DE is not nearly as potent and likely to cause respiratory issues. Still, if you are putting food grade DE on plants or for another purpose, it's still a good idea to use eye and mouth protection.

As far as side effects go, well there are zero side effects. Diatomaceous earth users have reported zero serious side effects or minor side effects for that matter, most likely due to the purity of most food grade DE supplements. Therefore, if you were concerned about the side effects – don't' be.

## Diatomaceous Earth – Legit or a scam?



Why Detox? Insights For Whole Body Cleansing Health Benefits?



Healthy Weight Loss Guide – New Super Tips & Savvy Tricks...

Probiotics Review – Best Supplements, Health Benefits & Side Effects Guide



...urgical Knee Relief    Ostarine MK-2866...    How to flush belly bloat

...rene    supplementpolice.com    Ad nucific.com



Nootropics Review –

While it would be a lot more comforting if there were more research studies available, diatomaceous earth still seems to be a legitimate supplement for a variety of reasons.

Plus, there seem to be zero side effects as the little research available claims it is safe along with the testimony of many users.

Therefore, we feel diatomaceous earth is a supplement to continue trying if you're looking for a silica supplement or for a supplement to detoxify your body.

Diatomaceous earth is a trendy substance that has recently made headlines across the internet.

It's touted as everything from a natural bed bug treatment to a natural way to detoxify your body.

Are any of these benefits proven by science? Or is diatomaceous earth (DE) just another hokey treatment backed by limited evidence? Let's take a closer look today at the benefits of diatomaceous earth.

## What is Diatomaceous Earth?

Diatomaceous Earth (DE) might sound like something from the future. However, it's actually a kind of powdered fossil. DE is the powdered, fossilized remains of microscopic aquatic organisms called diatoms.

As these microorganisms became fossilized, their remains leave behind a unique shape with sharp edges.

This shape is what gives diatomaceous earth its unique properties. The jagged edges of the shape literally cut apart the exoskeletons of microorganisms like bed bugs (and worms inside your dog) while leaving the cells of larger organisms intact.

In other words, the microscopic sharp edges of DE are small

Brain Enhancing Smart Drug Supplements?



Top 27 SuperFoods – Which Nutritional Whole Foods Improve Dieting Habits?



77 Best Smoothie Recipes – Top Healthy Whole Food Ingredients?

Shop Related Products




Diatomaceous Earth Food Grade
$22.49 ⭐⭐⭐⭐⭐
(5586)

Harris Diatomaceous Earth Food Grade, 2 LB
$5.90 ⭐⭐⭐⭐⭐
(82)

EXHIBIT D - PAGE 64

 

Harris
Diatomaceous
Earth Food-Grade,
5lb w/Pow…
$16.99
★★★★★
(286)

Diatomaceous
Earth 5 Lbs Food
Grade DE - Anti-…
$15.99
★★★★★
(1543)

Ads by Amazon

enough to destroy insects, but too small to affect your body.

That unique shape also allows DE to "catch" toxins and safely carry them out of the body. Toxins become lodged and stuck in the DE. Then, the toxins are safely passed through your body.

That's why DE can be found in powders, pet foods, health supplements, and other formulas. It's often touted as a way to filter water, purify food, and improve your overall health.

That all *sounds* good. But does diatomaceous earth have the scientific evidence to back it up?

Let's take a closer look.

# Top 6 Benefits of Diatomaceous Earth

## 1) Diatomaceous Earth Can Be Used to Detoxify the Body

Diatomaceous earth works like a natural detoxifying agent within the body. It kills parasites and viruses that contribute to illnesses. It may also be able to clean the blood.

One study published in The American Journal of Clinical Nutrition in April 2000 examined the effects of silica on the body.

Food-grade diatomaceous earth consists of about 85% silica. In that study, researchers found that silica was effective for eliminating heavy metals from the body, including aluminum.

Researchers concluded their study by stating that "silica

reduces aluminum availability from the human gastrointestinal tract."

This study, and others, show why diatomaceous earth is a key part of many heavy metal detoxes.

## 2) Diatomaceous Earth Can Purify Water

People are increasingly using DE as a water purification tool. Many modern water filters pass water through DE in order to purify it. Typically, DE is used as one of several different filters in a filtration system.

Why is DE such a popular water filter? One study published in the Journal of Applied and Environmental Microbiology found that DE helps kill viruses, reducing the risk of getting a viral infection from your water.

In another study, researchers created a filter that used DE. They ran tap water contaminated with heavy metals and viral strains through that filter.

Researchers found that DE absorbed "up to 80%" of the viruses present. That may not sound impressive.

