Jeffrey Goldman (State Bar No. 233840)
PEPPER HAMILTON LLP
4 Park Plaza
Suite 1200
Irvine, California 92614-2524
Telephone: 949.567.3547
Fax: 949.863.0151
Email: goldmanj@pepperlaw.com

M. Kelly Tillery (*admitted Pro Hac Vice*)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: 215.981.4401
Fax: 215.689.1471
Email: tilleryk@pepperlaw.com

*Attorneys for Plaintiff GOLO, LLC*

*(Caption cont'd on next page)*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLO, LLC, | Case No. 3:18-cv-2434-GPC |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| HIGHER HEALTH NETWORK, LLC, and TROY SHANKS. | |
| Defendants. | |

Scott S. Humphreys (SBN 298021)
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067
Telephone: 424.204.4400
Facsimile: 424.204.4350
Email: humphreyss@ballardspahr.com

Paul J. Safier (*admitted Pro Hac Vice*)
BALLARD SPAHR LLP
1735 Market St., 51st Fl.
Philadelphia, PA 19103
Telephone: 215.665.8500
Facsimile: 215.864.8999
Email: safierp@ballardspahr.com

*Attorneys for Defendants*
*Higher Health Network, LLC,*
*and Troy Shanks*

JOINT NOTICE OF SETTLEMENT                                   Case No. 3:18-cv-2434-GPC

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the parties have reached an agreement to fully settle the above-referenced case.  The parties anticipate that their written settlement agreement will be finalized and that a joint stipulation for dismissal of this entire action with prejudice will be filed within the next **30 days**.  The parties respectfully request that the Court vacate all pending deadlines, including Defendants' May 17, 2019 deadline to file a responsive pleading to Plaintiff's Second Amended Complaint.

DATED:  May 17, 2019                    BALLARD SPAHR LLP
                                        Paul J. Safier (pro hac vice)
                                        Scott S. Humphreys

                                         */s/ Paul Safier*
                                          Paul Safier

                                        Attorneys for Defendants
                                        HIGHER HEALTH NETWORK, LLC
                                        and TROY SHANKS

DATED:  May 17, 2019                    PEPPER HAMILTON LLP

                                         */s/ M. Kelly Tillery*
                                          Jeffrey Goldman
                                          M. Kelly Tillery
                                        Attorneys for Plaintiff GOLO, LLC

### ECF ATTESTATION

The filer of this document, Paul Safier, hereby attests that concurrence in and authorization of the filing of this document has been obtained from M. Kelly Tillery, counsel for Plaintiff.

1