However, these viruses all passed through other water filtration systems safely. So even if you're drinking filtered water, it may still contain viral strains.

## 3) Diatomaceous Earth Fights Against Parasites

DE is frequently used to control parasites. You've probably heard of DE in dog food, where it's used to kill eggs and worms in your dog's digestive tract. DE can also be found in chicken feed.

A study published in the Oxford Journal of Poultry Science

proved that DE was an effective treatment at controlling parasites in hen populations.

In that study, researchers took two groups of hens. One group was fed DE, while the other was not. The group of hens fed DE had a significantly lower incidence of infections.

These hens also had a significantly heavier weight, laid more eggs, and consumed more feed than hens fed a control diet.

Their eggs had larger yolks, something that's associated with a higher concentration of nutrients.

In other words, hens (and other animals) fed DE appear to be healthier due to the reduced risk of parasites.

## 4) Kills Bed Bugs and Other Pests

Many people first hear about DE when researching bed bug remedies online. Instead of using pesticides or insecticides, many people use DE to fight back against bed bugs in their home.

DE isn't just an effective bed bug treatment; it's also a proven treatment for house dust mites, cockroaches, ants, and fleas.

The reason DE works as a natural insecticide is simple: the substance absorbs lipids from the waxy outer layers of insects' exoskeletons.

This causes the insects to dehydrate. They die a slow death of water deficiency. At the same time, the silica in DE "slices" the exoskeletons, physically removing it from their body. This is why it's called a desiccant form of pest control.

This desiccant/dehydration effect, by the way, is the same reason DE is used in foods. It reduces moisture, preventing

your food from spoiling.

If you're using DE as an insecticide, then you'll want to spread it in areas where it physically touches the insects.

Once insects walk over the DE, it sticks to their skin and gets everywhere, causing them to die.

You can read more about the science behind DE and pest control here.

## 5) Boosts the Health of your Skin, Nails and Teeth

A growing number of people use DE to clean and protect their skin and other sensitive bodily tissues.

The reason DE improves your skin is simple: DE has a natural abrasiveness *and* it kills parasites.

When DE is added to toothpastes and exfoliators, these traits work hand-in-hand to improve your skin quality. DE can actually be found in many toothpastes and exfoliators on the market today.

Alternatively, some people buy powdered diatomaceous earth and add it to their existing toothpaste.

Meanwhile, DE is also used to improve the quality of your bones, nails, and teeth. It's thought to improve the health of these systems by improving the body's utilization of calcium.

## 6) Improves the Health of your Bones, Joints, and Ligaments

One study published in the Journal of Nutrition Health and Aging in 2007 showed that dietary silicon (like the silicon found

in DE) boosts the health of your bone and connective tissue, helping to reduce your risk of low bone mass (osteoporosis).

Researchers don't actually understand *why* it works like this. However, researchers believe that silicon helps synthesize collagen, the crucial protein used to form joints and lubricate connective tissue.

Collagen, for what it's worth, also plays a crucial role in your body's anti-aging defense, which connects it to our 5th point.

# Other Uses for Diatomaceous Earth

Up above, we talked about some of the most-established benefits of DE. Here are some of the other uses for diatomaceous earth currently available:

–Healthier-looking hair and teeth

-Improved digestive health and more regular bowel movements

-Better liver and colon health

-Detoxifies the body and removes heavy metals

-Stronger immune function and protection from illnesses

-Cleaner home, free from parasites, bed bugs, and viruses

–Healthier-looking skin and nails

-Stronger bones and a reduced risk of osteoporosis

-Improved joint and ligament health

-Higher energy

EXHIBIT D - PAGE 69

-In dogs and cats, cleaner skin and a reduced risk of fleas and other pests

# How to Use Diatomaceous Earth

Diatomaceous earth is safe for humans and animals to consume. However, when buying diatomaceous earth, make sure you're buying the food-grade stuff. The Food and Drug Administration (FDA) only recognizes food-grade diatomaceous earth as part of its "GRAS" (Generally Recognized As Safe) list. That means DE is legally allowed to be added to foods and supplements.

Some of the different ways to use diatomaceous earth include:

-Pesticide: Hundreds of pesticides on the market today use diatomaceous earth, including bug killing sprays or even rodent sprays.

-Hygiene Products: Toothpastes and skin care products often use DE.

-Food Additive: Diatomaceous earth is a popular natural food additive. It's often added to foods as an anti-caking or clarifying ingredient.

-Abrasives: DE can be found in abrasive products, including everything from exfoliators (for your skin) and defoliators (for cleaning).

-Healthy Beverage: add one teaspoon of food-grade DE to your water and drink daily on an empty stomach. For maximum benefit, take it at least 1 hour before or 2 hours after eating. If using DE as a healthy beverage, make sure you drink more water per day. There are plenty of DE detox guides you can read online where you gradually increase your dosage over a 90 day period.

-Home Cleaning Product: Sprinkle some DE powder anywhere you think bugs, insects, or fleas could be lurking in your home. Rub the powder into the carpet with a broom. Use enough DE to cover the surface – but not so much that it's difficult to breath.

# How Diatomaceous Earth Works

You know about the uses of diatomaceous earth. But how does DE actually work?

DE, as mentioned above, consists of tiny microorganism skeletons. These skeletons are made from silica – the same substance that makes up 26% of the earth's crust. Other natural sources of silica include rocks you might recognize, including emerald, quartz, feldspar, mica, clay, and even sand or glass.

Today, DE is available in two different grades, including **food-grade** and **non-food grade**. You use the food-grade stuff for eating and the non-food-grade stuff for cleaning.

DE is a trendy health supplement. However, it's been popular since the 1960s, when people discovered they could use it as a food additive or pesticide. Manufacturers started to extract diatom silica residues from the sea to make diatomaceous earth. That same residue is also found in the sediments from rivers, streams, lakes, and oceans.

One of the most unique things about diatomaceous earth is that it's not poisonous. Yes, it can kill viruses, parasites, bugs, and rodents, but it passes harmlessly through the bodies of all larger creatures.

Not all diatomaceous earth comes from nature. Typically, today's DE supplements use silicon dioxide, which is created in

a lab by adding oxygen and water to pure silica. Pure silica is a natural substance found in seawater, but silicon dioxide is not. Most DE products use a type of silica called amorphous silicon dioxide.

# Diatomaceous Earth Review Summary

Diatomaceous earth (DE) is a popular health supplement, food additive, and insecticide. Its unique chemical composition allows it to kill insects while simultaneously having powerful health effects on the body.

Scientific studies have shown DE has a proven ability to carry toxins away from the body – especially heavy metals like aluminum. It's also part of a popular detox plan, where you take one teaspoon of food-grade DE with water daily to support a clean and healthy body.

Whether you're interested in the skin, teeth, hair, and nail benefits, or you're searching for an effective bed bug remedy, diatomaceous earth has a proven ability to help your body, reduce pests in your home, and even boost your pets' health in a number of powerful ways.

Find Out More Information On Food Grade Diatomaceous Earth



EXHIBIT D - PAGE 72



| Share | Facebook | Twitter | ReddIt | Linkedin | Pinterest | Telegram | |

Previous Review

Golden Skin Cream – Collagen &
Retinol Anti-Wrinkle Solution?

Next Review

Nitro XL – Bodybuilding
Supplement To Build Muscle
Faster?

EXHIBIT D - PAGE 73



**Jean** October 8, 2017 at 4:01 am

I have a good friend who has been diagnosed with early-onset dementia. Could Diatomaceous Earth help with this devastating disease? Thank you.

Reply



**Maria fabro** July 4, 2017 at 2:50 pm

I drinking pure diatomaceous earth with bentonite clay for two days now will see what happened

Reply



**Liz Andrew** June 18, 2017 at 6:47 pm

I have Fibromyalgia. Body aches, joint pain, chronic fatigue.Wonder if Diatomaceous will help? Haven't seen anyone comment on Fibro.

Reply



**Peggy Bonk** September 19, 2017 at 7:30 am

All I can say is I was bedridden a few years ago lost my job as an aviation systems admin 2012 was in terrible terrible pain with sciatica from a Tarlov cyst that is attached to my or was attached I don't know if it's still there really I haven't been to a doctor for couple years now but this was attached to my spinal column and wrapped around my sciatic nerves sciatic pain was so devastating that I was bedridden I could even put my foot to the floor some worst time in my life I just wanted to commit suicide cuz there was no

EXHIBIT D - PAGE 74

way I was going to live like that. One day I said I will not I refuse to live like this A friend told me about diatomaceous earth they take it religiously they brush their teeth with it such do I now I take heaping tablespoon everyday and mix it in some milk drink it down put it in my shampoo or conditioner brush my teeth with it put it in my face cream put it in my body lotion it's natural collagen this is no side effects it is a natural mineral they are starting to inject it into cancer tumors in mice in finding that is either shrinking or killing the tumors I believe this is secure all day everything you have nothing to lose everything to gain just try it it is harmless the only thing about it is to make sure that you get food grade only and that you don't breathe it in or get it in your eye because it is a silica type little shards that because lung irritation because it's a powder you're breathing it in you know what I mean believe me it's been a couple years now no pain at all on the strongest I've ever been I do construction site cleanup I do house cleaning I do yards I can go all day long I have not had sciatic pain which was a daily occurrence I have not had it for a couple years and I do know that I don't intend it to come back. God bless you and everyone that suffers from any kind of pain you have nothing to lose please please try this I beg you

Reply

---



Karen   December 22, 2016 at 1:19 pm

To the lady who had a root canal, please research as they have been linked to breast cancer and a plethora of maladies.

Reply

---



e parks   August 23, 2016 at 7:34 pm

I bought a bag of D. E. at a home store. I found out it's health benefits and read that you need food grade internally. Not wanting to waste my bag of it, I called the telephone # on the back of the bag. A man answered and said do not inject this as I would need food grade.

EXHIBIT D - PAGE 75

3

3

Reply



Supplement Police   August 24, 2016 at 5:26 am

e Parks,

It is VERY IMPORTANT that you ONLY use FOOD GRADE when taking a D.E. supplement. Never take the Industrial Grade/Pool Grade D.E. that you can buy at the hone stores for cheap.

Reply



Clairetta   August 1, 2016 at 8:59 am

I take a tsp. of Perma Guard D.E. in the morning and one in the evening. I use it with juice. I won't use Almond Milk because I found out they put Calcium Carbonate in it. That totally defeats one of my reasons for taking D.E. in the first place. Calcium Carbonate is made from marble or lyme rock. Our bodies cannot digest it.

Anyway, my experience with D.E. has been more regularity, more energy and less pains in my hip and lower and upper back. I also have had a lot less pressure in my upper abdomen. The pressure is caused from gallstones.

One thing that anyone taking D.E. should know is to drink lots of water and fluids. If you don't, it can cause constipation and you will be dehydrated.

I am telling anyone, who will listen, to try D.E.

Reply



Anabel   July 31, 2016 at 9:23 pm

Is it safe to use with other supplements, herbs or vitamins? Or because of its abrasive/detox qualities is best to take alone? Thank you. !

Reply

EXHIBIT D - PAGE 76

 **Peggy Bonk**  September 19, 2017 at 7:35 am

U don't need other supplements if u understand all this mineral supplement resolve for. My book nothing else needed. Not meds not vitamins nothing.

Reply

---

 Nolan Diamond  July 31, 2016 at 5:12 pm

I use diatomaceous earth on a short term basis only at this time.

Reply

---

 JOEY  July 23, 2016 at 2:03 pm

How can Diatomaceous Earth be good for human consumption, when i use it on mt dog/ cat to KILL FLEAS / TICKS?? No thanks, i'll stay away from it.

Reply

 **Supplement Police**  August 3, 2016 at 10:59 am

Joey,

It is important to note that D.E. doesn't kill insects due to poison. It kills them by drying out insects from the outside in.

Reply

 Bob  May 3, 2017 at 6:40 pm

Your comment shows you didn't read the article.

Reply

 **Peggy Bonk**  September 19, 2017 at 7:37 am

It's The Shard they can suffocate any extra skeletal type bugs because the shards actually suffocate and that's how they kill bugs like fleas bed bugs Etc you really need to read up on this as you really have no clue or maybe you need to stick to all the high pharmaceutical drugs let's see do you think a hydrocodone will kill a flea if you

EXHIBIT D - PAGE 77

put it in it a mixture of hydrocodone and water G I think it might what do you think this is totally harmless if you get the food grade don't spill your negativity to people that actually are seeing that they're alive again they're not in pain and it is because of this keep your negative to yourself

Reply



Caroline Farrell    July 20, 2016 at 5:35 pm

Linda, sorry if this query arrives many times to you but I was having difficulty posting my question to you. I only recently discovered DE and you spoke so highly of the product I am curious to know how your doing? I purchased some a few days ago in desperation !!! – my son developed an awful rash 3 months ago and it's driving us all nuts trying to figure out what's causing it. I just wondered if he had a yeast thing going on, so he's going to give this a go , fingers X that it helps…Do you know if it's safe for people to take if their on any medication? Would appreciate any info. ????Thanks. Caroline

Reply



fyanni    July 6, 2017 at 4:18 pm

Could it be fungal? My son had something rash like on the insides of his elbows- looked almost like stretch marks- for years.He was very self-conscious about it and nobody could correctly diagnose and treat. Finally, someone mentioned trying Head and Shoulders shampoo which has a zinc based anti-fungal in it. It worked!!! Selsun Blue (selenium based) also has an anti-fungal effect.

Reply



Linda    June 10, 2016 at 5:18 pm

DE was suggested to me by an actual doctor who has been treating me for the past 10 years and has thankfully in the last year taken a more alternative route. After many years of suffering with extreme bloating and constipation I was desperate. I changed my lifestyle,started eating right and excercising,lost 30 pounds in the process yet I was still feeling sick. I was

EXHIBIT D - PAGE 78

diagnosed with candida overgrowth and parasite infestation. Within two weeks of DE I was feeling so much better. I was regular for the first time in many years. It was a great feeling. My acne was significantly reduced and my skin had overall better appearance.one spoonful mixed with almond milk daily is all it took. I would highly suggest this to anyone with stomach issues. I had no side effects just great results. Please try for yourself. I will never be without it.

Reply



Steve   May 24, 2016 at 8:55 am

I have used Food Grade Diatomaceous Earth for years. I have recommend to my friends for killing parasites and its a great source of silica.

Reply



Fiona Courtland   April 25, 2016 at 10:49 am

I originally was looking for a natural flea/ mite repellent for my dogs and came across DE food grade. So I dusted dogs down. Within hours my white Bichon stopped licking/ scratching and seemed calm. I had tried every chemical/ drops/ sprays etc previously. I now have happy dogs. But then I read more and after one week taking a heaped teaspoon each day, I can not believe how well I feel and how my energy levels have increased. So good for dogs, good for me. Now part of our family regieme and the best part is it's so cheap.

Reply



Marsha   April 16, 2016 at 11:26 am

Has anyone found out any information regarding when to take DE? Before/after breakfast? When is it O.K. to take vitamin supplements in conjunction with DE? How much is enough DE to take daily, 1 or 2 tablespoons? Any help would be very much appreciated.

Reply



Rosina Lock   June 27, 2016 at 6:09 am

Hi Marsha, You take the Diamotaceous Earth 1

EXHIBIT D - PAGE 79

hour BEFORE MEALS or two hours AFTER MEALS, 1 teaspoon is best to start, do this for about 4 days and then up it to 1 teaspoon am and 1 teaspoon pm equals 1 tablespoon in all! It states to take for 10 DAYS ONLY! THEN COME OFF IT FOR 10 DAYS! THEN START AGAIN. DO THIS FOR ABOUT 3 MONTHS EQUALS 90 DAYS. It did state use a teaspoon for a few weeks? then up it? But that cannot be correct if you can only take it for 10 days? So I think taking 1 teaspoon for 5 days and up it to 2 teaspoons for the following 5 days. Hope this is of help. Rosina Lock x

Reply



**Debora**  July 7, 2016 at 1:47 am

Hi rosina, i am a bit confused on your instructions regarding assumotion o DE. Could you explain better please….thanks very much. Prescious info!!

Reply



**Peggy Bonk**  September 19, 2017 at 7:39 am

I take every day. I don't know where u got your info but I don't stop

Reply



**Shane**  April 15, 2016 at 12:07 pm

I bought a 50 lb bag of DE from a feed store because this was my option ..is this any better or worse of a DE supply ? It is food grade and OMRI approved ..should I have boughten a different one or is this just as clean and pure as any other .?

Reply



**Supplement Police**  April 15, 2016 at 12:39 pm

Shane,

You should still be-careful with some of the D.E. that you can buy at feed stores. Most of the time that is used as anti-caking in animal feed or to apply to coats of animals. Not necessarily for

EXHIBIT D - PAGE 80

ingestion of humans. So the product isn't as clean as it should be. The cleaner the product (less heavy metals and toxins) to begin with, the more benefits it will have on your health.

You may pay more, but you are paying for a higher quality and cleaner product. – And at the end of the day, isn't that what you would want for your body.

SilaLive is one of the brands we have reviewed and prefer even though the price is a little high, we are happy to pay it since we know its a cleaner product.

— Supplement Police

Reply

 **ROSINA LOCK**   June 27, 2016 at 6:12 am

Hi Shane, your bag of DE sounds very large? Unless it states `100 PER CENT FOOD GRADE I would not ingest it! It has to say FOOD GRADE on it. And don't breathe it in at all. When you mix it up hold the glass away from you, Food Grade is perfect for human consumption NOT THE other DE! So please be careful. Rosina x

Reply

 Dianne Shaw   March 15, 2016 at 5:18 pm

A friend bought food grade DE to use in her organic garden. She sprinkled it on at the end of the season to deter "bad" garden insects. She wears day and night contact lenses, but wore no eye protection. Applied it late in the evening, and went to bed not long after, but showered first. Awoke feeling like she had glass in her eyes. Went to her opthomologist. He told her she had tiny scratches on corneas. I am not sure I would want to take this internally after her experience. She also developed a respiratory infection from breathing it. It feels soft and powdery, but actually has sharp edges, as you mentioned. How does one make a DIY Toothpaste without breathing it? Or how does one ingest it without encountering the sand problems?

EXHIBIT D - PAGE 81

Reply



Hiedi Hofmann   April 20, 2016 at 5:29 pm

If u think about it, ur GI tract is made to take on
all kinds of textures. Think about all the different
kinds of foods and their textures and make ups,
rice, oats, wheats, they say we eat sand and dirt
because it is mix in our flour, sugar, veggies that
are canned. On the other hand ur eye is not made
to take on any roughage it is a sensitive jell, soft.
Using a Pure food grade DE, does make a
difference, would not throw it over a garden like
lime, kills bubble bees too. I do sprinkle it on ant
hills. Any air bone dust gets into ur lungs, always
wear a mask. Just use real common sense.

Reply



Karolyn   June 13, 2016 at 3:27 pm

People should research fully before using
anything. I read that inhaling it was not good for
humans or animals.

Reply



Supplement Police   June 13, 2016 at 8:23 pm

Karolyn,

I agree with you that you should do
research before taking any supplement.
But just to clarify on your
statement/question, you shouldn't inhale
it due to the product consistency. It is a
very fine powder (like baby powder) which
if it is inhaled can iratate the lungs
causing inflammation.

That's why the products are taken with
water, juices, and shakes.

Reply



BC FL   March 2, 2016 at 8:38 am

Considering trying DE for the specific purpose of

EXHIBIT D - PAGE 82

binding/reducing toxicity of mycotoxin activity. Those with intense/prolonged exposure to mold will understand. In trying to understand and navigate effectively through the process of remediating the human body after the building/home has been remediated, I have found little true scientifically proven helps. The idea of DE use for binding the myco-neuro-toxins and moving them out came from various studies performed in the veterinary sciences as related to cattle/dairy/poultry/swine industries. Mycotoxin poisoning was first tagged by veterinary science and, as best I can determine, remains an area unstudied by true scientific means other than veterinary/agriculture sciences. You find much on the web/forums about a wide variety of protocols suggested for human body remediation from mold exposure, however, those of us walking through this exposure are finding that the typical protocols are somewhat helpful at best. So! DE – has been suggested as a possible help to detox cattle/pigs/poultry – they admit to limited study, but state that they believe it is promising. Will try!

Reply



Lucy Clements    February 29, 2016 at 8:34 pm

I've been taking g DE for .six months. First thing I noticed is energy. Lots of it. I was suffering from plantar fasciitis and IBS pain that put me on the bathroom floor twice a week. I finished my prescription of Naproxon after my usual cortizone shot in my heels but surprise I didn't have to go back to the doctor as I had for the past year! I had no more pain! My IBS also just went away! I feel at least 15Years younger. I'm 61. My nails are shinier and healthier and also my hair is much better. Whatever my body was lacking, I found it with DE. I tell everyone can about it. Also I give it to my animals. 3 dogs and 6 cats. I had a flea problem but now zero bugs or internal parasites. I brush my teeth with it mixed with coconut oil, frankincense, and mint . Feels good. I will never be without it. My pains are gone. Fleas are gone…. And it's really cheap!

Reply



Modsta    March 22, 2016 at 3:18 am

Please a break for a month or two. This thing

EXHIBIT D - PAGE 83

cannot be used long term. Stop it for a month then you can start it again.

Reply



**Cary**   April 28, 2016 at 8:01 am

Why cycle it?

Reply



**Todd Reilly**   July 17, 2016 at 6:58 am

Lucy, thank you for your comments. Can I ask where and what brand of DE do you buy?

Reply



**dave**   February 20, 2016 at 6:51 pm

I am 54 and had elevated blood pressure. Taking DE (two spoonfuls a day) with juice, etc. has lowered my blood pressure to a point where I no longer needed my blood pressure meds. Just DE. Has my doctor scratching his head….

Reply



**Nic**   February 23, 2016 at 7:42 am

How long have you taken it for?

What brand is it specifically ??

Just curious…thanks

Reply



**Ellen J.**   January 25, 2016 at 10:57 pm

DE saved my life. I felt like I was dying, had major food sensitivities even though I have always been anti-processed food, anxiety, skin lesions that flared up for two summers in a row and left permanent scars on my arms, shoulders and mainly my face, and the worst was my teeth were rotting. I had too molars pulled and a root canal and then other cavities and major fillings that were beginning to hurt. The docs wanted to just put me on depression meds and wouldn't do full blood work so I tried

EXHIBIT D - PAGE 84

DE and after a day or two it killed whatever was living in my cheeks as dead blood lined my inner cheeks one morning. I got constipated, stoped it for a few days and then saw three different types on parasites in my waste for weeks. My skin cleared, nails got strong, hair got thicker, anxiety went away, and I looked pretty again. No more cavity pain or dental problems- and I was headed for major surgery and expensive dental work. I brush my teeth with it. I don't even take it regularly internally anymore. But it cured me and I will be forever grateful that it gave me my life back. Try it.

Reply



**melissa** February 7, 2016 at 11:19 am

what brand DE do you use?

Reply



**Milica** November 18, 2015 at 8:16 am

Hello,
I've been using DE for while, very happy with it. However, was not sure if taking supplements right after DE will wipe them out of body? Should I wait for 2 hr or so, like you do with activated charcoal?
Thank you for advice.

Reply



**Marsha** April 16, 2016 at 11:20 am

Milica, I have the same question. Has anyone gotten back to you with an answer? What are the guidelines you know about for activated charcoal? Thank you for your help.

Reply



**Dolly** June 27, 2015 at 7:51 am

I'm 65. Used DE for over 2 yrs. Bald spot on my head is gone. I use it once per day everyday.

Reply



**Debbie** January 24, 2016 at 2:27 pm

EXHIBIT D - PAGE 85

how much do you take each day ?

Reply

---



rick    June 25, 2015 at 4:36 pm

I've been using DE going on 3 years I originally started
using it was to clean my digestive system but the more I
read the more Iliked.I'm 52 my Dr. Suggested that I
might be doing harm to myself but my bp is120 over 70
I'm still athletic and I've lived a semi destructive life style
I think I will stick to my DE

Reply

---



Supplement Police    June 25, 2015 at 7:45 pm

Rick,

Thanks for stopping by to leave a comment. We
feel like Food Grade Diatomaceous Earth is one of
those unheard of super supplements that we feel
most people should be taking, but they simply do
not know about them. Same with Silica
Supplements.

Glad to hear that you have been taking it for
some time now and are thriving. The only thing I
would add with your D.E. is possibly a Probiotic.
Hyperbiotics is one of our favorite brands and I
believe a #1 seller on Amazon.

— Hyerbiotics PRO-15 Review

And not sure what kind of D.E. you are taking, but
you may also want to take a look at SilaLive.

Take a look at that and see what you think.

— Supplement Police

Reply

---



Claudia    January 2, 2017 at 7:16 pm

If the DE doesn't work….it probably is a high yeast
count in your son. I have psoriasis….I started
taking Lactoferrin, it went away in 10 days…and I

EXHIBIT D - PAGE 86

was in a flare up for more than a year. He should take DE anyway…any skin irritation, fungus, allergy comes from within our bodies….and obviously not enough antibodies to make our chemistry from epidermis to organs…correct…I am taking DE now with Lactoferrin.

Reply

---

**LEAVE A REPLY**

Save my name, email, and website in this browser for the next time I comment.

Notify me of follow-up comments by email.

Notify me of new posts by email.

By using this form you agree with the storage and handling of your data by this website. *

## SupplementPolice.com Disclaimers



FDA Disclosure: These statements have not been evaluated by the FDA. This product is not intended to diagnose, treat, cure, or prevent any disease.

FTC Disclosure: We represent a professional research and review team, and on our page you may find affiliate links for which we could be compensated for by clicking on them.

All logos and names are respective to each company and brand, all registered trademarks and protected images are used under the terms of 'fair use'. Please reach out, we're human too.



## Join Our Growing Facebook Community



Supplement Police
about 5 months ago

Healthy Life Keto Blend: Increase For Faster Fat Burn?
https://supplementpolice.com/hea keto-blend/

SUPPLEMENTPOLICE.COM
**Healthy Life Keto Blend: I**
Healthy Life Keto Blend is a supp

👍 3        💬 3        ➤ 1

The content here is for information purposes only. By delivering the information contained herein is does not mean preventing, diagnosing, mitigating, treating or curing any type of medical condition or disease. When beginning any natural supplementation regiment or integrative treatment, the advice of professionally licensed healthcare providers is advisable to seek.

**ABOUT US**

**FOLLOW US**

EXHIBIT D - PAGE 88

Supplement Police is a growing group of heavy-handed natural health advocates determined to highlight and showcase every product, brand, company and ingredient online.

© SupplementPolice.com | FTC Disclaimer | Affiliate Disclosure | How We Work | Guidelines | Contact

EXHIBIT D - PAGE 89

**EXHIBIT "E"**

# Pepper Hamilton LLP
#### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

M. Kelly Tillery
Partner
direct dial: 215.981.4401
tilleryk@pepperlaw.com

May 10, 2017

**VIA FEDERAL EXPRESS PRIORITY**

Supplement Police
c/o Domains by Proxy, LLC
14455 N. Hayden Road
Scottsdale, AZ 85260

Re:   GOLO, LLC

Dear Sir or Madame:

This firm is Intellectual Property Counsel to GOLO, LLC ("GOLO").  As you most likely know, GOLO is a leading weight loss program created by a team of doctors and researchers which aids people all over the world in achieving their weight loss goals in a sustainable and healthy manner.

It has come to GOLO's attention that you published a "review" of the GOLO product to your website, https://supplementpolice.com.   (*See* https://supplementpolice.com/golo.)   This "review" remains live on your website, and contains numerous false, misleading, and defamatory statements about the GOLO product, and provides <u>no</u> support or evidence for many of the assertions made therein.   These false, misleading, and defamatory statements are likely to influence customers' purchasing decisions and lead to customer confusion.

First, it is clear that Supplement Police uses the headlines in its GOLO "review" to create skepticism regarding the GOLO product.   The questions posed through those headlines (particularly, "GOLO - Insulin Resistance for Weight Loss?" and "How Does GOLO Claim to Work?") are clearly intended to raise doubts in readers' minds, and paint GOLO's product as a potential sham.   (*Id.*)   In reality, GOLO's efficacy is well-established, as evidenced by the many studies and trials conducted by GOLO concerning its product, as well as the statements and opinions of various physicians.   (*See* https://www.golo.com/clinical-studies/ and https://www.golo.com/about-golo.)

| Philadelphia | Boston | Washington, D.C. | Los Angeles | New York | Pittsburgh |
|---|---|---|---|---|---|
| Detroit | Berwyn | Harrisburg | Orange County | Princeton | Silicon Valley | Wilmington |

www.pepperlaw.com

EXHIBIT E - PAGE 64

Pepper Hamilton LLP
<small>Attorneys at Law</small>

Supplement Police
Page 2
May 10, 2017

And second, your GOLO "review" contains numerous and blatantly misleading, false, and defamatory statements about GOLO under those headlines. For example, you state that "insulin resistance ... is also known as prediabetes." (https://supplementpolice.com/golo/.) These are not the same things. (*See* https://www.golo.com/ ("insulin resistance ... can develop into pre-diabetes and Type 2 diabetes").) You also state that GOLO "involves a lot of high intensity interval training, or HIIT ... but there's some controversy about [HIIT's] ability to help you lose weight" and that "GOLO also advocates something called 'spot training' ... [which] some studies have shown ... is a complete myth and doesn't work." (https://supplementpolice.com/golo/.) Yet, you do not cite to any evidence of such a "controversy" or the supposed "studies." Finally, your "review" also questions the ingredients in GOLO's Release supplement, and states that you "can't be sure that [Release] provides any meaningful results." (*Id.*) GOLO's website provides extensive details regarding Release and its success. (*See* https://www.golo.com/about-release/.)

Supplement Police's disparagement of GOLO's product appears to constitute, at the very least, False Advertising under the Lanham Act and common law defamation. Under the circumstances, Supplement Police must immediately cease and desist any and all advertising, marketing, review, or discussion of the GOLO product on the https://supplementpolice.com website, and provide confirmation and evidence that the GOLO "review" on the https://supplementpolice.com website has been permanently removed.

Please provide confirmation of your agreement to the above terms within the next three (3) days. Once the above information is received, the parties can discuss resolution of GOLO's monetary claims.

Additionally, we respectfully request that you retain and maintain any and all documents, computer, and phone records, as well as any other hard copy and/or electronic storage of any and all information and/or documentation which may be relevant to GOLO's claims and any possible defenses you may raise.

Lastly, for your reference, I have enclosed several of the pleadings and motions filed by GOLO in its lawsuits in the Eastern District of Pennsylvania against the website, www.consumerscompare.org and the diet pill, PS1000, as well as against the website www.DietSpotlight.com. I have also enclosed the Stipulated Permanent Injunction granted to GOLO against www.consumerscompare.org and PS1000. GOLO's suit against these entities related to www.consumerscompare.org and PS1000's collusion to divert internet traffic and business from GOLO to PS1000 via the use of a misleading, false, and defamatory "review" of GOLO on the www.consumerscompare.org website and misleading, false, and defamatory advertisements on various search engines in violation of the Lanham Act and Pennsylvania Common Law.

**Pepper Hamilton LLP**
Attorneys at Law

Supplement Police
Page 3
May 10, 2017

I look forward to hearing from you.

Sincerely,

/s/ *M. Kelly Tillery*

M. Kelly Tillery
Counsel for GOLO, LLC